

# U.S. District Court

## California Northern - Oakland

Receipt Date: Oct 16, 2025 11:26AM

Nima Gharavi
628 W. Roscoe St., Apt. 3N
Chicago, IL 60657-2947

Rcpt. No: 411018636          Trans. Date: Oct 16, 2025 11:26AM          Cashier ID: #AF (7003)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|----------------------|-----|-------|-----|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | | | | Amt |
|----|--------|--|--|--|-----|
| CH | Check | #1090 | 10/15/2025 | | $405.00 |
| | | | Total Due Prior to Payment: | | $405.00 |
| | | | Total Tendered: | | $405.00 |
| | | | Total Cash Received: | | $0.00 |

**Comments**: 3:25-CV-8873 TSH

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.