AO 121 (Rev. 06/16)  CAND version 09/21

| TO: ~~Register of Copyrights, U.S. Copyright Office, 101 Independence Ave. S.E., Washington, D.C. 20559-6000~~ **See below for e-filing instructions.** | REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.: 3:25-cv-08873-TSH  DATE FILED: 10/16/2025 | United States District Court, Northern District of California, 450 Golden Gate Ave, 16th Floor, San Francisco, CA 94102 |
| PLAINTIFF: NIMA GHARAVI | DEFENDANT: ANUJ KUMAR |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | SEE SCHEDULE A | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY  ☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED  ☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED  ☐ Yes  ☐ No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

E-FILING INSTRUCTIONS: Please fill out, save and e-file in CM/ECF under Other Filings > Other Documents > Copyright for the appropriate stage of your case:
1) Initiation of action: Attorney e-files Copyright form; if needed, attach an exhibit page to list add'l copyright registration/title of work/author or work to the form. DO NOT attach the complaint;
2) Adding copyright(s): Attorney e-files updated Copyright form; if needed, attach an exhibit page to list add'l copyright registration/title of work/author or work to the form. DO NOT attach the complaint;
3) Termination of action: Court staff completes closing section of Copyright form and e-files.;
4) Appeal: Do not use the Copyright form. Attorney to e-file the appropriate appeal notice.

# REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT

## SCHEDULE A

| Registration No. | Title of Work | Author |
| --- | --- | --- |
| Pending (application filed Aug. 30, 2025) | 72 kg Girls Freestyle – Alicia Tucker {B} of IL CornStars Black vs. Zella Weiland {R} of WOW South | NIMA GHARAVI |
| Pending (application filed Aug. 30, 2025) | 46 kg Girls Freestyle – Maya Alvarado {B} of IL CornStars Black vs. Kara-Lynn Dover {R} of WOW South | NIMA GHARAVI |
| Pending (application filed Aug. 30, 2025) | Mic'd Up: 110 – Brooklyn Hart {G} of Seneca IL vs. Sarah Lowrey {R} of LaSalle Peru IL | NIMA GHARAVI |
| Pending (application filed Aug. 30, 2025) | Mic'd Up: 115 – Haven Nicolaides {G} of Seneca IL vs. Izzy White {R} of Minooka IL | NIMA GHARAVI |
| Pending (application filed Aug. 30, 2025) | 110 – Makayla Bros {G} of Geneseo IL vs. Savannah Frederickson {R} of Ottawa IL | NIMA GHARAVI |
| Pending (application filed Aug. 30, 2025) | 190 – Addison Davis {G} of Minooka IL vs. Morgan Congo {R} of Morris IL | NIMA GHARAVI |