# Exhibit 1

| ID | Infringing Channel | Infringing Work | Plaintiff's Channel | Plaintiff's Copyrighted Work |
|---|---|---|---|---|
| 1 | @RockyFunTV | https://www.youtube.com/watch?v=4-wQ95IFgTw | @MidwestWrestle | https://www.youtube.com/watch?v=rhnXfPnmqqE |
| 2 | @RockyFunTV | https://www.youtube.com/watch?v=Qm3rttZxFPU | @MidwestWWE | https://www.youtube.com/watch?v=iOK_ZNzM6_M |
| 3 | @RockyFunTV | https://www.youtube.com/watch?v=nkru0BVLPZM | @MidwestWWE | https://www.youtube.com/watch?v=it1I9sy2eLY |
| 4 | @RockyFunTV | https://www.youtube.com/watch?v=pMNvEliQmlI | @MidwestWWE | https://www.youtube.com/watch?v=TYalw6DSnts |
| 5 | @RockyFunTV | https://www.youtube.com/watch?v=cSy1lmeHgEk | @MidwestWWE | https://www.youtube.com/watch?v=iOK_ZNzM6_M |
| 6 | @RockyFunTV | https://www.youtube.com/watch?v=bYTqGlyYinA | @MidwestWWE | https://www.youtube.com/watch?v=Gd1s4uisg9w |
| 7 | @RockyFunTV | https://www.youtube.com/shorts/paTvKhpHFNs | @MidwestWrestle | https://www.youtube.com/watch?v=rhnXfPnmqqE |
| 8 | @RockyFunTV | https://www.youtube.com/shorts/vVP-knqIhh4 | @MidwestWWE | https://www.youtube.com/watch?v=it1I9sy2eLY |
| 9 | @RockyFunTV | https://www.youtube.com/shorts/TClT0YnkJB0 | @MidwestWWE | https://www.youtube.com/watch?v=it1I9sy2eLY |
| 10 | @RockyFunTV | https://www.youtube.com/shorts/atcT8ujBauo | @MidwestWWE | https://www.youtube.com/watch?v=iOK_ZNzM6_M |
| 11 | @RockyFunTV | https://www.youtube.com/shorts/nD7emyYZ88I | @MidwestWWE | https://www.youtube.com/watch?v=it1I9sy2eLY |
| 12 | @RockyFunTV | https://www.youtube.com/shorts/ZJKO6FZZ2LU | @MidwestWWE | https://www.youtube.com/watch?v=it1I9sy2eLY |
| 13 | @RockyFunTV | https://www.youtube.com/shorts/pbHzMMbbhjE | @MidwestWWE | https://www.youtube.com/watch?v=it1I9sy2eLY |
| 14 | @RockyFunTV | https://www.youtube.com/shorts/YeRoZ8mhL38 | @MidwestWrestle | https://www.youtube.com/watch?v=Jla2k3T6HlA |
| 15 | @RockyFunTV | https://www.youtube.com/shorts/SPkajrPT7hc | @MidwestWWE | https://www.youtube.com/watch?v=Gd1s4uisg9w |
| 16 | @RockyFunTV | https://www.youtube.com/shorts/TZJ2dTev3hI | @MidwestWWE | https://www.youtube.com/watch?v=TYalw6DSnts |
| 17 | @GrapplingFightZone | https://www.youtube.com/shorts/8Qc1s4RQsjY | @MidwestWrestle | https://www.youtube.com/watch?v=Jla2k3T6HlA |

## PLAINTIFF'S ORIGINAL



## DEFENDANT'S UNAUTHORIZED REPRODUCTION





**DEFENDANT'S UNAUTHORIZED REPRODUCTION**



**DEFENDANT'S USE OF FALSE COPYRIGHT MANAGEMENT INFORMATION ("ROCKY!" LOGO)**



| ID | Infringing Channel | Infringing Work | Plaintiff's Channel | Plaintiff's Copyrighted Work |
|---|---|---|---|---|
| 1 | @RockyFunTV | https://www.youtube.com/watch?v=4-wQ95IFgTw | @MidwestWrestle | https://www.youtube.com/watch?v=rhnXfPnmqqE |
| 2 | @RockyFunTV | https://www.youtube.com/watch?v=Qm3rttZxFPU | @MidwestWWE | https://www.youtube.com/watch?v=iOK_ZNzM6_M |
| 3 | @RockyFunTV | https://www.youtube.com/watch?v=nkru0BVLPZM | @MidwestWWE | https://www.youtube.com/watch?v=it1I9sy2eLY |
| 4 | @RockyFunTV | https://www.youtube.com/watch?v=pMNvEliQmlI | @MidwestWWE | https://www.youtube.com/watch?v=TYalw6DSnts |
| 5 | @RockyFunTV | https://www.youtube.com/watch?v=cSy1lmeHgEk | @MidwestWWE | https://www.youtube.com/watch?v=iOK_ZNzM6_M |
| 6 | @RockyFunTV | https://www.youtube.com/watch?v=bYTqGlyYinA | @MidwestWWE | https://www.youtube.com/watch?v=Gd1s4uisg9w |
| 7 | @RockyFunTV | https://www.youtube.com/shorts/paTvKhpHFNs | @MidwestWrestle | https://www.youtube.com/watch?v=rhnXfPnmqqE |
| 8 | @RockyFunTV | https://www.youtube.com/shorts/vVP-knqIhh4 | @MidwestWWE | https://www.youtube.com/watch?v=it1I9sy2eLY |
| 9 | @RockyFunTV | https://www.youtube.com/shorts/TClT0YnkJB0 | @MidwestWWE | https://www.youtube.com/watch?v=it1I9sy2eLY |
| 10 | @RockyFunTV | https://www.youtube.com/shorts/atcT8ujBauo | @MidwestWWE | https://www.youtube.com/watch?v=iOK_ZNzM6_M |
| 11 | @RockyFunTV | https://www.youtube.com/shorts/nD7emyYZ88I | @MidwestWWE | https://www.youtube.com/watch?v=it1I9sy2eLY |
| 12 | @RockyFunTV | https://www.youtube.com/shorts/ZJKO6FZZ2LU | @MidwestWWE | https://www.youtube.com/watch?v=it1I9sy2eLY |
| 13 | @RockyFunTV | https://www.youtube.com/shorts/pbHzMMbbhjE | @MidwestWWE | https://www.youtube.com/watch?v=it1I9sy2eLY |
| 14 | @RockyFunTV | https://www.youtube.com/shorts/YeRoZ8mhL38 | @MidwestWrestle | https://www.youtube.com/watch?v=Jla2k3T6HlA |
| 15 | @RockyFunTV | https://www.youtube.com/shorts/SPkajrPT7hc | @MidwestWWE | https://www.youtube.com/watch?v=Gd1s4uisg9w |
| 16 | @RockyFunTV | https://www.youtube.com/shorts/TZJ2dTev3hI | @MidwestWWE | https://www.youtube.com/watch?v=TYalw6DSnts |
| 17 | @GrapplingFightZone | https://www.youtube.com/shorts/8Qc1s4RQsjY | @MidwestWrestle | https://www.youtube.com/watch?v=Jla2k3T6HlA |

**PLAINTIFF'S ORIGINAL**



**DEFENDANT'S UNAUTHORIZED REPRODUCTION**





**DEFENDANT'S UNAUTHORIZED REPRODUCTION**



| ID | Infringing Channel | Infringing Work | Plaintiff's Channel | Plaintiff's Copyrighted Work |
|----|--------------------|-----------------|---------------------|------------------------------|
| 1 | @RockyFunTV | https://www.youtube.com/watch?v=4-wQ95IFgTw | @MidwestWrestle | https://www.youtube.com/watch?v=rhnXfPnmqqE |
| 2 | @RockyFunTV | https://www.youtube.com/watch?v=Qm3rttZxFPU | @MidwestWWE | https://www.youtube.com/watch?v=iOK_ZNzM6_M |
| **3** | **@RockyFunTV** | **https://www.youtube.com/watch?v=nkru0BVLPZM** | **@MidwestWWE** | **https://www.youtube.com/watch?v=it1I9sy2eLY** |
| 4 | @RockyFunTV | https://www.youtube.com/watch?v=pMNvEliQmlI | @MidwestWWE | https://www.youtube.com/watch?v=TYalw6DSnts |
| 5 | @RockyFunTV | https://www.youtube.com/watch?v=cSy1lmeHgEk | @MidwestWWE | https://www.youtube.com/watch?v=iOK_ZNzM6_M |
| 6 | @RockyFunTV | https://www.youtube.com/watch?v=bYTqGlyYinA | @MidwestWWE | https://www.youtube.com/watch?v=Gd1s4uisg9w |
| 7 | @RockyFunTV | https://www.youtube.com/shorts/paTvKhpHFNs | @MidwestWrestle | https://www.youtube.com/watch?v=rhnXfPnmqqE |
| 8 | @RockyFunTV | https://www.youtube.com/shorts/vVP-knqIhh4 | @MidwestWWE | https://www.youtube.com/watch?v=it1I9sy2eLY |
| 9 | @RockyFunTV | https://www.youtube.com/shorts/TClT0YnkJB0 | @MidwestWWE | https://www.youtube.com/watch?v=it1I9sy2eLY |
| 10 | @RockyFunTV | https://www.youtube.com/shorts/atcT8ujBauo | @MidwestWWE | https://www.youtube.com/watch?v=iOK_ZNzM6_M |
| 11 | @RockyFunTV | https://www.youtube.com/shorts/nD7emyYZ88I | @MidwestWWE | https://www.youtube.com/watch?v=it1I9sy2eLY |
| 12 | @RockyFunTV | https://www.youtube.com/shorts/ZJKO6FZZ2LU | @MidwestWWE | https://www.youtube.com/watch?v=it1I9sy2eLY |
| 13 | @RockyFunTV | https://www.youtube.com/shorts/pbHzMMbbhjE | @MidwestWWE | https://www.youtube.com/watch?v=it1I9sy2eLY |
| 14 | @RockyFunTV | https://www.youtube.com/shorts/YeRoZ8mhL38 | @MidwestWrestle | https://www.youtube.com/watch?v=Jla2k3T6HlA |
| 15 | @RockyFunTV | https://www.youtube.com/shorts/SPkajrPT7hc | @MidwestWWE | https://www.youtube.com/watch?v=Gd1s4uisg9w |
| 16 | @RockyFunTV | https://www.youtube.com/shorts/TZJ2dTev3hI | @MidwestWWE | https://www.youtube.com/watch?v=TYalw6DSnts |
| 17 | @GrapplingFightZone | https://www.youtube.com/shorts/8Qc1s4RQsjY | @MidwestWrestle | https://www.youtube.com/watch?v=Jla2k3T6HlA |

**PLAINTIFF'S ORIGINAL**



**DEFENDANT'S UNAUTHORIZED REPRODUCTION**





DEFENDANT'S UNAUTHORIZED REPRODUCTION



| ID | Infringing Channel | Infringing Work | Plaintiff's Channel | Plaintiff's Copyrighted Work |
|---|---|---|---|---|
| 1 | @RockyFunTV | https://www.youtube.com/watch?v=4-wQ95IFgTw | @MidwestWrestle | https://www.youtube.com/watch?v=rhnXfPnmqqE |
| 2 | @RockyFunTV | https://www.youtube.com/watch?v=Qm3rttZxFPU | @MidwestWWE | https://www.youtube.com/watch?v=iOK_ZNzM6_M |
| 3 | @RockyFunTV | https://www.youtube.com/watch?v=nkru0BVLPZM | @MidwestWWE | https://www.youtube.com/watch?v=it1I9sy2eLY |
| **4** | **@RockyFunTV** | **https://www.youtube.com/watch?v=pMNvEliQmlI** | **@MidwestWWE** | **https://www.youtube.com/watch?v=TYalw6DSnts** |
| 5 | @RockyFunTV | https://www.youtube.com/watch?v=cSy1lmeHgEk | @MidwestWWE | https://www.youtube.com/watch?v=iOK_ZNzM6_M |
| 6 | @RockyFunTV | https://www.youtube.com/watch?v=bYTqGlyYinA | @MidwestWWE | https://www.youtube.com/watch?v=Gd1s4uisg9w |
| 7 | @RockyFunTV | https://www.youtube.com/shorts/paTvKhpHFNs | @MidwestWrestle | https://www.youtube.com/watch?v=rhnXfPnmqqE |
| 8 | @RockyFunTV | https://www.youtube.com/shorts/vVP-knqIhh4 | @MidwestWWE | https://www.youtube.com/watch?v=it1I9sy2eLY |
| 9 | @RockyFunTV | https://www.youtube.com/shorts/TClT0YnkJB0 | @MidwestWWE | https://www.youtube.com/watch?v=it1I9sy2eLY |
| 10 | @RockyFunTV | https://www.youtube.com/shorts/atcT8ujBauo | @MidwestWWE | https://www.youtube.com/watch?v=iOK_ZNzM6_M |
| 11 | @RockyFunTV | https://www.youtube.com/shorts/nD7emyYZ88I | @MidwestWWE | https://www.youtube.com/watch?v=it1I9sy2eLY |
| 12 | @RockyFunTV | https://www.youtube.com/shorts/ZJKO6FZZ2LU | @MidwestWWE | https://www.youtube.com/watch?v=it1I9sy2eLY |
| 13 | @RockyFunTV | https://www.youtube.com/shorts/pbHzMMbbhjE | @MidwestWWE | https://www.youtube.com/watch?v=it1I9sy2eLY |
| 14 | @RockyFunTV | https://www.youtube.com/shorts/YeRoZ8mhL38 | @MidwestWrestle | https://www.youtube.com/watch?v=Jla2k3T6HlA |
| 15 | @RockyFunTV | https://www.youtube.com/shorts/SPkajrPT7hc | @MidwestWWE | https://www.youtube.com/watch?v=Gd1s4uisg9w |
| 16 | @RockyFunTV | https://www.youtube.com/shorts/TZJ2dTev3hI | @MidwestWWE | https://www.youtube.com/watch?v=TYalw6DSnts |
| 17 | @GrapplingFightZone | https://www.youtube.com/shorts/8Qc1s4RQsjY | @MidwestWrestle | https://www.youtube.com/watch?v=Jla2k3T6HlA |

**PLAINTIFF'S ORIGINAL**



**DEFENDANT'S UNAUTHORIZED REPRODUCTION**





**DEFENDANT'S UNAUTHORIZED REPRODUCTION**



**DEFENDANT'S USE OF FALSE COPYRIGHT MANAGEMENT INFORMATION ("ROCKY!" LOGO)**



| ID | Infringing Channel | Infringing Work | Plaintiff's Channel | Plaintiff's Copyrighted Work |
|---|---|---|---|---|
| 1 | @RockyFunTV | https://www.youtube.com/watch?v=4-wQ95IFgTw | @MidwestWrestle | https://www.youtube.com/watch?v=rhnXfPnmqqE |
| 2 | @RockyFunTV | https://www.youtube.com/watch?v=Qm3rttZxFPU | @MidwestWWE | https://www.youtube.com/watch?v=iOK_ZNzM6_M |
| 3 | @RockyFunTV | https://www.youtube.com/watch?v=nkru0BVLPZM | @MidwestWWE | https://www.youtube.com/watch?v=it1I9sy2eLY |
| 4 | @RockyFunTV | https://www.youtube.com/watch?v=pMNvEliQmlI | @MidwestWWE | https://www.youtube.com/watch?v=TYalw6DSnts |
| **5** | **@RockyFunTV** | **https://www.youtube.com/watch?v=cSy1ImeHgEk** | **@MidwestWWE** | **https://www.youtube.com/watch?v=iOK_ZNzM6_M** |
| 6 | @RockyFunTV | https://www.youtube.com/watch?v=bYTqGlyYinA | @MidwestWWE | https://www.youtube.com/watch?v=Gd1s4uisg9w |
| 7 | @RockyFunTV | https://www.youtube.com/shorts/paTvKhpHFNs | @MidwestWrestle | https://www.youtube.com/watch?v=rhnXfPnmqqE |
| 8 | @RockyFunTV | https://www.youtube.com/shorts/vVP-knqIhh4 | @MidwestWWE | https://www.youtube.com/watch?v=it1I9sy2eLY |
| 9 | @RockyFunTV | https://www.youtube.com/shorts/TClT0YnkJB0 | @MidwestWWE | https://www.youtube.com/watch?v=it1I9sy2eLY |
| 10 | @RockyFunTV | https://www.youtube.com/shorts/atcT8ujBauo | @MidwestWWE | https://www.youtube.com/watch?v=iOK_ZNzM6_M |
| 11 | @RockyFunTV | https://www.youtube.com/shorts/nD7emyYZ88I | @MidwestWWE | https://www.youtube.com/watch?v=it1I9sy2eLY |
| 12 | @RockyFunTV | https://www.youtube.com/shorts/ZJKO6FZZ2LU | @MidwestWWE | https://www.youtube.com/watch?v=it1I9sy2eLY |
| 13 | @RockyFunTV | https://www.youtube.com/shorts/pbHzMMbbhjE | @MidwestWWE | https://www.youtube.com/watch?v=it1I9sy2eLY |
| 14 | @RockyFunTV | https://www.youtube.com/shorts/YeRoZ8mhL38 | @MidwestWrestle | https://www.youtube.com/watch?v=Jla2k3T6HlA |
| 15 | @RockyFunTV | https://www.youtube.com/shorts/SPkajrPT7hc | @MidwestWWE | https://www.youtube.com/watch?v=Gd1s4uisg9w |
| 16 | @RockyFunTV | https://www.youtube.com/shorts/TZJ2dTev3hI | @MidwestWWE | https://www.youtube.com/watch?v=TYalw6DSnts |
| 17 | @GrapplingFightZone | https://www.youtube.com/shorts/8Qc1s4RQsjY | @MidwestWrestle | https://www.youtube.com/watch?v=Jla2k3T6HlA |

# PLAINTIFF'S ORIGINAL



# DEFENDANT'S UNAUTHORIZED REPRODUCTION





110 – Makayla Bros {G} of Geneseo IL vs. Savannah Frederickson {R} of Ottawa IL

DEFENDANT'S UNAUTHORIZED REPRODUCTION





| ID | Infringing Channel | Infringing Work | Plaintiff's Channel | Plaintiff's Copyrighted Work |
|---|---|---|---|---|
| 1 | @RockyFunTV | https://www.youtube.com/watch?v=4-wQ95IFgTw | @MidwestWrestle | https://www.youtube.com/watch?v=rhnXfPnmqqE |
| 2 | @RockyFunTV | https://www.youtube.com/watch?v=Qm3rttZxFPU | @MidwestWWE | https://www.youtube.com/watch?v=iOK_ZNzM6_M |
| 3 | @RockyFunTV | https://www.youtube.com/watch?v=nkru0BVLPZM | @MidwestWWE | https://www.youtube.com/watch?v=it1I9sy2eLY |
| 4 | @RockyFunTV | https://www.youtube.com/watch?v=pMNvEliQmlI | @MidwestWWE | https://www.youtube.com/watch?v=TYalw6DSnts |
| 5 | @RockyFunTV | https://www.youtube.com/watch?v=cSy1lmeHgEk | @MidwestWWE | https://www.youtube.com/watch?v=iOK_ZNzM6_M |
| 6 | @RockyFunTV | https://www.youtube.com/watch?v=bYTqGlyYinA | @MidwestWWE | https://www.youtube.com/watch?v=Gd1s4uisg9w |
| 7 | @RockyFunTV | https://www.youtube.com/shorts/paTvKhpHFNs | @MidwestWrestle | https://www.youtube.com/watch?v=rhnXfPnmqqE |
| 8 | @RockyFunTV | https://www.youtube.com/shorts/vVP-knqIhh4 | @MidwestWWE | https://www.youtube.com/watch?v=it1I9sy2eLY |
| 9 | @RockyFunTV | https://www.youtube.com/shorts/TClT0YnkJB0 | @MidwestWWE | https://www.youtube.com/watch?v=it1I9sy2eLY |
| 10 | @RockyFunTV | https://www.youtube.com/shorts/atcT8ujBauo | @MidwestWWE | https://www.youtube.com/watch?v=iOK_ZNzM6_M |
| 11 | @RockyFunTV | https://www.youtube.com/shorts/nD7emyYZ88I | @MidwestWWE | https://www.youtube.com/watch?v=it1I9sy2eLY |
| 12 | @RockyFunTV | https://www.youtube.com/shorts/ZJKO6FZZ2LU | @MidwestWWE | https://www.youtube.com/watch?v=it1I9sy2eLY |
| 13 | @RockyFunTV | https://www.youtube.com/shorts/pbHzMMbbhjE | @MidwestWWE | https://www.youtube.com/watch?v=it1I9sy2eLY |
| 14 | @RockyFunTV | https://www.youtube.com/shorts/YeRoZ8mhL38 | @MidwestWrestle | https://www.youtube.com/watch?v=Jla2k3T6HlA |
| 15 | @RockyFunTV | https://www.youtube.com/shorts/SPkajrPT7hc | @MidwestWWE | https://www.youtube.com/watch?v=Gd1s4uisg9w |
| 16 | @RockyFunTV | https://www.youtube.com/shorts/TZJ2dTev3hI | @MidwestWWE | https://www.youtube.com/watch?v=TYalw6DSnts |
| 17 | @GrapplingFightZone | https://www.youtube.com/shorts/8Qc1s4RQsjY | @MidwestWrestle | https://www.youtube.com/watch?v=Jla2k3T6HlA |

**PLAINTIFF'S ORIGINAL**



**DEFENDANT'S UNAUTHORIZED REPRODUCTION**





**DEFENDANT'S UNAUTHORIZED REPRODUCTION**



| ID | Infringing Channel | Infringing Work | Plaintiff's Channel | Plaintiff's Copyrighted Work |
|---|---|---|---|---|
| 1 | @RockyFunTV | https://www.youtube.com/watch?v=4-wQ95IFgTw | @MidwestWrestle | https://www.youtube.com/watch?v=rhnXfPnmqqE |
| 2 | @RockyFunTV | https://www.youtube.com/watch?v=Qm3rttZxFPU | @MidwestWWE | https://www.youtube.com/watch?v=iOK_ZNzM6_M |
| 3 | @RockyFunTV | https://www.youtube.com/watch?v=nkru0BVLPZM | @MidwestWWE | https://www.youtube.com/watch?v=it1I9sy2eLY |
| 4 | @RockyFunTV | https://www.youtube.com/watch?v=pMNvEliQmlI | @MidwestWWE | https://www.youtube.com/watch?v=TYalw6DSnts |
| 5 | @RockyFunTV | https://www.youtube.com/watch?v=cSy1lmeHgEk | @MidwestWWE | https://www.youtube.com/watch?v=iOK_ZNzM6_M |
| 6 | @RockyFunTV | https://www.youtube.com/watch?v=bYTqGlyYinA | @MidwestWWE | https://www.youtube.com/watch?v=Gd1s4uisg9w |
| **7** | **@RockyFunTV** | **https://www.youtube.com/shorts/paTvKhpHFNs** | **@MidwestWrestle** | **https://www.youtube.com/watch?v=rhnXfPnmqqE** |
| 8 | @RockyFunTV | https://www.youtube.com/shorts/vVP-knqIhh4 | @MidwestWWE | https://www.youtube.com/watch?v=it1I9sy2eLY |
| 9 | @RockyFunTV | https://www.youtube.com/shorts/TClT0YnkJB0 | @MidwestWWE | https://www.youtube.com/watch?v=it1I9sy2eLY |
| 10 | @RockyFunTV | https://www.youtube.com/shorts/atcT8ujBauo | @MidwestWWE | https://www.youtube.com/watch?v=iOK_ZNzM6_M |
| 11 | @RockyFunTV | https://www.youtube.com/shorts/nD7emyYZ88I | @MidwestWWE | https://www.youtube.com/watch?v=it1I9sy2eLY |
| 12 | @RockyFunTV | https://www.youtube.com/shorts/ZJKO6FZZ2LU | @MidwestWWE | https://www.youtube.com/watch?v=it1I9sy2eLY |
| 13 | @RockyFunTV | https://www.youtube.com/shorts/pbHzMMbbhjE | @MidwestWWE | https://www.youtube.com/watch?v=it1I9sy2eLY |
| 14 | @RockyFunTV | https://www.youtube.com/shorts/YeRoZ8mhL38 | @MidwestWrestle | https://www.youtube.com/watch?v=Jla2k3T6HlA |
| 15 | @RockyFunTV | https://www.youtube.com/shorts/SPkajrPT7hc | @MidwestWWE | https://www.youtube.com/watch?v=Gd1s4uisg9w |
| 16 | @RockyFunTV | https://www.youtube.com/shorts/TZJ2dTev3hI | @MidwestWWE | https://www.youtube.com/watch?v=TYalw6DSnts |
| 17 | @GrapplingFightZone | https://www.youtube.com/shorts/8Qc1s4RQsjY | @MidwestWrestle | https://www.youtube.com/watch?v=Jla2k3T6HlA |

**PLAINTIFF'S ORIGINAL**



**DEFENDANT'S UNAUTHORIZED REPRODUCTION**





DEFENDANT'S UNAUTHORIZED REPRODUCTION



| ID | Infringing Channel | Infringing Work | Plaintiff's Channel | Plaintiff's Copyrighted Work |
|---|---|---|---|---|
| 1 | @RockyFunTV | https://www.youtube.com/watch?v=4-wQ95IFgTw | @MidwestWrestle | https://www.youtube.com/watch?v=rhnXfPnmqqE |
| 2 | @RockyFunTV | https://www.youtube.com/watch?v=Qm3rttZxFPU | @MidwestWWE | https://www.youtube.com/watch?v=iOK_ZNzM6_M |
| 3 | @RockyFunTV | https://www.youtube.com/watch?v=nkru0BVLPZM | @MidwestWWE | https://www.youtube.com/watch?v=it1I9sy2eLY |
| 4 | @RockyFunTV | https://www.youtube.com/watch?v=pMNvEliQmlI | @MidwestWWE | https://www.youtube.com/watch?v=TYalw6DSnts |
| 5 | @RockyFunTV | https://www.youtube.com/watch?v=cSy1ImeHgEk | @MidwestWWE | https://www.youtube.com/watch?v=iOK_ZNzM6_M |
| 6 | @RockyFunTV | https://www.youtube.com/watch?v=bYTqGlyYinA | @MidwestWWE | https://www.youtube.com/watch?v=Gd1s4uisg9w |
| 7 | @RockyFunTV | https://www.youtube.com/shorts/paTvKhpHFNs | @MidwestWrestle | https://www.youtube.com/watch?v=rhnXfPnmqqE |
| **8** | **@RockyFunTV** | **https://www.youtube.com/shorts/vVP-knqIhh4** | **@MidwestWWE** | **https://www.youtube.com/watch?v=it1I9sy2eLY** |
| 9 | @RockyFunTV | https://www.youtube.com/shorts/TClT0YnkJB0 | @MidwestWWE | https://www.youtube.com/watch?v=it1I9sy2eLY |
| 10 | @RockyFunTV | https://www.youtube.com/shorts/atcT8ujBauo | @MidwestWWE | https://www.youtube.com/watch?v=iOK_ZNzM6_M |
| 11 | @RockyFunTV | https://www.youtube.com/shorts/nD7emyYZ88I | @MidwestWWE | https://www.youtube.com/watch?v=it1I9sy2eLY |
| 12 | @RockyFunTV | https://www.youtube.com/shorts/ZJKO6FZZ2LU | @MidwestWWE | https://www.youtube.com/watch?v=it1I9sy2eLY |
| 13 | @RockyFunTV | https://www.youtube.com/shorts/pbHzMMbbhjE | @MidwestWWE | https://www.youtube.com/watch?v=it1I9sy2eLY |
| 14 | @RockyFunTV | https://www.youtube.com/shorts/YeRoZ8mhL38 | @MidwestWrestle | https://www.youtube.com/watch?v=Jla2k3T6HlA |
| 15 | @RockyFunTV | https://www.youtube.com/shorts/SPkajrPT7hc | @MidwestWWE | https://www.youtube.com/watch?v=Gd1s4uisg9w |
| 16 | @RockyFunTV | https://www.youtube.com/shorts/TZJ2dTev3hI | @MidwestWWE | https://www.youtube.com/watch?v=TYalw6DSnts |
| 17 | @GrapplingFightZone | https://www.youtube.com/shorts/8Qc1s4RQsjY | @MidwestWrestle | https://www.youtube.com/watch?v=Jla2k3T6HlA |

**PLAINTIFF'S ORIGINAL**



**DEFENDANT'S UNAUTHORIZED REPRODUCTION**





DEFENDANT'S UNAUTHORIZED REPRODUCTION



| ID | Infringing Channel | Infringing Work | Plaintiff's Channel | Plaintiff's Copyrighted Work |
|---|---|---|---|---|
| 1 | @RockyFunTV | https://www.youtube.com/watch?v=4-wQ95IFgTw | @MidwestWrestle | https://www.youtube.com/watch?v=rhnXfPnmqqE |
| 2 | @RockyFunTV | https://www.youtube.com/watch?v=Qm3rttZxFPU | @MidwestWWE | https://www.youtube.com/watch?v=iOK_ZNzM6_M |
| 3 | @RockyFunTV | https://www.youtube.com/watch?v=nkru0BVLPZM | @MidwestWWE | https://www.youtube.com/watch?v=it1I9sy2eLY |
| 4 | @RockyFunTV | https://www.youtube.com/watch?v=pMNvEliQmlI | @MidwestWWE | https://www.youtube.com/watch?v=TYalw6DSnts |
| 5 | @RockyFunTV | https://www.youtube.com/watch?v=cSy1lmeHgEk | @MidwestWWE | https://www.youtube.com/watch?v=iOK_ZNzM6_M |
| 6 | @RockyFunTV | https://www.youtube.com/watch?v=bYTqGIyYinA | @MidwestWWE | https://www.youtube.com/watch?v=Gd1s4uisg9w |
| 7 | @RockyFunTV | https://www.youtube.com/shorts/paTvKhpHFNs | @MidwestWrestle | https://www.youtube.com/watch?v=rhnXfPnmqqE |
| 8 | @RockyFunTV | https://www.youtube.com/shorts/vVP-knqIhh4 | @MidwestWWE | https://www.youtube.com/watch?v=it1I9sy2eLY |
| **9** | **@RockyFunTV** | **https://www.youtube.com/shorts/TClT0YnkJB0** | **@MidwestWWE** | **https://www.youtube.com/watch?v=it1I9sy2eLY** |
| 10 | @RockyFunTV | https://www.youtube.com/shorts/atcT8ujBauo | @MidwestWWE | https://www.youtube.com/watch?v=iOK_ZNzM6_M |
| 11 | @RockyFunTV | https://www.youtube.com/shorts/nD7emyYZ88I | @MidwestWWE | https://www.youtube.com/watch?v=it1I9sy2eLY |
| 12 | @RockyFunTV | https://www.youtube.com/shorts/ZJKO6FZZ2LU | @MidwestWWE | https://www.youtube.com/watch?v=it1I9sy2eLY |
| 13 | @RockyFunTV | https://www.youtube.com/shorts/pbHzMMbbhjE | @MidwestWWE | https://www.youtube.com/watch?v=it1I9sy2eLY |
| 14 | @RockyFunTV | https://www.youtube.com/shorts/YeRoZ8mhL38 | @MidwestWrestle | https://www.youtube.com/watch?v=Jla2k3T6HlA |
| 15 | @RockyFunTV | https://www.youtube.com/shorts/SPkajrPT7hc | @MidwestWWE | https://www.youtube.com/watch?v=Gd1s4uisg9w |
| 16 | @RockyFunTV | https://www.youtube.com/shorts/TZJ2dTev3hI | @MidwestWWE | https://www.youtube.com/watch?v=TYalw6DSnts |
| 17 | @GrapplingFightZone | https://www.youtube.com/shorts/8Qc1s4RQsjY | @MidwestWrestle | https://www.youtube.com/watch?v=Jla2k3T6HlA |

**PLAINTIFF'S ORIGINAL**



**DEFENDANT'S UNAUTHORIZED REPRODUCTION**





DEFENDANT'S UNAUTHORIZED REPRODUCTION



| ID | Infringing Channel | Infringing Work | Plaintiff's Channel | Plaintiff's Copyrighted Work |
|---|---|---|---|---|
| 1 | @RockyFunTV | https://www.youtube.com/watch?v=4-wQ95IFgTw | @MidwestWrestle | https://www.youtube.com/watch?v=rhnXfPnmqqE |
| 2 | @RockyFunTV | https://www.youtube.com/watch?v=Qm3rttZxFPU | @MidwestWWE | https://www.youtube.com/watch?v=iOK_ZNzM6_M |
| 3 | @RockyFunTV | https://www.youtube.com/watch?v=nkru0BVLPZM | @MidwestWWE | https://www.youtube.com/watch?v=it1I9sy2eLY |
| 4 | @RockyFunTV | https://www.youtube.com/watch?v=pMNvEliQmlI | @MidwestWWE | https://www.youtube.com/watch?v=TYalw6DSnts |
| 5 | @RockyFunTV | https://www.youtube.com/watch?v=cSy1lmeHgEk | @MidwestWWE | https://www.youtube.com/watch?v=iOK_ZNzM6_M |
| 6 | @RockyFunTV | https://www.youtube.com/watch?v=bYTqGlyYinA | @MidwestWWE | https://www.youtube.com/watch?v=Gd1s4uisg9w |
| 7 | @RockyFunTV | https://www.youtube.com/shorts/paTvKhpHFNs | @MidwestWrestle | https://www.youtube.com/watch?v=rhnXfPnmqqE |
| 8 | @RockyFunTV | https://www.youtube.com/shorts/vVP-knqIhh4 | @MidwestWWE | https://www.youtube.com/watch?v=it1I9sy2eLY |
| 9 | @RockyFunTV | https://www.youtube.com/shorts/TClT0YnkJB0 | @MidwestWWE | https://www.youtube.com/watch?v=it1I9sy2eLY |
| **10** | **@RockyFunTV** | **https://www.youtube.com/shorts/atcT8ujBauo** | **@MidwestWWE** | **https://www.youtube.com/watch?v=iOK_ZNzM6_M** |
| 11 | @RockyFunTV | https://www.youtube.com/shorts/nD7emyYZ88I | @MidwestWWE | https://www.youtube.com/watch?v=it1I9sy2eLY |
| 12 | @RockyFunTV | https://www.youtube.com/shorts/ZJKO6FZZ2LU | @MidwestWWE | https://www.youtube.com/watch?v=it1I9sy2eLY |
| 13 | @RockyFunTV | https://www.youtube.com/shorts/pbHzMMbbhjE | @MidwestWWE | https://www.youtube.com/watch?v=it1I9sy2eLY |
| 14 | @RockyFunTV | https://www.youtube.com/shorts/YeRoZ8mhL38 | @MidwestWrestle | https://www.youtube.com/watch?v=Jla2k3T6HlA |
| 15 | @RockyFunTV | https://www.youtube.com/shorts/SPkajrPT7hc | @MidwestWWE | https://www.youtube.com/watch?v=Gd1s4uisg9w |
| 16 | @RockyFunTV | https://www.youtube.com/shorts/TZJ2dTev3hI | @MidwestWWE | https://www.youtube.com/watch?v=TYalw6DSnts |
| 17 | @GrapplingFightZone | https://www.youtube.com/shorts/8Qc1s4RQsjY | @MidwestWrestle | https://www.youtube.com/watch?v=Jla2k3T6HlA |

**PLAINTIFF'S ORIGINAL**



**DEFENDANT'S UNAUTHORIZED REPRODUCTION**





DEFENDANT'S UNAUTHORIZED REPRODUCTION



| ID | Infringing Channel | Infringing Work | Plaintiff's Channel | Plaintiff's Copyrighted Work |
|----|---|---|---|---|
| 1 | @RockyFunTV | https://www.youtube.com/watch?v=4-wQ95IFgTw | @MidwestWrestle | https://www.youtube.com/watch?v=rhnXfPnmqqE |
| 2 | @RockyFunTV | https://www.youtube.com/watch?v=Qm3rttZxFPU | @MidwestWWE | https://www.youtube.com/watch?v=iOK_ZNzM6_M |
| 3 | @RockyFunTV | https://www.youtube.com/watch?v=nkru0BVLPZM | @MidwestWWE | https://www.youtube.com/watch?v=it1I9sy2eLY |
| 4 | @RockyFunTV | https://www.youtube.com/watch?v=pMNvEliQmlI | @MidwestWWE | https://www.youtube.com/watch?v=TYalw6DSnts |
| 5 | @RockyFunTV | https://www.youtube.com/watch?v=cSy1lmeHgEk | @MidwestWWE | https://www.youtube.com/watch?v=iOK_ZNzM6_M |
| 6 | @RockyFunTV | https://www.youtube.com/watch?v=bYTqGlyYinA | @MidwestWWE | https://www.youtube.com/watch?v=Gd1s4uisg9w |
| 7 | @RockyFunTV | https://www.youtube.com/shorts/paTvKhpHFNs | @MidwestWrestle | https://www.youtube.com/watch?v=rhnXfPnmqqE |
| 8 | @RockyFunTV | https://www.youtube.com/shorts/vVP-knqIhh4 | @MidwestWWE | https://www.youtube.com/watch?v=it1I9sy2eLY |
| 9 | @RockyFunTV | https://www.youtube.com/shorts/TClT0YnkJB0 | @MidwestWWE | https://www.youtube.com/watch?v=it1I9sy2eLY |
| 10 | @RockyFunTV | https://www.youtube.com/shorts/atcT8ujBauo | @MidwestWWE | https://www.youtube.com/watch?v=iOK_ZNzM6_M |
| **11** | **@RockyFunTV** | **https://www.youtube.com/shorts/nD7emyYZ88I** | **@MidwestWWE** | **https://www.youtube.com/watch?v=it1I9sy2eLY** |
| 12 | @RockyFunTV | https://www.youtube.com/shorts/ZJKO6FZZ2LU | @MidwestWWE | https://www.youtube.com/watch?v=it1I9sy2eLY |
| 13 | @RockyFunTV | https://www.youtube.com/shorts/pbHzMMbbhjE | @MidwestWWE | https://www.youtube.com/watch?v=it1I9sy2eLY |
| 14 | @RockyFunTV | https://www.youtube.com/shorts/YeRoZ8mhL38 | @MidwestWrestle | https://www.youtube.com/watch?v=Jla2k3T6HlA |
| 15 | @RockyFunTV | https://www.youtube.com/shorts/SPkajrPT7hc | @MidwestWWE | https://www.youtube.com/watch?v=Gd1s4uisg9w |
| 16 | @RockyFunTV | https://www.youtube.com/shorts/TZJ2dTev3hI | @MidwestWWE | https://www.youtube.com/watch?v=TYalw6DSnts |
| 17 | @GrapplingFightZone | https://www.youtube.com/shorts/8Qc1s4RQsjY | @MidwestWrestle | https://www.youtube.com/watch?v=Jla2k3T6HlA |

**PLAINTIFF'S ORIGINAL**



**DEFENDANT'S UNAUTHORIZED REPRODUCTION**





DEFENDANT'S UNAUTHORIZED REPRODUCTION



| ID | Infringing Channel | Infringing Work | Plaintiff's Channel | Plaintiff's Copyrighted Work |
|----|-------------------|-----------------|--------------------|------------------------------|
| 1 | @RockyFunTV | https://www.youtube.com/watch?v=4-wQ95IFgTw | @MidwestWrestle | https://www.youtube.com/watch?v=rhnXfPnmqqE |
| 2 | @RockyFunTV | https://www.youtube.com/watch?v=Qm3rttZxFPU | @MidwestWWE | https://www.youtube.com/watch?v=iOK_ZNzM6_M |
| 3 | @RockyFunTV | https://www.youtube.com/watch?v=nkru0BVLPZM | @MidwestWWE | https://www.youtube.com/watch?v=it1I9sy2eLY |
| 4 | @RockyFunTV | https://www.youtube.com/watch?v=pMNvEliQmlI | @MidwestWWE | https://www.youtube.com/watch?v=TYalw6DSnts |
| 5 | @RockyFunTV | https://www.youtube.com/watch?v=cSy1lmeHgEk | @MidwestWWE | https://www.youtube.com/watch?v=iOK_ZNzM6_M |
| 6 | @RockyFunTV | https://www.youtube.com/watch?v=bYTqGlyYinA | @MidwestWWE | https://www.youtube.com/watch?v=Gd1s4uisg9w |
| 7 | @RockyFunTV | https://www.youtube.com/shorts/paTvKhpHFNs | @MidwestWrestle | https://www.youtube.com/watch?v=rhnXfPnmqqE |
| 8 | @RockyFunTV | https://www.youtube.com/shorts/vVP-knqIhh4 | @MidwestWWE | https://www.youtube.com/watch?v=it1I9sy2eLY |
| 9 | @RockyFunTV | https://www.youtube.com/shorts/TClT0YnkJB0 | @MidwestWWE | https://www.youtube.com/watch?v=it1I9sy2eLY |
| 10 | @RockyFunTV | https://www.youtube.com/shorts/atcT8ujBauo | @MidwestWWE | https://www.youtube.com/watch?v=iOK_ZNzM6_M |
| 11 | @RockyFunTV | https://www.youtube.com/shorts/nD7emyYZ88I | @MidwestWWE | https://www.youtube.com/watch?v=it1I9sy2eLY |
| **12** | **@RockyFunTV** | **https://www.youtube.com/shorts/ZJKO6FZZ2LU** | **@MidwestWWE** | **https://www.youtube.com/watch?v=it1I9sy2eLY** |
| 13 | @RockyFunTV | https://www.youtube.com/shorts/pbHzMMbbhjE | @MidwestWWE | https://www.youtube.com/watch?v=it1I9sy2eLY |
| 14 | @RockyFunTV | https://www.youtube.com/shorts/YeRoZ8mhL38 | @MidwestWrestle | https://www.youtube.com/watch?v=Jla2k3T6HlA |
| 15 | @RockyFunTV | https://www.youtube.com/shorts/SPkajrPT7hc | @MidwestWWE | https://www.youtube.com/watch?v=Gd1s4uisg9w |
| 16 | @RockyFunTV | https://www.youtube.com/shorts/TZJ2dTev3hI | @MidwestWWE | https://www.youtube.com/watch?v=TYalw6DSnts |
| 17 | @GrapplingFightZone | https://www.youtube.com/shorts/8Qc1s4RQsjY | @MidwestWrestle | https://www.youtube.com/watch?v=Jla2k3T6HlA |

PLAINTIFF'S ORIGINAL



DEFENDANT'S UNAUTHORIZED REPRODUCTION





DEFENDANT'S UNAUTHORIZED REPRODUCTION



| ID | Infringing Channel | Infringing Work | Plaintiff's Channel | Plaintiff's Copyrighted Work |
|---|---|---|---|---|
| 1 | @RockyFunTV | https://www.youtube.com/watch?v=4-wQ95IFgTw | @MidwestWrestle | https://www.youtube.com/watch?v=rhnXfPnmqqE |
| 2 | @RockyFunTV | https://www.youtube.com/watch?v=Qm3rttZxFPU | @MidwestWWE | https://www.youtube.com/watch?v=iOK_ZNzM6_M |
| 3 | @RockyFunTV | https://www.youtube.com/watch?v=nkru0BVLPZM | @MidwestWWE | https://www.youtube.com/watch?v=it1I9sy2eLY |
| 4 | @RockyFunTV | https://www.youtube.com/watch?v=pMNvEliQmlI | @MidwestWWE | https://www.youtube.com/watch?v=TYalw6DSnts |
| 5 | @RockyFunTV | https://www.youtube.com/watch?v=cSy1lmeHgEk | @MidwestWWE | https://www.youtube.com/watch?v=iOK_ZNzM6_M |
| 6 | @RockyFunTV | https://www.youtube.com/watch?v=bYTqGlyYinA | @MidwestWWE | https://www.youtube.com/watch?v=Gd1s4uisg9w |
| 7 | @RockyFunTV | https://www.youtube.com/shorts/paTvKhpHFNs | @MidwestWrestle | https://www.youtube.com/watch?v=rhnXfPnmqqE |
| 8 | @RockyFunTV | https://www.youtube.com/shorts/vVP-knqIhh4 | @MidwestWWE | https://www.youtube.com/watch?v=it1I9sy2eLY |
| 9 | @RockyFunTV | https://www.youtube.com/shorts/TClT0YnkJB0 | @MidwestWWE | https://www.youtube.com/watch?v=it1I9sy2eLY |
| 10 | @RockyFunTV | https://www.youtube.com/shorts/atcT8ujBauo | @MidwestWWE | https://www.youtube.com/watch?v=iOK_ZNzM6_M |
| 11 | @RockyFunTV | https://www.youtube.com/shorts/nD7emyYZ88I | @MidwestWWE | https://www.youtube.com/watch?v=it1I9sy2eLY |
| 12 | @RockyFunTV | https://www.youtube.com/shorts/ZJKO6FZZ2LU | @MidwestWWE | https://www.youtube.com/watch?v=it1I9sy2eLY |
| **13** | **@RockyFunTV** | **https://www.youtube.com/shorts/pbHzMMbbhjE** | **@MidwestWWE** | **https://www.youtube.com/watch?v=it1I9sy2eLY** |
| 14 | @RockyFunTV | https://www.youtube.com/shorts/YeRoZ8mhL38 | @MidwestWrestle | https://www.youtube.com/watch?v=Jla2k3T6HlA |
| 15 | @RockyFunTV | https://www.youtube.com/shorts/SPkajrPT7hc | @MidwestWWE | https://www.youtube.com/watch?v=Gd1s4uisg9w |
| 16 | @RockyFunTV | https://www.youtube.com/shorts/TZJ2dTev3hI | @MidwestWWE | https://www.youtube.com/watch?v=TYalw6DSnts |
| 17 | @GrapplingFightZone | https://www.youtube.com/shorts/8Qc1s4RQsjY | @MidwestWrestle | https://www.youtube.com/watch?v=Jla2k3T6HlA |

**PLAINTIFF'S ORIGINAL**



**DEFENDANT'S UNAUTHORIZED REPRODUCTION**





DEFENDANT'S UNAUTHORIZED REPRODUCTION



| ID | Infringing Channel | Infringing Work | Plaintiff's Channel | Plaintiff's Copyrighted Work |
|---|---|---|---|---|
| 1 | @RockyFunTV | https://www.youtube.com/watch?v=4-wQ95IFgTw | @MidwestWrestle | https://www.youtube.com/watch?v=rhnXfPnmqqE |
| 2 | @RockyFunTV | https://www.youtube.com/watch?v=Qm3rttZxFPU | @MidwestWWE | https://www.youtube.com/watch?v=iOK_ZNzM6_M |
| 3 | @RockyFunTV | https://www.youtube.com/watch?v=nkru0BVLPZM | @MidwestWWE | https://www.youtube.com/watch?v=it1I9sy2eLY |
| 4 | @RockyFunTV | https://www.youtube.com/watch?v=pMNvEliQmlI | @MidwestWWE | https://www.youtube.com/watch?v=TYalw6DSnts |
| 5 | @RockyFunTV | https://www.youtube.com/watch?v=cSy1lmeHgEk | @MidwestWWE | https://www.youtube.com/watch?v=iOK_ZNzM6_M |
| 6 | @RockyFunTV | https://www.youtube.com/watch?v=bYTqGlyYinA | @MidwestWWE | https://www.youtube.com/watch?v=Gd1s4uisg9w |
| 7 | @RockyFunTV | https://www.youtube.com/shorts/paTvKhpHFNs | @MidwestWrestle | https://www.youtube.com/watch?v=rhnXfPnmqqE |
| 8 | @RockyFunTV | https://www.youtube.com/shorts/vVP-knqIhh4 | @MidwestWWE | https://www.youtube.com/watch?v=it1I9sy2eLY |
| 9 | @RockyFunTV | https://www.youtube.com/shorts/TClT0YnkJB0 | @MidwestWWE | https://www.youtube.com/watch?v=it1I9sy2eLY |
| 10 | @RockyFunTV | https://www.youtube.com/shorts/atcT8ujBauo | @MidwestWWE | https://www.youtube.com/watch?v=iOK_ZNzM6_M |
| 11 | @RockyFunTV | https://www.youtube.com/shorts/nD7emyYZ88I | @MidwestWWE | https://www.youtube.com/watch?v=it1I9sy2eLY |
| 12 | @RockyFunTV | https://www.youtube.com/shorts/ZJKO6FZZ2LU | @MidwestWWE | https://www.youtube.com/watch?v=it1I9sy2eLY |
| 13 | @RockyFunTV | https://www.youtube.com/shorts/pbHzMMbbhjE | @MidwestWWE | https://www.youtube.com/watch?v=it1I9sy2eLY |
| 14 | @RockyFunTV | https://www.youtube.com/shorts/YeRoZ8mhL38 | @MidwestWrestle | https://www.youtube.com/watch?v=Jla2k3T6HlA |
| 15 | @RockyFunTV | https://www.youtube.com/shorts/SPkajrPT7hc | @MidwestWWE | https://www.youtube.com/watch?v=Gd1s4uisg9w |
| 16 | @RockyFunTV | https://www.youtube.com/shorts/TZJ2dTev3hI | @MidwestWWE | https://www.youtube.com/watch?v=TYalw6DSnts |
| 17 | @GrapplingFightZone | https://www.youtube.com/shorts/8Qc1s4RQsjY | @MidwestWrestle | https://www.youtube.com/watch?v=Jla2k3T6HlA |

**PLAINTIFF'S ORIGINAL**



**DEFENDANT'S UNAUTHORIZED REPRODUCTION**





72 kg Girls Freestyle – Alicia Tucker {B} of IL CornStars Black vs. Zella Weiland {R} of WOW South

Midwest Wrestle ✓
177K subscribers

Analytics    Edit video

👍 5.2K    👎    Share    📢 Promote    ⬇ Download    •••

878K views  3 years ago
September 18, 2022 — Ultimate Club Duals Fall Championship at Nittany Valley Sports Centre in State College, PA

Alicia Tucker {B} of Illinois CornStars Black defeated Zella Weiland {R} of WOW South by Fall at 2 | 9 ...more

263 Comments    Sort by

Rusted Jade Girl's wrestling
tournament, preliminary bout.
Emma Bauknight
261K views • 9 months ago

52 kg Girls Freestyle – Victoria
Macias {B} of IL Cornstars Bla...
Midwest Wrestle ✓
251K views • 3 years ago

DEFENDANT'S UNAUTHORIZED REPRODUCTION



| ID | Infringing Channel | Infringing Work | Plaintiff's Channel | Plaintiff's Copyrighted Work |
|---|---|---|---|---|
| 1 | @RockyFunTV | https://www.youtube.com/watch?v=4-wQ95IFgTw | @MidwestWrestle | https://www.youtube.com/watch?v=rhnXfPnmqqE |
| 2 | @RockyFunTV | https://www.youtube.com/watch?v=Qm3rttZxFPU | @MidwestWWE | https://www.youtube.com/watch?v=iOK_ZNzM6_M |
| 3 | @RockyFunTV | https://www.youtube.com/watch?v=nkru0BVLPZM | @MidwestWWE | https://www.youtube.com/watch?v=it1I9sy2eLY |
| 4 | @RockyFunTV | https://www.youtube.com/watch?v=pMNvEliQmlI | @MidwestWWE | https://www.youtube.com/watch?v=TYalw6DSnts |
| 5 | @RockyFunTV | https://www.youtube.com/watch?v=cSy1lmeHgEk | @MidwestWWE | https://www.youtube.com/watch?v=iOK_ZNzM6_M |
| 6 | @RockyFunTV | https://www.youtube.com/watch?v=bYTqGlyYinA | @MidwestWWE | https://www.youtube.com/watch?v=Gd1s4uisg9w |
| 7 | @RockyFunTV | https://www.youtube.com/shorts/paTvKhpHFNs | @MidwestWrestle | https://www.youtube.com/watch?v=rhnXfPnmqqE |
| 8 | @RockyFunTV | https://www.youtube.com/shorts/vVP-knqIhh4 | @MidwestWWE | https://www.youtube.com/watch?v=it1I9sy2eLY |
| 9 | @RockyFunTV | https://www.youtube.com/shorts/TClT0YnkJB0 | @MidwestWWE | https://www.youtube.com/watch?v=it1I9sy2eLY |
| 10 | @RockyFunTV | https://www.youtube.com/shorts/atcT8ujBauo | @MidwestWWE | https://www.youtube.com/watch?v=iOK_ZNzM6_M |
| 11 | @RockyFunTV | https://www.youtube.com/shorts/nD7emyYZ88I | @MidwestWWE | https://www.youtube.com/watch?v=it1I9sy2eLY |
| 12 | @RockyFunTV | https://www.youtube.com/shorts/ZJKO6FZZ2LU | @MidwestWWE | https://www.youtube.com/watch?v=it1I9sy2eLY |
| 13 | @RockyFunTV | https://www.youtube.com/shorts/pbHzMMbbhjE | @MidwestWWE | https://www.youtube.com/watch?v=it1I9sy2eLY |
| 14 | @RockyFunTV | https://www.youtube.com/shorts/YeRoZ8mhL38 | @MidwestWrestle | https://www.youtube.com/watch?v=Jla2k3T6HlA |
| 15 | @RockyFunTV | https://www.youtube.com/shorts/SPkajrPT7hc | @MidwestWWE | https://www.youtube.com/watch?v=Gd1s4uisg9w |
| 16 | @RockyFunTV | https://www.youtube.com/shorts/TZJ2dTev3hI | @MidwestWWE | https://www.youtube.com/watch?v=TYalw6DSnts |
| 17 | @GrapplingFightZone | https://www.youtube.com/shorts/8Qc1s4RQsjY | @MidwestWrestle | https://www.youtube.com/watch?v=Jla2k3T6HlA |

**PLAINTIFF'S ORIGINAL**



**DEFENDANT'S UNAUTHORIZED REPRODUCTION**





**DEFENDANT'S UNAUTHORIZED REPRODUCTION**



| ID | Infringing Channel | Infringing Work | Plaintiff's Channel | Plaintiff's Copyrighted Work |
|---|---|---|---|---|
| 1 | @RockyFunTV | https://www.youtube.com/watch?v=4-wQ95IFgTw | @MidwestWrestle | https://www.youtube.com/watch?v=rhnXfPnmqqE |
| 2 | @RockyFunTV | https://www.youtube.com/watch?v=Qm3rttZxFPU | @MidwestWWE | https://www.youtube.com/watch?v=iOK_ZNzM6_M |
| 3 | @RockyFunTV | https://www.youtube.com/watch?v=nkru0BVLPZM | @MidwestWWE | https://www.youtube.com/watch?v=it1I9sy2eLY |
| 4 | @RockyFunTV | https://www.youtube.com/watch?v=pMNvEliQmlI | @MidwestWWE | https://www.youtube.com/watch?v=TYalw6DSnts |
| 5 | @RockyFunTV | https://www.youtube.com/watch?v=cSy1lmeHgEk | @MidwestWWE | https://www.youtube.com/watch?v=iOK_ZNzM6_M |
| 6 | @RockyFunTV | https://www.youtube.com/watch?v=bYTqGlyYinA | @MidwestWWE | https://www.youtube.com/watch?v=Gd1s4uisg9w |
| 7 | @RockyFunTV | https://www.youtube.com/shorts/paTvKhpHFNs | @MidwestWrestle | https://www.youtube.com/watch?v=rhnXfPnmqqE |
| 8 | @RockyFunTV | https://www.youtube.com/shorts/vVP-knqIhh4 | @MidwestWWE | https://www.youtube.com/watch?v=it1I9sy2eLY |
| 9 | @RockyFunTV | https://www.youtube.com/shorts/TClT0YnkJB0 | @MidwestWWE | https://www.youtube.com/watch?v=it1I9sy2eLY |
| 10 | @RockyFunTV | https://www.youtube.com/shorts/atcT8ujBauo | @MidwestWWE | https://www.youtube.com/watch?v=iOK_ZNzM6_M |
| 11 | @RockyFunTV | https://www.youtube.com/shorts/nD7emyYZ88I | @MidwestWWE | https://www.youtube.com/watch?v=it1I9sy2eLY |
| 12 | @RockyFunTV | https://www.youtube.com/shorts/ZJKO6FZZ2LU | @MidwestWWE | https://www.youtube.com/watch?v=it1I9sy2eLY |
| 13 | @RockyFunTV | https://www.youtube.com/shorts/pbHzMMbbhjE | @MidwestWWE | https://www.youtube.com/watch?v=it1I9sy2eLY |
| 14 | @RockyFunTV | https://www.youtube.com/shorts/YeRoZ8mhL38 | @MidwestWrestle | https://www.youtube.com/watch?v=Jla2k3T6HlA |
| 15 | @RockyFunTV | https://www.youtube.com/shorts/SPkajrPT7hc | @MidwestWWE | https://www.youtube.com/watch?v=Gd1s4uisg9w |
| 16 | @RockyFunTV | https://www.youtube.com/shorts/TZJ2dTev3hI | @MidwestWWE | https://www.youtube.com/watch?v=TYalw6DSnts |
| 17 | @GrapplingFightZone | https://www.youtube.com/shorts/8Qc1s4RQsjY | @MidwestWrestle | https://www.youtube.com/watch?v=Jla2k3T6HlA |

**PLAINTIFF'S ORIGINAL**



**DEFENDANT'S UNAUTHORIZED REPRODUCTION**





DEFENDANT'S UNAUTHORIZED REPRODUCTION



| ID | Infringing Channel | Infringing Work | Plaintiff's Channel | Plaintiff's Copyrighted Work |
|---|---|---|---|---|
| 1 | @RockyFunTV | https://www.youtube.com/watch?v=4-wQ95IFgTw | @MidwestWrestle | https://www.youtube.com/watch?v=rhnXfPnmqqE |
| 2 | @RockyFunTV | https://www.youtube.com/watch?v=Qm3rttZxFPU | @MidwestWWE | https://www.youtube.com/watch?v=iOK_ZNzM6_M |
| 3 | @RockyFunTV | https://www.youtube.com/watch?v=nkru0BVLPZM | @MidwestWWE | https://www.youtube.com/watch?v=it1I9sy2eLY |
| 4 | @RockyFunTV | https://www.youtube.com/watch?v=pMNvEliQmlI | @MidwestWWE | https://www.youtube.com/watch?v=TYalw6DSnts |
| 5 | @RockyFunTV | https://www.youtube.com/watch?v=cSy1lmeHgEk | @MidwestWWE | https://www.youtube.com/watch?v=iOK_ZNzM6_M |
| 6 | @RockyFunTV | https://www.youtube.com/watch?v=bYTqGlyYinA | @MidwestWWE | https://www.youtube.com/watch?v=Gd1s4uisg9w |
| 7 | @RockyFunTV | https://www.youtube.com/shorts/paTvKhpHFNs | @MidwestWrestle | https://www.youtube.com/watch?v=rhnXfPnmqqE |
| 8 | @RockyFunTV | https://www.youtube.com/shorts/vVP-knqIhh4 | @MidwestWWE | https://www.youtube.com/watch?v=it1I9sy2eLY |
| 9 | @RockyFunTV | https://www.youtube.com/shorts/TClT0YnkJB0 | @MidwestWWE | https://www.youtube.com/watch?v=it1I9sy2eLY |
| 10 | @RockyFunTV | https://www.youtube.com/shorts/atcT8ujBauo | @MidwestWWE | https://www.youtube.com/watch?v=iOK_ZNzM6_M |
| 11 | @RockyFunTV | https://www.youtube.com/shorts/nD7emyYZ88I | @MidwestWWE | https://www.youtube.com/watch?v=it1I9sy2eLY |
| 12 | @RockyFunTV | https://www.youtube.com/shorts/ZJKO6FZZ2LU | @MidwestWWE | https://www.youtube.com/watch?v=it1I9sy2eLY |
| 13 | @RockyFunTV | https://www.youtube.com/shorts/pbHzMMbbhjE | @MidwestWWE | https://www.youtube.com/watch?v=it1I9sy2eLY |
| 14 | @RockyFunTV | https://www.youtube.com/shorts/YeRoZ8mhL38 | @MidwestWrestle | https://www.youtube.com/watch?v=Jla2k3T6HlA |
| 15 | @RockyFunTV | https://www.youtube.com/shorts/SPkajrPT7hc | @MidwestWWE | https://www.youtube.com/watch?v=Gd1s4uisg9w |
| 16 | @RockyFunTV | https://www.youtube.com/shorts/TZJ2dTev3hI | @MidwestWWE | https://www.youtube.com/watch?v=TYalw6DSnts |
| 17 | @GrapplingFightZone | https://www.youtube.com/shorts/8Qc1s4RQsjY | @MidwestWrestle | https://www.youtube.com/watch?v=Jla2k3T6HlA |

**PLAINTIFF'S ORIGINAL**



**DEFENDANT'S UNAUTHORIZED REPRODUCTION**



PLAINTIFF'S ORIGINAL



72 kg Girls Freestyle – Alicia Tucker {B} of IL CornStars Black vs. Zella Weiland {R} of WOW South

DEFENDANT'S UNAUTHORIZED REPRODUCTION

