# Exhibit 2

# Email 1

**Nima Gharavi**

| | |
|---|---|
| **From:** | YouTube Copyright <youtube-disputes+07p9wefsvyxe307@google.com> |
| **Sent:** | Saturday, October 4, 2025 11:51 AM |
| **To:** | nima@midwestwrestle.com |
| **Subject:** | [I6SIKVHVVW2SNU3ALFCRVPUG5Q] YouTube Copyright Complaint Submission |

[External email - use caution]



Hi Midwest Wrestle,

Thank you for your removal request. We've reviewed it and provided updates below.

# Request resolved

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=8Qc1s4RQsjY

We use a combination of automated systems and human reviews to process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Midwest Wrestle
- Your Full Legal Name (Aliases, usernames or initials not accepted): Nima Gharavi

1

- Your Title or Job Position (What is your authority to make this complaint?): Copyright Owner
- Address:
  - o 4610 North Clark St. #1098
  - o Chicago, IL 60640
  - o US
- Username: Midwest Wrestle
- Email Address: nima@midwestwrestle.com
- Phone: (773) 899-4688


- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=8Qc1s4RQsjY
- Describe the work allegedly infringed: My video
  - o Title of video: 72 kg Girls Freestyle – Alicia Tucker {B} of IL CornStars Black vs. Zella Weiland {R} of WOW South
  - o Source of video: Jla2k3T6HlA
  - o Type of video: Internet video
  - o Where does the content appear? Entire video


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - o I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - o I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - o This notification is accurate.
  - o I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - o I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Nima Gharavi

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Oct 3, 2025 YouTube Copyright



# Copyright Infringement Notification Confirmation

Thank you for submitting a copyright takedown request. Your request will be reviewed to make sure it's valid and includes all required elements.

In your request, you have asked that we remove the videos and prevent any copies from being uploaded in the future. We'll reply to this email when we've taken action on your request.

To check the status of your takedown request, go to the 'Removal requests' tab in YouTube Studio's Copyright page. From here, you can also turn off the "Prevent copies" feature. This is the feature that makes best efforts to prevent copies of the videos you asked us to remove from being reuploaded to YouTube.

Keep in mind that this feature should only be selected when you have exclusive worldwide rights to the content specified in your takedown request.

Here is the information you gave us:

- Copyright Owner Name (Company Name if applicable): Midwest Wrestle
- Your Full Legal Name (Aliases, usernames or initials not accepted): Nima Gharavi
- Your Title or Job Position (What is your authority to make this complaint?): Copyright Owner
- Address:
    - 4610 North Clark St. #1098
    - Chicago, IL 60640
    - US
- Username: Midwest Wrestle
- Email Address: nima@midwestwrestle.com
- Phone: (773) 899-4688


- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=8Qc1s4RQsjY

- Describe the work allegedly infringed: My video
  - Source of video: Jla2k3T6HlA
  - Type of video: Internet video
  - Where does the content appear? Entire video


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Nima Gharavi

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066


On Oct 3, 2025 nima@midwestwrestle.com wrote:

Video IDs: 8Qc1s4RQsjY

# Email 2

**Nima Gharavi**

---

**From:** YouTube Copyright <youtube-disputes+0fup5ea7w13ve07@google.com>
**Sent:** Saturday, October 4, 2025 12:05 PM
**To:** nima@midwestwrestle.com
**Subject:** [A7KT52GQDUKTJYG2L4E47KV4QU] YouTube Copyright Complaint Submission

[External email - use caution]



Hi Midwest Wrestle,

Thank you for your removal request. We've reviewed it and provided updates below.

---

# Request resolved

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=paTvKhpHFNs

We use a combination of automated systems and human reviews to process removal requests.

---

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Midwest Wrestle
- Your Full Legal Name (Aliases, usernames or initials not accepted): Nima Gharavi

1

- Your Title or Job Position (What is your authority to make this complaint?): Copyright Owner
- Address:
  - 4610 North Clark St. #1098
  - Chicago, IL 60640
  - US
- Username: Midwest Wrestle
- Email Address: nima@midwestwrestle.com
- Phone: (773) 899-4688


- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=paTvKhpHFNs
- Describe the work allegedly infringed: My video
  - Title of video: 46 kg Girls Freestyle – Maya Alvarado {B} of IL CornStars Black vs. Kara-Lynn Dover {R} of WOW South
  - Source of video: rhnXfPnmqqE
  - Type of video: Internet video
  - Where does the content appear? Entire video


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Nima Gharavi

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Oct 3, 2025 YouTube Copyright



# Copyright Infringement Notification Confirmation

Thank you for submitting a copyright takedown request. Your request will be reviewed to make sure it's valid and includes all <u>required elements</u>.

In your request, you have asked that we remove the videos and prevent any copies from being uploaded in the future. We'll reply to this email when we've taken action on your request.

To check the status of your takedown request, go to the <u>'Removal requests' tab</u> in YouTube Studio's Copyright page. From here, you can also turn off the "Prevent copies" feature. This is the feature that makes best efforts to prevent copies of the videos you asked us to remove from being reuploaded to YouTube.

Keep in mind that this feature should only be selected when you have exclusive worldwide rights to the content specified in your takedown request.

Here is the information you gave us:

- Copyright Owner Name (Company Name if applicable): Midwest Wrestle
- Your Full Legal Name (Aliases, usernames or initials not accepted): Nima Gharavi
- Your Title or Job Position (What is your authority to make this complaint?): Copyright Owner
- Address:
    - 4610 North Clark St. #1098
    - Chicago, IL 60640
    - US
- Username: Midwest Wrestle
- Email Address: nima@midwestwrestle.com
- Phone: (773) 899-4688


- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=paTvKhpHFNs

- Describe the work allegedly infringed: My video
  - Source of video: rhnXfPnmqqE
  - Type of video: Internet video
  - Where does the content appear? Entire video


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Nima Gharavi

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066


On Oct 3, 2025 nima@midwestwrestle.com wrote:

Video IDs: paTvKhpHFNs

# Email 3

**Nima Gharavi**

---

| | |
|---|---|
| **From:** | YouTube Copyright <youtube-disputes+13a1la23erqc907@google.com> |
| **Sent:** | Sunday, October 5, 2025 6:05 AM |
| **To:** | nima@midwestwrestle.com |
| **Subject:** | [4QO5DONCRYPKQKHLQLE3XP6TKM] YouTube Copyright Complaint Submission |

[External email - use caution]



Hi Midwest Wrestle: Women's Edition,

Thank you for your removal request. We've reviewed it and provided updates below.

---

# Request resolved

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=atcT8ujBauo

We use a combination of automated systems and human reviews to process removal requests.

---

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Midwest Wrestle
- Your Full Legal Name (Aliases, usernames or initials not accepted): Nima Gharavi

1

- Your Title or Job Position (What is your authority to make this complaint?): Copyright Owner
- Address:
  - o 4610 North Clark St. #1098
  - o Chicago, IL 60640
  - o US
- Username: Midwest Wrestle: Women's Edition
- Email Address: nima@midwestwrestle.com
- Phone: (773) 899-4688


- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=atcT8ujBauo
- Describe the work allegedly infringed: My video
  - o Title of video: 110 – Makayla Bros {G} of Geneseo IL vs. Savannah Frederickson {R} of Ottawa IL
  - o Source of video: iOK_ZNzM6_M
  - o Type of video: Internet video
  - o Where does the content appear? Entire video


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - o I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - o I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - o This notification is accurate.
  - o I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - o I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Nima Gharavi

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Oct 4, 2025 YouTube Copyright



## Copyright Infringement Notification Confirmation

Thank you for submitting a copyright takedown request. Your request will be reviewed to make sure it's valid and includes all required elements.

In your request, you have asked that we remove the videos and prevent any copies from being uploaded in the future. We'll reply to this email when we've taken action on your request.

To check the status of your takedown request, go to the 'Removal requests' tab in YouTube Studio's Copyright page. From here, you can also turn off the "Prevent copies" feature. This is the feature that makes best efforts to prevent copies of the videos you asked us to remove from being reuploaded to YouTube.

Keep in mind that this feature should only be selected when you have exclusive worldwide rights to the content specified in your takedown request.

Here is the information you gave us:

- Copyright Owner Name (Company Name if applicable): Midwest Wrestle
- Your Full Legal Name (Aliases, usernames or initials not accepted): Nima Gharavi
- Your Title or Job Position (What is your authority to make this complaint?): Copyright Owner
- Address:
  - 4610 North Clark St. #1098
  - Chicago, IL 60640
  - US
- Username: Midwest Wrestle: Women's Edition
- Email Address: nima@midwestwrestle.com
- Phone: (773) 899-4688


- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=atcT8ujBauo

3

- Describe the work allegedly infringed: My video
    - Source of video: iOK_ZNzM6_M
    - Type of video: Internet video
    - Where does the content appear? Entire video


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
    - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
    - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
    - This notification is accurate.
    - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
    - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Nima Gharavi

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

 YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066


On Oct 4, 2025 nima@midwestwrestle.com wrote:

Video IDs: atcT8ujBauo

# Email 4

**Nima Gharavi**

| | |
|---|---|
| **From:** | YouTube Copyright <youtube-disputes+2my8w1ja7y4f207@google.com> |
| **Sent:** | Sunday, October 5, 2025 6:55 AM |
| **To:** | nima@midwestwrestle.com |
| **Subject:** | [3ZIM2PETQDGINIOWANL25H6Z3E] YouTube Copyright Complaint Submission |

[External email - use caution]



Hi Midwest Wrestle: Women's Edition,

Thank you for your removal request. We've reviewed it and provided updates below.

---

# Request resolved

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=bYTqGlyYinA

We use a combination of automated systems and human reviews to process removal requests.

---

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Midwest Wrestle
- Your Full Legal Name (Aliases, usernames or initials not accepted): Nima Gharavi

1

- Your Title or Job Position (What is your authority to make this complaint?): Copyright Owner
- Address:
  - o  4610 North Clark St. #1098
  - o  Chicago, IL 60640
  - o  US
- Username: Midwest Wrestle: Women's Edition
- Email Address: nima@midwestwrestle.com
- Phone: (773) 899-4688


- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=bYTqGlyYinA
- Describe the work allegedly infringed: My video
  - o  Title of video: 190 − Addison Davis {G} of Minooka IL vs. Morgan Congo {R} of Morris IL
  - o  Source of video: Gd1s4uisg9w
  - o  Type of video: Internet video
  - o  Where does the content appear? Entire video


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - o  I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - o  I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - o  This notification is accurate.
  - o  I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - o  I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Nima Gharavi

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Oct 4, 2025 YouTube Copyright



# Copyright Infringement Notification Confirmation

Thank you for submitting a copyright takedown request. Your request will be reviewed to make sure it's valid and includes all required elements.

In your request, you have asked that we remove the videos and prevent any copies from being uploaded in the future. We'll reply to this email when we've taken action on your request.

To check the status of your takedown request, go to the 'Removal requests' tab in YouTube Studio's Copyright page. From here, you can also turn off the "Prevent copies" feature. This is the feature that makes best efforts to prevent copies of the videos you asked us to remove from being reuploaded to YouTube.

Keep in mind that this feature should only be selected when you have exclusive worldwide rights to the content specified in your takedown request.

Here is the information you gave us:

- Copyright Owner Name (Company Name if applicable): Midwest Wrestle
- Your Full Legal Name (Aliases, usernames or initials not accepted): Nima Gharavi
- Your Title or Job Position (What is your authority to make this complaint?): Copyright Owner
- Address:
    - 4610 North Clark St. #1098
    - Chicago, IL 60640
    - US
- Username: Midwest Wrestle: Women's Edition
- Email Address: nima@midwestwrestle.com
- Phone: (773) 899-4688


- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=bYTqGlyYinA

- Describe the work allegedly infringed: My video
  - Source of video: Gd1s4uisg9w
  - Type of video: Internet video
  - Where does the content appear? Entire video


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Nima Gharavi

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066


On Oct 4, 2025 nima@midwestwrestle.com wrote:

Video IDs: bYTqGlyYinA

# Email 5

**Nima Gharavi**

| | |
|---|---|
| **From:** | YouTube Copyright <youtube-disputes+1mmxoldk7ao9e07@google.com> |
| **Sent:** | Sunday, October 5, 2025 8:35 AM |
| **To:** | nima@midwestwrestle.com |
| **Subject:** | [NVXX6JUJS2PHPCGDQIUVSTHN7I] YouTube Copyright Complaint Submission |

[External email - use caution]



Hi Midwest Wrestle,

Thank you for your removal request. We've reviewed it and provided updates below.

---

# Request resolved

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=4-wQ95IFgTw

We use a combination of automated systems and human reviews to process removal requests.

---

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Midwest Wrestle
- Your Full Legal Name (Aliases, usernames or initials not accepted): Nima Gharavi

- Your Title or Job Position (What is your authority to make this complaint?): Copyright Owner
- Address:
  - o 4610 North Clark St. #1098
  - o Chicago, IL 60640
  - o US
- Username: Midwest Wrestle
- Email Address: nima@midwestwrestle.com
- Phone: (773) 899-4688


- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=4-wQ95IFgTw
- Describe the work allegedly infringed: My video
  - o Title of video: 46 kg Girls Freestyle – Maya Alvarado {B} of IL CornStars Black vs. Kara-Lynn Dover {R} of WOW South
  - o Source of video: rhnXfPnmqqE
  - o Type of video: Internet video
  - o Where does the content appear? Entire video


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - o I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - o I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - o This notification is accurate.
  - o I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - o I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Nima Gharavi

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Oct 3, 2025 YouTube Copyright



## Copyright Infringement Notification Confirmation

Thank you for submitting a copyright takedown request. Your request will be reviewed to make sure it's valid and includes all required elements.

In your request, you have asked that we remove the videos and prevent any copies from being uploaded in the future. We'll reply to this email when we've taken action on your request.

To check the status of your takedown request, go to the 'Removal requests' tab in YouTube Studio's Copyright page. From here, you can also turn off the "Prevent copies" feature. This is the feature that makes best efforts to prevent copies of the videos you asked us to remove from being reuploaded to YouTube.

Keep in mind that this feature should only be selected when you have exclusive worldwide rights to the content specified in your takedown request.

Here is the information you gave us:

- Copyright Owner Name (Company Name if applicable): Midwest Wrestle
- Your Full Legal Name (Aliases, usernames or initials not accepted): Nima Gharavi
- Your Title or Job Position (What is your authority to make this complaint?): Copyright Owner
- Address:
    - 4610 North Clark St. #1098
    - Chicago, IL 60640
    - US
- Username: Midwest Wrestle
- Email Address: nima@midwestwrestle.com
- Phone: (773) 899-4688


- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=4-wQ95IFgTw

- Describe the work allegedly infringed: My video
    - Source of video: rhnXfPnmqqE
    - Type of video: Internet video
    - Where does the content appear? Entire video

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
    - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
    - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
    - This notification is accurate.
    - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
    - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Nima Gharavi

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Oct 3, 2025 nima@midwestwrestle.com wrote:

Video IDs: 4-wQ95IFgTw

# Email 6

**Nima Gharavi**

| | |
|---|---|
| **From:** | YouTube Copyright <youtube-disputes+1fv37gjd8yhx507@google.com> |
| **Sent:** | Sunday, October 5, 2025 8:40 PM |
| **To:** | nima@midwestwrestle.com |
| **Subject:** | [UJJQ4GA2C7MO5KTFRNF7TJNY7E] YouTube Copyright Complaint Submission |

[External email - use caution]



Hi Midwest Wrestle: Women's Edition,

Thank you for your removal request. We've reviewed it and provided updates below.

---

# Request resolved

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=TZJ2dTev3hI

We use a combination of automated systems and human reviews to process removal requests.

---

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Midwest Wrestle
- Your Full Legal Name (Aliases, usernames or initials not accepted): Nima Gharavi

1

- Your Title or Job Position (What is your authority to make this complaint?): Copyright Owner
- Address:
  - o 4610 North Clark St. #1098
  - o Chicago, IL 60640
  - o US
- Username: Midwest Wrestle: Women's Edition
- Email Address: nima@midwestwrestle.com
- Phone: (773) 899-4688


- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=TZJ2dTev3hI
- Describe the work allegedly infringed: My video
  - o Title of video: Mic'd Up: 110 − Brooklyn Hart {G} of Seneca IL vs. Sarah Lowrey {R} of LaSalle Peru IL
  - o Source of video: TYalw6DSnts
  - o Type of video: Internet video
  - o Where does the content appear? Entire video


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - o I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - o I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - o This notification is accurate.
  - o I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - o I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Nima Gharavi

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Oct 4, 2025 YouTube Copyright



# Copyright Infringement Notification Confirmation

Thank you for submitting a copyright takedown request. Your request will be reviewed to make sure it's valid and includes all required elements.

In your request, you have asked that we remove the videos and prevent any copies from being uploaded in the future. We'll reply to this email when we've taken action on your request.

To check the status of your takedown request, go to the 'Removal requests' tab in YouTube Studio's Copyright page. From here, you can also turn off the "Prevent copies" feature. This is the feature that makes best efforts to prevent copies of the videos you asked us to remove from being reuploaded to YouTube.

Keep in mind that this feature should only be selected when you have exclusive worldwide rights to the content specified in your takedown request.

Here is the information you gave us:

- Copyright Owner Name (Company Name if applicable): Midwest Wrestle
- Your Full Legal Name (Aliases, usernames or initials not accepted): Nima Gharavi
- Your Title or Job Position (What is your authority to make this complaint?): Copyright Owner
- Address:
    - 4610 North Clark St. #1098
    - Chicago, IL 60640
    - US
- Username: Midwest Wrestle: Women's Edition
- Email Address: nima@midwestwrestle.com
- Phone: (773) 899-4688


- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=TZJ2dTev3hI

- Describe the work allegedly infringed: My video
  - Source of video: TYalw6DSnts
  - Type of video: Internet video
  - Where does the content appear? Entire video


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Nima Gharavi

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066


On Oct 4, 2025 nima@midwestwrestle.com wrote:

Video IDs: TZJ2dTev3hI

# Email 7

**Nima Gharavi**

| | |
|---|---|
| **From:** | YouTube Copyright <youtube-disputes+20ol3ipba0rn907@google.com> |
| **Sent:** | Sunday, October 5, 2025 8:41 PM |
| **To:** | nima@midwestwrestle.com |
| **Subject:** | [MOI35H6VI5IUEJDUEY25Z2H5M4] YouTube Copyright Complaint Submission |

[External email - use caution]



Hi Midwest Wrestle: Women's Edition,

Thank you for your removal request. We've reviewed it and provided updates below.

---

# Request resolved

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=nkru0BVLPZM

We use a combination of automated systems and human reviews to process removal requests.

---

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Midwest Wrestle
- Your Full Legal Name (Aliases, usernames or initials not accepted): Nima Gharavi

- Your Title or Job Position (What is your authority to make this complaint?): Copyright Owner
- Address:
  - 4610 North Clark St. #1098
  - Chicago, IL 60640
  - US
- Username: Midwest Wrestle: Women's Edition
- Email Address: nima@midwestwrestle.com
- Phone: (773) 899-4688


- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=nkru0BVLPZM
- Describe the work allegedly infringed: My video
  - Title of video: Mic'd Up: 115 − Haven Nicolaides {G} of Seneca IL vs. Izzy White {R} of Minooka IL
  - Source of video: it1I9sy2eLY
  - Type of video: Internet video
  - Where does the content appear? Entire video


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Nima Gharavi

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Oct 4, 2025 YouTube Copyright



# Copyright Infringement Notification Confirmation

Thank you for submitting a copyright takedown request. Your request will be reviewed to make sure it's valid and includes all required elements.

In your request, you have asked that we remove the videos and prevent any copies from being uploaded in the future. We'll reply to this email when we've taken action on your request.

To check the status of your takedown request, go to the 'Removal requests' tab in YouTube Studio's Copyright page. From here, you can also turn off the "Prevent copies" feature. This is the feature that makes best efforts to prevent copies of the videos you asked us to remove from being reuploaded to YouTube.

Keep in mind that this feature should only be selected when you have exclusive worldwide rights to the content specified in your takedown request.

Here is the information you gave us:

- Copyright Owner Name (Company Name if applicable): Midwest Wrestle
- Your Full Legal Name (Aliases, usernames or initials not accepted): Nima Gharavi
- Your Title or Job Position (What is your authority to make this complaint?): Copyright Owner
- Address:
  - o 4610 North Clark St. #1098
  - o Chicago, IL 60640
  - o US
- Username: Midwest Wrestle: Women's Edition
- Email Address: nima@midwestwrestle.com
- Phone: (773) 899-4688


- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=nkru0BVLPZM

- Describe the work allegedly infringed: My video
  - Source of video: it1I9sy2eLY
  - Type of video: Internet video
  - Where does the content appear? Entire video


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Nima Gharavi

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066


On Oct 4, 2025 nima@midwestwrestle.com wrote:

Video IDs: nkru0BVLPZM

# Email 8

**Nima Gharavi**

| | |
|---|---|
| **From:** | YouTube Copyright <youtube-disputes+088ovbrczqb6u07@google.com> |
| **Sent:** | Sunday, October 5, 2025 8:41 PM |
| **To:** | nima@midwestwrestle.com |
| **Subject:** | [X4SJM2Q5K4ML4SLXNBIACVVMZI] YouTube Copyright Complaint Submission |

[External email - use caution]



Hi Midwest Wrestle: Women's Edition,

Thank you for your removal request. We've reviewed it and provided updates below.

---

# Request resolved

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=pMNvEliQmlI

We use a combination of automated systems and human reviews to process removal requests.

---

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Midwest Wrestle
- Your Full Legal Name (Aliases, usernames or initials not accepted): Nima Gharavi

- Your Title or Job Position (What is your authority to make this complaint?): Copyright Owner
- Address:
  - 4610 North Clark St. #1098
  - Chicago, IL 60640
  - US
- Username: Midwest Wrestle: Women's Edition
- Email Address: nima@midwestwrestle.com
- Phone: (773) 899-4688


- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=pMNvEliQmlI
- Describe the work allegedly infringed: My video
  - Title of video: Mic'd Up: 110 – Brooklyn Hart {G} of Seneca IL vs. Sarah Lowrey {R} of LaSalle Peru IL
  - Source of video: TYalw6DSnts
  - Type of video: Internet video
  - Where does the content appear? Entire video


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Nima Gharavi

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Oct 4, 2025 YouTube Copyright



## Copyright Infringement Notification Confirmation

Thank you for submitting a copyright takedown request. Your request will be reviewed to make sure it's valid and includes all required elements.

In your request, you have asked that we remove the videos and prevent any copies from being uploaded in the future. We'll reply to this email when we've taken action on your request.

To check the status of your takedown request, go to the 'Removal requests' tab in YouTube Studio's Copyright page. From here, you can also turn off the "Prevent copies" feature. This is the feature that makes best efforts to prevent copies of the videos you asked us to remove from being reuploaded to YouTube.

Keep in mind that this feature should only be selected when you have exclusive worldwide rights to the content specified in your takedown request.

Here is the information you gave us:

- Copyright Owner Name (Company Name if applicable): Midwest Wrestle
- Your Full Legal Name (Aliases, usernames or initials not accepted): Nima Gharavi
- Your Title or Job Position (What is your authority to make this complaint?): Copyright Owner
- Address:
  - 4610 North Clark St. #1098
  - Chicago, IL 60640
  - US
- Username: Midwest Wrestle: Women's Edition
- Email Address: nima@midwestwrestle.com
- Phone: (773) 899-4688


- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=pMNvEliQmlI

- Describe the work allegedly infringed: My video
  - Source of video: TYalw6DSnts
  - Type of video: Internet video
  - Where does the content appear? Entire video


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Nima Gharavi

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Oct 4, 2025 nima@midwestwrestle.com wrote:

Video IDs: pMNvEliQmlI

# Email 9

**Nima Gharavi**

| | |
|---|---|
| **From:** | YouTube Copyright <youtube-disputes+33486g6xi02kd07@google.com> |
| **Sent:** | Sunday, October 5, 2025 8:41 PM |
| **To:** | nima@midwestwrestle.com |
| **Subject:** | [EAZ4BELPZEXMH75BJFMK2VGWTM] YouTube Copyright Complaint Submission |

[External email - use caution]



Hi Midwest Wrestle: Women's Edition,

Thank you for your removal request. We've reviewed it and provided updates below.

# Request resolved

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=cSy1ImeHgEk

We use a combination of automated systems and human reviews to process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Midwest Wrestle
- Your Full Legal Name (Aliases, usernames or initials not accepted): Nima Gharavi

- Your Title or Job Position (What is your authority to make this complaint?): Copyright Owner
- Address:
  - o 4610 North Clark St. #1098
  - o Chicago, IL 60640
  - o US
- Username: Midwest Wrestle: Women's Edition
- Email Address: nima@midwestwrestle.com
- Phone: (773) 899-4688


- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=cSy1lmeHgEk
- Describe the work allegedly infringed: My video
  - o Title of video: 110 – Makayla Bros {G} of Geneseo IL vs. Savannah Frederickson {R} of Ottawa IL
  - o Source of video: iOK_ZNzM6_M
  - o Type of video: Internet video
  - o Where does the content appear? Entire video


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - o I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - o I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - o This notification is accurate.
  - o I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - o I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Nima Gharavi

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Oct 4, 2025 YouTube Copyright



# Copyright Infringement Notification Confirmation

Thank you for submitting a copyright takedown request. Your request will be reviewed to make sure it's valid and includes all required elements.

In your request, you have asked that we remove the videos and prevent any copies from being uploaded in the future. We'll reply to this email when we've taken action on your request.

To check the status of your takedown request, go to the 'Removal requests' tab in YouTube Studio's Copyright page. From here, you can also turn off the "Prevent copies" feature. This is the feature that makes best efforts to prevent copies of the videos you asked us to remove from being reuploaded to YouTube.

Keep in mind that this feature should only be selected when you have exclusive worldwide rights to the content specified in your takedown request.

Here is the information you gave us:

- Copyright Owner Name (Company Name if applicable): Midwest Wrestle
- Your Full Legal Name (Aliases, usernames or initials not accepted): Nima Gharavi
- Your Title or Job Position (What is your authority to make this complaint?): Copyright Owner
- Address:
    - 4610 North Clark St. #1098
    - Chicago, IL 60640
    - US
- Username: Midwest Wrestle: Women's Edition
- Email Address: nima@midwestwrestle.com
- Phone: (773) 899-4688


- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=cSy1lmeHgEk

- Describe the work allegedly infringed: My video
  - Source of video: iOK_ZNzM6_M
  - Type of video: Internet video
  - Where does the content appear? Entire video

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Nima Gharavi

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Oct 4, 2025 nima@midwestwrestle.com wrote:

Video IDs: cSy1lmeHgEk

# Email 10

**Nima Gharavi**

| | |
|---|---|
| **From:** | YouTube Copyright <youtube-disputes+0bkfw6tv2ajp807@google.com> |
| **Sent:** | Sunday, October 5, 2025 8:42 PM |
| **To:** | nima@midwestwrestle.com |
| **Subject:** | [3EE3PZRJ6NMBBBLF7ZK77C3WKQ] YouTube Copyright Complaint Submission |

[External email - use caution]



Hi Midwest Wrestle: Women's Edition,

Thank you for your removal request. We've reviewed it and provided updates below.

---

# Request resolved

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=vVP-knqIhh4

We use a combination of automated systems and human reviews to process removal requests.

---

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Midwest Wrestle
- Your Full Legal Name (Aliases, usernames or initials not accepted): Nima Gharavi

- Your Title or Job Position (What is your authority to make this complaint?): Copyright Owner
- Address:
  - 4610 North Clark St. #1098
  - Chicago, IL 60640
  - US
- Username: Midwest Wrestle: Women's Edition
- Email Address: nima@midwestwrestle.com
- Phone: (773) 899-4688

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=vVP-knqIhh4
- Describe the work allegedly infringed: My video
  - Title of video: Mic'd Up: 115 – Haven Nicolaides {G} of Seneca IL vs. Izzy White {R} of Minooka IL
  - Source of video: it1I9sy2eLY
  - Type of video: Internet video
  - Where does the content appear? Entire video

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Nima Gharavi

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Oct 4, 2025 YouTube Copyright



# Copyright Infringement Notification Confirmation

Thank you for submitting a copyright takedown request. Your request will be reviewed to make sure it's valid and includes all required elements.

In your request, you have asked that we remove the videos and prevent any copies from being uploaded in the future. We'll reply to this email when we've taken action on your request.

To check the status of your takedown request, go to the 'Removal requests' tab in YouTube Studio's Copyright page. From here, you can also turn off the "Prevent copies" feature. This is the feature that makes best efforts to prevent copies of the videos you asked us to remove from being reuploaded to YouTube.

Keep in mind that this feature should only be selected when you have exclusive worldwide rights to the content specified in your takedown request.

Here is the information you gave us:

- Copyright Owner Name (Company Name if applicable): Midwest Wrestle
- Your Full Legal Name (Aliases, usernames or initials not accepted): Nima Gharavi
- Your Title or Job Position (What is your authority to make this complaint?): Copyright Owner
- Address:
    - 4610 North Clark St. #1098
    - Chicago, IL 60640
    - US
- Username: Midwest Wrestle: Women's Edition
- Email Address: nima@midwestwrestle.com
- Phone: (773) 899-4688


- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=vVP-knqIhh4

- Describe the work allegedly infringed: My video
  - Source of video: it1I9sy2eLY
  - Type of video: Internet video
  - Where does the content appear? Entire video

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Nima Gharavi

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Oct 4, 2025 nima@midwestwrestle.com wrote:

Video IDs: vVP-knqIhh4

# Email 11

**Nima Gharavi**

| | |
|---|---|
| **From:** | YouTube Copyright <youtube-disputes+3addfnh1rwl3d07@google.com> |
| **Sent:** | Sunday, October 5, 2025 8:43 PM |
| **To:** | nima@midwestwrestle.com |
| **Subject:** | [Y4ZKQNZOFM3AOCZNZM4YKMGW6M] YouTube Copyright Complaint Submission |

[External email - use caution]



Hi Midwest Wrestle: Women's Edition,

Thank you for your removal request. We've reviewed it and provided updates below.

---

# Request resolved

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=TClT0YnkJB0

We use a combination of automated systems and human reviews to process removal requests.

---

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Midwest Wrestle
- Your Full Legal Name (Aliases, usernames or initials not accepted): Nima Gharavi

1

- Your Title or Job Position (What is your authority to make this complaint?): Copyright Owner
- Address:
  - o 4610 North Clark St. #1098
  - o Chicago, IL 60640
  - o US
- Username: Midwest Wrestle: Women's Edition
- Email Address: nima@midwestwrestle.com
- Phone: (773) 899-4688


- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=TClT0YnkJB0
- Describe the work allegedly infringed: My video
  - o Title of video: Mic'd Up: 115 – Haven Nicolaides {G} of Seneca IL vs. Izzy White {R} of Minooka IL
  - o Source of video: it1I9sy2eLY
  - o Type of video: Internet video
  - o Where does the content appear? Entire video


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - o I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - o I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - o This notification is accurate.
  - o I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - o I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Nima Gharavi

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Oct 4, 2025 YouTube Copyright



## Copyright Infringement Notification Confirmation

Thank you for submitting a copyright takedown request. Your request will be reviewed to make sure it's valid and includes all required elements.

In your request, you have asked that we remove the videos and prevent any copies from being uploaded in the future. We'll reply to this email when we've taken action on your request.

To check the status of your takedown request, go to the 'Removal requests' tab in YouTube Studio's Copyright page. From here, you can also turn off the "Prevent copies" feature. This is the feature that makes best efforts to prevent copies of the videos you asked us to remove from being reuploaded to YouTube.

Keep in mind that this feature should only be selected when you have exclusive worldwide rights to the content specified in your takedown request.

Here is the information you gave us:

- Copyright Owner Name (Company Name if applicable): Midwest Wrestle
- Your Full Legal Name (Aliases, usernames or initials not accepted): Nima Gharavi
- Your Title or Job Position (What is your authority to make this complaint?): Copyright Owner
- Address:
    - 4610 North Clark St. #1098
    - Chicago, IL 60640
    - US
- Username: Midwest Wrestle: Women's Edition
- Email Address: nima@midwestwrestle.com
- Phone: (773) 899-4688


- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=TClT0YnkJB0

- Describe the work allegedly infringed: My video
  - o Source of video: it1I9sy2eLY
  - o Type of video: Internet video
  - o Where does the content appear? Entire video


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - o I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - o I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - o This notification is accurate.
  - o I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - o I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Nima Gharavi

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066


On Oct 4, 2025 nima@midwestwrestle.com wrote:

Video IDs: TClT0YnkJB0

# Email 12

**Nima Gharavi**

| | |
|---|---|
| **From:** | YouTube Copyright <youtube-disputes+0ptn86ay4sgt007@google.com> |
| **Sent:** | Sunday, October 5, 2025 8:44 PM |
| **To:** | nima@midwestwrestle.com |
| **Subject:** | [K72SFLFMKRN5EHU32NKVCV6A6I] YouTube Copyright Complaint Submission |

[External email - use caution]



Hi Midwest Wrestle: Women's Edition,

Thank you for your removal request. We've reviewed it and provided updates below.

---

# Request resolved

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=nD7emyYZ88I

We use a combination of automated systems and human reviews to process removal requests.

---

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Midwest Wrestle
- Your Full Legal Name (Aliases, usernames or initials not accepted): Nima Gharavi

- Your Title or Job Position (What is your authority to make this complaint?): Copyright Owner
- Address:
  - o  4610 North Clark St. #1098
  - o  Chicago, IL 60640
  - o  US
- Username: Midwest Wrestle: Women's Edition
- Email Address: nima@midwestwrestle.com
- Phone: (773) 899-4688


- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=nD7emyYZ88I
- Describe the work allegedly infringed: My video
  - o  Title of video: Mic'd Up: 115 – Haven Nicolaides {G} of Seneca IL vs. Izzy White {R} of Minooka IL
  - o  Source of video: it1I9sy2eLY
  - o  Type of video: Internet video
  - o  Where does the content appear? Entire video


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - o  I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - o  I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - o  This notification is accurate.
  - o  I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - o  I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Nima Gharavi

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Oct 4, 2025 YouTube Copyright



## Copyright Infringement Notification Confirmation

Thank you for submitting a copyright takedown request. Your request will be reviewed to make sure it's valid and includes all [required elements](#).

In your request, you have asked that we remove the videos and prevent any copies from being uploaded in the future. We'll reply to this email when we've taken action on your request.

To check the status of your takedown request, go to the ['Removal requests' tab](#) in YouTube Studio's Copyright page. From here, you can also turn off the "Prevent copies" feature. This is the feature that makes best efforts to prevent copies of the videos you asked us to remove from being reuploaded to YouTube.

Keep in mind that this feature should only be selected when you have exclusive worldwide rights to the content specified in your takedown request.

Here is the information you gave us:

- Copyright Owner Name (Company Name if applicable): Midwest Wrestle
- Your Full Legal Name (Aliases, usernames or initials not accepted): Nima Gharavi
- Your Title or Job Position (What is your authority to make this complaint?): Copyright Owner
- Address:
    - 4610 North Clark St. #1098
    - Chicago, IL 60640
    - US
- Username: Midwest Wrestle: Women's Edition
- Email Address: nima@midwestwrestle.com
- Phone: (773) 899-4688


- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=nD7emyYZ88I

- Describe the work allegedly infringed: My video
  - Source of video: it1I9sy2eLY
  - Type of video: Internet video
  - Where does the content appear? Entire video



- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Nima Gharavi

- The YouTube Team

[Help Center](#) • [Email Options](#)

You received this email to provide information and updates around your YouTube channel or account.



© 2021 [Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066](#)


On Oct 4, 2025 nima@midwestwrestle.com wrote:

Video IDs: nD7emyYZ88I

# Email 13

**Nima Gharavi**

| | |
|---|---|
| **From:** | YouTube Copyright <youtube-disputes+0m7hhdpa24yrg07@google.com> |
| **Sent:** | Sunday, October 5, 2025 8:45 PM |
| **To:** | nima@midwestwrestle.com |
| **Subject:** | [G43ACJH6XB3ZNM2AZZP4SGWQOI] YouTube Copyright Complaint Submission |

[External email - use caution]



Hi Midwest Wrestle: Women's Edition,

Thank you for your removal request. We've reviewed it and provided updates below.

---

# Request resolved

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=ZJKO6FZZ2LU

We use a combination of automated systems and human reviews to process removal requests.

---

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Midwest Wrestle
- Your Full Legal Name (Aliases, usernames or initials not accepted): Nima Gharavi

- Your Title or Job Position (What is your authority to make this complaint?): Copyright Owner
- Address:
  - o 4610 North Clark St. #1098
  - o Chicago, IL 60640
  - o US
- Username: Midwest Wrestle: Women's Edition
- Email Address: nima@midwestwrestle.com
- Phone: (773) 899-4688


- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=ZJKO6FZZ2LU
- Describe the work allegedly infringed: My video
  - o Title of video: Mic'd Up: 115 – Haven Nicolaides {G} of Seneca IL vs. Izzy White {R} of Minooka IL
  - o Source of video: it1I9sy2eLY
  - o Type of video: Internet video
  - o Where does the content appear? Entire video


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - o I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - o I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - o This notification is accurate.
  - o I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - o I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Nima Gharavi

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Oct 4, 2025 YouTube Copyright



# Copyright Infringement Notification Confirmation

Thank you for submitting a copyright takedown request. Your request will be reviewed to make sure it's valid and includes all required elements.

In your request, you have asked that we remove the videos and prevent any copies from being uploaded in the future. We'll reply to this email when we've taken action on your request.

To check the status of your takedown request, go to the 'Removal requests' tab in YouTube Studio's Copyright page. From here, you can also turn off the "Prevent copies" feature. This is the feature that makes best efforts to prevent copies of the videos you asked us to remove from being reuploaded to YouTube.

Keep in mind that this feature should only be selected when you have exclusive worldwide rights to the content specified in your takedown request.

Here is the information you gave us:

- Copyright Owner Name (Company Name if applicable): Midwest Wrestle
- Your Full Legal Name (Aliases, usernames or initials not accepted): Nima Gharavi
- Your Title or Job Position (What is your authority to make this complaint?): Copyright Owner
- Address:
  - 4610 North Clark St. #1098
  - Chicago, IL 60640
  - US
- Username: Midwest Wrestle: Women's Edition
- Email Address: nima@midwestwrestle.com
- Phone: (773) 899-4688


- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=ZJKO6FZZ2LU

- Describe the work allegedly infringed: My video
  - o Source of video: it1I9sy2eLY
  - o Type of video: Internet video
  - o Where does the content appear? Entire video


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - o I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - o I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - o This notification is accurate.
  - o I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - o I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Nima Gharavi

- The YouTube Team

[Help Center](#) • [Email Options](#)

You received this email to provide information and updates around your YouTube channel or account.



© 2021 [Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066](#)


On Oct 4, 2025 nima@midwestwrestle.com wrote:

Video IDs: ZJKO6FZZ2LU

# Email 14

**Nima Gharavi**

| | |
|---|---|
| **From:** | YouTube Copyright <youtube-disputes+13euh92utd7n707@google.com> |
| **Sent:** | Sunday, October 5, 2025 8:46 PM |
| **To:** | nima@midwestwrestle.com |
| **Subject:** | [FXQGHI5KHFOXSDK4KIV5JPPFFM] YouTube Copyright Complaint Submission |

[External email - use caution]



Hi Midwest Wrestle: Women's Edition,

Thank you for your removal request. We've reviewed it and provided updates below.

---

# Request resolved

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=pbHzMMbbhjE

We use a combination of automated systems and human reviews to process removal requests.

---

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Midwest Wrestle
- Your Full Legal Name (Aliases, usernames or initials not accepted): Nima Gharavi

- Your Title or Job Position (What is your authority to make this complaint?): Copyright Owner
- Address:
  - o 4610 North Clark St. #1098
  - o Chicago, IL 60640
  - o US
- Username: Midwest Wrestle: Women's Edition
- Email Address: nima@midwestwrestle.com
- Phone: (773) 899-4688

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=pbHzMMbbhjE
- Describe the work allegedly infringed: My video
  - o Title of video: Mic'd Up: 115 – Haven Nicolaides {G} of Seneca IL vs. Izzy White {R} of Minooka IL
  - o Source of video: it1I9sy2eLY
  - o Type of video: Internet video
  - o Where does the content appear? Entire video

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - o I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - o I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - o This notification is accurate.
  - o I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - o I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Nima Gharavi

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Oct 4, 2025 YouTube Copyright



# Copyright Infringement Notification Confirmation

Thank you for submitting a copyright takedown request. Your request will be reviewed to make sure it's valid and includes all required elements.

In your request, you have asked that we remove the videos and prevent any copies from being uploaded in the future. We'll reply to this email when we've taken action on your request.

To check the status of your takedown request, go to the 'Removal requests' tab in YouTube Studio's Copyright page. From here, you can also turn off the "Prevent copies" feature. This is the feature that makes best efforts to prevent copies of the videos you asked us to remove from being reuploaded to YouTube.

Keep in mind that this feature should only be selected when you have exclusive worldwide rights to the content specified in your takedown request.

Here is the information you gave us:

- Copyright Owner Name (Company Name if applicable): Midwest Wrestle
- Your Full Legal Name (Aliases, usernames or initials not accepted): Nima Gharavi
- Your Title or Job Position (What is your authority to make this complaint?): Copyright Owner
- Address:
  - o 4610 North Clark St. #1098
  - o Chicago, IL 60640
  - o US
- Username: Midwest Wrestle: Women's Edition
- Email Address: nima@midwestwrestle.com
- Phone: (773) 899-4688


- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=pbHzMMbbhjE

- Describe the work allegedly infringed: My video
  - Source of video: it1I9sy2eLY
  - Type of video: Internet video
  - Where does the content appear? Entire video


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Nima Gharavi

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

 YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066


On Oct 4, 2025 nima@midwestwrestle.com wrote:

Video IDs: pbHzMMbbhjE

# Email 15

**Nima Gharavi**

| | |
|---|---|
| **From:** | YouTube Copyright <youtube-disputes+2opxzg7ckq8hf07@google.com> |
| **Sent:** | Sunday, October 5, 2025 8:47 PM |
| **To:** | nima@midwestwrestle.com |
| **Subject:** | [IOF4VGPALRJBUYB4DSYOISF6PY] YouTube Copyright Complaint Submission |

[External email - use caution]



Hi Midwest Wrestle: Women's Edition,

Thank you for your removal request. We've reviewed it and provided updates below.

---

# Request resolved

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=SPkajrPT7hc

We use a combination of automated systems and human reviews to process removal requests.

---

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Midwest Wrestle
- Your Full Legal Name (Aliases, usernames or initials not accepted): Nima Gharavi

- Your Title or Job Position (What is your authority to make this complaint?): Copyright Owner
- Address:
  - 4610 North Clark St. #1098
  - Chicago, IL 60640
  - US
- Username: Midwest Wrestle: Women's Edition
- Email Address: nima@midwestwrestle.com
- Phone: (773) 899-4688


- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=SPkajrPT7hc
- Describe the work allegedly infringed: My video
  - Title of video: 190 – Addison Davis {G} of Minooka IL vs. Morgan Congo {R} of Morris IL
  - Source of video: Gd1s4uisg9w
  - Type of video: Internet video
  - Where does the content appear? Entire video


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Nima Gharavi

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Oct 4, 2025 YouTube Copyright



## Copyright Infringement Notification Confirmation

Thank you for submitting a copyright takedown request. Your request will be reviewed to make sure it's valid and includes all required elements.

In your request, you have asked that we remove the videos and prevent any copies from being uploaded in the future. We'll reply to this email when we've taken action on your request.

To check the status of your takedown request, go to the 'Removal requests' tab in YouTube Studio's Copyright page. From here, you can also turn off the "Prevent copies" feature. This is the feature that makes best efforts to prevent copies of the videos you asked us to remove from being reuploaded to YouTube.

Keep in mind that this feature should only be selected when you have exclusive worldwide rights to the content specified in your takedown request.

Here is the information you gave us:

- Copyright Owner Name (Company Name if applicable): Midwest Wrestle
- Your Full Legal Name (Aliases, usernames or initials not accepted): Nima Gharavi
- Your Title or Job Position (What is your authority to make this complaint?): Copyright Owner
- Address:
    - 4610 North Clark St. #1098
    - Chicago, IL 60640
    - US
- Username: Midwest Wrestle: Women's Edition
- Email Address: nima@midwestwrestle.com
- Phone: (773) 899-4688


- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=SPkajrPT7hc

3

- Describe the work allegedly infringed: My video
  - Source of video: Gd1s4uisg9w
  - Type of video: Internet video
  - Where does the content appear? Entire video


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Nima Gharavi

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066


On Oct 4, 2025 nima@midwestwrestle.com wrote:

Video IDs: SPkajrPT7hc

# Email 16

**Nima Gharavi**

| | |
|---|---|
| **From:** | YouTube Copyright <youtube-disputes+0kpvbyjvimlyd07@google.com> |
| **Sent:** | Saturday, October 4, 2025 6:47 PM |
| **To:** | nima@midwestwrestle.com |
| **Subject:** | [QAXYQL3FEAKCO4JXHLJ7ZXDZQI] YouTube Copyright Complaint Submission |

[External email - use caution]



Hi Midwest Wrestle,

Thank you for your removal request. We've reviewed it and provided updates below.

---

# Request resolved

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=YeRoZ8mhL38

We use a combination of automated systems and human reviews to process removal requests.

---

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Midwest Wrestle
- Your Full Legal Name (Aliases, usernames or initials not accepted): Nima Gharavi

- Your Title or Job Position (What is your authority to make this complaint?): Copyright Owner
- Address:
  - o 4610 North Clark St. #1098
  - o Chicago, IL 60640
  - o US
- Username: Midwest Wrestle
- Email Address: nima@midwestwrestle.com
- Phone: (773) 899-4688


- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=YeRoZ8mhL38
- Describe the work allegedly infringed: My video
  - o Title of video: 72 kg Girls Freestyle – Alicia Tucker {B} of IL CornStars Black vs. Zella Weiland {R} of WOW South
  - o Source of video: Jla2k3T6HlA
  - o Type of video: Internet video
  - o Where does the content appear? Entire video


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - o I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - o I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - o This notification is accurate.
  - o I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - o I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Nima Gharavi

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Oct 3, 2025 YouTube Copyright



# Copyright Infringement Notification Confirmation

Thank you for submitting a copyright takedown request. Your request will be reviewed to make sure it's valid and includes all <u>required elements</u>.

In your request, you have asked that we remove the videos and prevent any copies from being uploaded in the future. We'll reply to this email when we've taken action on your request.

To check the status of your takedown request, go to the <u>'Removal requests' tab</u> in YouTube Studio's Copyright page. From here, you can also turn off the "Prevent copies" feature. This is the feature that makes best efforts to prevent copies of the videos you asked us to remove from being reuploaded to YouTube.

Keep in mind that this feature should only be selected when you have exclusive worldwide rights to the content specified in your takedown request.

Here is the information you gave us:

- Copyright Owner Name (Company Name if applicable): Midwest Wrestle
- Your Full Legal Name (Aliases, usernames or initials not accepted): Nima Gharavi
- Your Title or Job Position (What is your authority to make this complaint?): Copyright Owner
- Address:
    - 4610 North Clark St. #1098
    - Chicago, IL 60640
    - US
- Username: Midwest Wrestle
- Email Address: nima@midwestwrestle.com
- Phone: (773) 899-4688


- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=YeRoZ8mhL38

- Describe the work allegedly infringed: My video
    - Source of video: JIa2k3T6HIA
    - Type of video: Internet video
    - Where does the content appear? Entire video


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
    - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
    - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
    - This notification is accurate.
    - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
    - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Nima Gharavi

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066


On Oct 3, 2025 nima@midwestwrestle.com wrote:

    Video IDs: YeRoZ8mhL38

Email 17

**Nima Gharavi**

| | |
|---|---|
| **From:** | YouTube Copyright <youtube-disputes+1whhyrbwipppv07@google.com> |
| **Sent:** | Tuesday, October 7, 2025 3:17 AM |
| **To:** | nima@midwestwrestle.com |
| **Subject:** | [AR565OAYGFWCY53LP5NRMJZUAE] YouTube Copyright Complaint Submission |

[External email - use caution]



Hi Midwest Wrestle: Women's Edition,

Thank you for your response. We've reviewed it and provided updates below.

---

# Request declined

We've reviewed this matter and found that the copyrighted work you identified doesn't seem to appear in the video(s) listed below. For this reason, we can't process your request.

If appropriate, you may submit a complaint regarding other legal issues, including trademark and defamation.

Videos in question:

https://www.youtube.com/watch?v=Qm3rttZxFPU

⬚ Video (Internet video)

Title of your video: 110 – Makayla Bros {G} of Geneseo IL vs. Savannah Frederickson {R} of Ottawa IL

Content found in: Custom thumbnail

To learn more about copyright, go to YouTube's Copyright Center. If you still think this copyright removal request is valid, you may appeal this decision. Learn more about your resolution options.

---

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Midwest Wrestle
- Your Full Legal Name (Aliases, usernames or initials not accepted): Nima Gharavi
- Your Title or Job Position (What is your authority to make this complaint?): Copyright Owner
- Address:
  - 4610 North Clark St. #1098
  - Chicago, IL 60640
  - US
- Username: Midwest Wrestle: Women's Edition
- Email Address: nima@midwestwrestle.com
- Phone: (773) 899-4688


- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=Qm3rttZxFPU
- Describe the work allegedly infringed: My video
  - Title of video: 110 – Makayla Bros {G} of Geneseo IL vs. Savannah Frederickson {R} of Ottawa IL
  - Source of video: iOK_ZNzM6_M
  - Type of video: Internet video
  - Where does the content appear? Custom thumbnail


- Country where copyright applies: US

- I state UNDER PENALTY OF PERJURY that:
  - o I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - o I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - o This notification is accurate.
  - o I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - o I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Nima Gharavi

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Oct 6, 2025 nima@midwestwrestle.com wrote:

Hello,

As requested:

·        What is the title of your copyrighted work? If your work is untitled, give a description of the contents in the work.

  o 110 – Makayla Bros {G} of Geneseo IL vs. Savannah Frederickson {R} of Ottawa IL

·        What type of copyrighted work is it?

  o YouTube video: https://www.youtube.com/watch?v=iOK_ZNzM6_M (the "Work")

·        When was it authored?

  o March 24, 2025

·        By whom was it authored?

o   I, Nima Gharavi, authored it.

·            If portions of your work appear in this video, what are the specific timestamps in which this occurs?

o   The infringing custom thumbnail is an unauthorized reproduction of 0:56 from the above-linked YouTube video.  The reported material infringes on my exclusive right(s), including but not limited to, the right to reproduce pursuant to 17 U.S.C. § 106(1), by publishing one or more unauthorized reproduction(s) copied from the Work to which I retain exclusive copyright(s).  Moreover, the unauthorized reproduction removed Copyright Management Information (CMI), in violation of 17 U.S.C. § 1202(b).  Finally, the unauthorized reproduction added false CMI in violation of 17 U.S.C. § 1202(a).

Regards,

Nima Gharavi

(773) 899-4688

**From:** YouTube Copyright <youtube-disputes+1whhyrbwipppv07@google.com>
**Sent:** Sunday, October 5, 2025 8:48 PM
**To:** nima@midwestwrestle.com
**Subject:** [AR565OAYGFWCY53LP5NRMJZUAE] YouTube Copyright Complaint Submission

[External email - use caution]



Hi Midwest Wrestle: Women's Edition,

Thank you for your removal request. We've reviewed your request and need some more information from you before we can proceed. Please read the entire email carefully for a complete update of each video's status.

**Add video details** Action needed

Your identification of the specific copyrighted work at issue is unclear. To identify the specific work allegedly infringed, answering some or all of the following questions will be helpful:

- Required:

    o   What is the title of your copyrighted work? If your work is untitled, give a description of the contents in the work.

- What type of copyrighted work is it?

- Encouraged:

  - When was it authored?
  - By whom was it authored?
  - If portions of your work appear in this video, what are the specific timestamps in which this occurs?

Videos in question:

https://www.youtube.com/watch?v=Qm3rttZxFPU

🖵 Video (Internet video)

Title of your video: 110 – Makayla Bros {G} of Geneseo IL vs. Savannah Frederickson {R} of Ottawa IL

Content found in: Custom thumbnail

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Midwest Wrestle
- Your Full Legal Name (Aliases, usernames or initials not accepted): Nima Gharavi
- Your Title or Job Position (What is your authority to make this complaint?): Copyright Owner
- Address:

  - 4610 North Clark St. #1098
  - Chicago, IL 60640
  - US

- Username: Midwest Wrestle: Women's Edition
- Email Address: nima@midwestwrestle.com
- Phone: (773) 899-4688

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=Qm3rttZxFPU
- Describe the work allegedly infringed: My video

  - Title of video: 110 – Makayla Bros {G} of Geneseo IL vs. Savannah Frederickson {R} of Ottawa IL

5

- o Source of video: iOK_ZNzM6_M
- o Type of video: Internet video
- o Where does the content appear? Custom thumbnail

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:

- o I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- o I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- o This notification is accurate.
- o I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- o I understand that abuse of this tool will result in termination of my YouTube channel.

- Authorized Signature: Nima Gharavi

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Oct 4, 2025 YouTube Copyright



# Copyright Infringement Notification Confirmation

Thank you for submitting a copyright takedown request. Your request will be reviewed to make sure it's valid and includes all required elements.

In your request, you have asked that we remove the videos and prevent any copies from being uploaded in the future. We'll reply to this email when we've taken action on your request.

6

To check the status of your takedown request, go to the 'Removal requests' tab in YouTube Studio's Copyright page. From here, you can also turn off the "Prevent copies" feature. This is the feature that makes best efforts to prevent copies of the videos you asked us to remove from being reuploaded to YouTube.

Keep in mind that this feature should only be selected when you have exclusive worldwide rights to the content specified in your takedown request.

Here is the information you gave us:

- Copyright Owner Name (Company Name if applicable): Midwest Wrestle
- Your Full Legal Name (Aliases, usernames or initials not accepted): Nima Gharavi
- Your Title or Job Position (What is your authority to make this complaint?): Copyright Owner
- Address:

  - 4610 North Clark St. #1098
  - Chicago, IL 60640
  - US

- Username: Midwest Wrestle: Women's Edition
- Email Address: nima@midwestwrestle.com
- Phone: (773) 899-4688

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=Qm3rttZxFPU
- Describe the work allegedly infringed: My video

  - Source of video: iOK_ZNzM6_M
  - Type of video: Internet video
  - Where does the content appear? Custom thumbnail

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:

  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.

- Authorized Signature: Nima Gharavi

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Oct 4, 2025 nima@midwestwrestle.com wrote:

Video IDs: Qm3rttZxFPU