Exhibit 3

## NOTE REGARDING EXHIBIT 3

Defendant sent 19 emails from six different email addresses between October 5-8, 2025. In emails 4, 6, 7, 9, 10, 13, 15, 16, 17 and 18, Defendant placed the entire message content in the subject line rather than the body, causing truncation when the emails were converted to PDF format.

For these ten emails, the exhibit contains three components: (1) the PDF printout showing the truncated subject line as it appears in the email client, (2) supplemental pages displaying the complete subject line as extracted using Google's Message Header Analyzer tool (https://toolbox.googleapps.com/apps/messageheader/analyzeheader), and (3) the underlying raw email headers that were analyzed to extract the complete subject line.

# Email 1

**Nima Gharavi**

---

**From:**      Anuj Kumar <kumaranuj85141@gmail.com>
**Sent:**      Sunday, October 5, 2025 3:15 AM
**To:**         nima@midwestwrestle.com

Subject: Humble Request – Please Remove Copyright Strike from My Video

Body:

Respected [ Midwest Wrestle ]

Greetings 
My name is ( Anuj Kumar ) and I run a small YouTube channel named Rocky Fun TV. Recently, one of my videos received a copyright strike due to your content.

I truly respect your creative work and sincerely apologize for using it without permission. My intention was never to violate your rights or cause any harm. It was an unintentional mistake from my side.

With folded hands, I humbly request you to kindly withdraw the strike. Your kind support will save my channel and inspire me to grow as a more responsible creator.

I assure you that this mistake will never be repeated. From now on, I will only use original or properly licensed content in my videos.

I am truly grateful for your time, patience, and generosity. 🙏

Sincerely,
[Anuj Kumar]
 Channel Name :- Rocky Fun TV

# Email 2

**Nima Gharavi**

---

**From:** Anuj Kumar <kumaranuj85141@gmail.com>
**Sent:** Sunday, October 5, 2025 3:22 AM
**To:** nima@midwestwrestle.com

Subject: Request to Remove Copyright Strike from My YouTube Channel

Body:

Hello [ Midwest Wrestle ]

My name is [Anuj Kumar] and I run a YouTube channel called Rocky Fun TV. Recently, one of my videos received 2 copyright strike from your content.

First of all, I sincerely apologize for using your material without prior permission. It was never my intention to misuse or harm your content rights. This happened unknowingly, and I truly respect your hard work and ownership.

I humbly request you to kindly withdraw the copyright strike from my channel. I assure you that this mistake will never be repeated again. From now on, I will only use original content or properly licensed material in my videos.

Your kind support will save my channel, and I will always remain grateful for your generosity.

Thank you so much for your time and understanding. 

Best regards,
[Anuj Kumar]
Channel name -: Rocky Fun TV

# Email 3

**Nima Gharavi**

**From:**      Anuj Kumar <kumaranuj85141@gmail.com>
**Sent:**      Sunday, October 5, 2025 3:33 AM
**To:**         nima@midwestwrestle.com
**Subject:**   Please sir 🙏 please please 🙏🙏🙏🙏

Subject: Request to Remove Copyright Strike

Dear [ Midwest Wrestle ]

My name is [Anuj Kumar], and I run the YouTube channel "[Rocky Fun TV]". Recently, one of my videos received 2 copyright strike from your content. I sincerely apologize for any unintentional use of your work.

My intention is purely for entertainment and educational purposes related to sports, with no intent to violate your rights. I highly respect your content and creative efforts.

I kindly request you to remove the copyright strike. I am ready to delete or edit the video immediately if needed and will ensure no such issues happen in the future.

Your support would mean a lot, and I would be extremely grateful for your positive response.

Thank you for your time and consideration.

Sincerely,
[Rocky Fun TV]
[Your Email / https://youtube.com/@rockyfuntv?si=j-tm7VhP90NufpMr]

Email 4

**Nima Gharavi**

| | |
|---|---|
| **From:** | Anuj Kumar <kumaranuj85141@gmail.com> |
| **Sent:** | Sunday, October 5, 2025 3:40 AM |
| **To:** | nima@midwestwrestle.com |
| **Subject:** | Subject: Request to Remove Copyright Strike Dear [ Midwest Wrestle ] My name is [Anuj Kumar], and I run the YouTube channel "[Rocky Fun TV]". Recently, one of my videos received 2 copyright strike from your content. I sincerely apologize for any unintenti |

## COMPLETE EMAIL SUBJECT LINE

Subject: Request to Remove Copyright Strike Dear [ Midwest Wrestle ] My name is [Anuj Kumar], and I run the YouTube channel "[Rocky Fun TV]". Recently, one of my videos received 2 copyright strike from your content. I sincerely apologize for any unintentional use of your work. My intention is purely for entertainment and educational purposes related to sports, with no intent to violate your rights. I highly respect your content and creative efforts. I kindly request you to remove the copyright strike. I am ready to delete or edit the video immediately if needed and will ensure no such issues happen in the future. Your support would mean a lot, and I would be extremely grateful for your positive response. Thank you for your time and consideration. Sincerely, [Rocky Fun TV] [Your Email / https://youtube.com/@rockyfuntv?si=j-tm7VhP90NufpMr]

**NOTE**: Complete email subject line extracted from raw email header (see below) using: https://toolbox.googleapps.com/apps/messageheader/analyzeheader

## RAW EMAIL HEADER

Received: from asp-relay-pe.jellyfish.systems (unknown [162.255.118.7])

      by mxs-01.privateemail.com (Postfix) with ESMTP id 4cfbSS0sHbz3hhxm

      for <nima@midwestwrestle.com>; Sun,  5 Oct 2025 04:40:08 -0400 (EDT)

Received: from mxs-01.privateemail.com ([10.50.14.133])

      by DIR-05 with LMTP

      id YFGrB+gu4mi3yCwA0YkaXQ

      (envelope-from <kumaranuj85141@gmail.com>)

      for <nima@midwestwrestle.com>; Sun, 05 Oct 2025 04:40:08 -0400

Received: by mail-pl1-f195.google.com with SMTP id d9443c01a7336-2681660d604so39131455ad.0

      for <nima@midwestwrestle.com>; Sun, 05 Oct 2025 01:40:05 -0700 (PDT)

Received: from mail-pl1-f195.google.com (mail-pl1-f195.google.com [209.85.214.195])

      (using TLSv1.3 with cipher TLS_AES_256_GCM_SHA384 (256/256 bits)

       key-exchange X25519 server-signature RSA-PSS (2048 bits) server-digest SHA256)

      (No client certificate requested)

      by asp-relay-pe.jellyfish.systems (Postfix) with ESMTPS id 4cfbSP4xT2z9rxk

      for <nima@midwestwrestle.com>; Sun, 05 Oct 2025 08:40:05 +0000 (UTC)

Received: from DIR-05 ([10.50.14.195])

      by localhost with LMTP

      id kNvmB+gu4miBPgsA0J78UA

      (envelope-from <kumaranuj85141@gmail.com>)

      for <nima@midwestwrestle.com>; Sun, 05 Oct 2025 04:40:08 -0400

From: "Anuj Kumar" <kumaranuj85141@gmail.com>

To: <nima@midwestwrestle.com>

Subject: =?utf-8?Q?Subject:_Request_to_Remove_Copyr?=

      =?utf-8?Q?ight_Strike_Dear_=5B_Midwest_Wrest?=

      =?utf-8?Q?le_=5D_My_name_is_=5BAnuj_Kumar=5D=2C_an?=

      =?utf-8?Q?d_I_run_the_YouTube_channel_=E2=80=9C=5BRo?=

      =?utf-8?Q?cky_Fun_TV=5D=E2=80=9D._Recently=2C_one_of_m?=

=?utf-8?Q?y_videos_received_2_copyright_st?=

=?utf-8?Q?rike_from_your_content._I_sincer?=

=?utf-8?Q?ely_apologize_for_any_unintentio?=

=?utf-8?Q?nal_use_of_your_work._My_intenti?=

=?utf-8?Q?on_is_purely_for_entertainment_a?=

=?utf-8?Q?nd_educational_purposes_related_?=

=?utf-8?Q?to_sports=2C_with_no_intent_to_vio?=

=?utf-8?Q?late_your_rights._I_highly_respe?=

=?utf-8?Q?ct_your_content_and_creative_eff?=

=?utf-8?Q?orts._I_kindly_request_you_to_re?=

=?utf-8?Q?move_the_copyright_strike._I_am_?=

=?utf-8?Q?ready_to_delete_or_edit_the_vide?=

=?utf-8?Q?o_immediately_if_needed_and_will?=

=?utf-8?Q?_ensure_no_such_issues_happen_in?=

=?utf-8?Q?_the_future._Your_support_would_?=

=?utf-8?Q?mean_a_lot=2C_and_I_would_be_extre?=

=?utf-8?Q?mely_grateful_for_your_positive_?=

=?utf-8?Q?response._Thank_you_for_your_tim?=

=?utf-8?Q?e_and_consideration._Sincerely=2C_?=

=?utf-8?Q?=5BRocky_Fun_TV=5D_=5BYour_Email_/_htt?=

=?utf-8?Q?ps://youtube.com/=40rockyfuntv=3Fsi=3D?=

=?utf-8?Q?j-tm7VhP90NufpMr=5D?=

Date: Sun, 5 Oct 2025 03:39:52 -0500

Message-ID: <CAFJGaoP3t6aRU-wsaPRWKtfxwOFcZRmFxNXu2LWo93dRbUx2wg@mail.gmail.com>

MIME-Version: 1.0

Content-Type: multipart/alternative;

        boundary="----=_NextPart_000_0240_01DC35A9.D57B3940"

X-Mailer: Microsoft Outlook 16.0

Authentication-Results: asp-relay-pe.jellyfish.systems;

dkim=pass header.d=gmail.com header.s=20230601 header.b=kfwf5VCC;

dmarc=pass (policy=none) header.from=gmail.com;

spf=pass (asp-relay-pe.jellyfish.systems: domain of kumaranuj85141@gmail.com designates
209.85.214.195 as permitted sender) smtp.mailfrom=kumaranuj85141@gmail.com

Thread-Index: AQHpF9q04eqWXpIpT/EmDbhsB6WDSg==

X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;

    d=1e100.net; s=20230601; t=1759653604; x=1760258404;

    h=to:subject:message-id:date:from:mime-version:x-gm-message-state

     :from:to:cc:subject:date:message-id:reply-to;

    bh=ETmLgtOS2q4NZJRCYdkzu+N0oVckUycC0jUSXoJEFqs=;

    b=OpQq6EW1EF8dUMKVA8SzW2+bwXc4+zSuHX9Xk3h+tezTK4h5XCDX0dlZKJwm+eeFxj

     gQv8t7NR3WofU1ZXzAs/2XpQrLODwsjgU0K7H/316Zx1hFzt34Ezp40aCMejGnYb8+OR

     smTmWSiFkMdG6zSD0rQKyhTsXWa/casGIqbqLiE7W4musRMCzWOdRX/Kq9UNQG6WO6K2

     Go9GcyBTPcMYRWkThhlNQB8bRAx0A8dsAFRorKeEZNjybQJmIUvir4VswQV1hg4Lj9QP

     k9P6HbLutwdcHJ5ZmNzQ70jwlIMZbWeURBs4OaFKCcZ125xfIJa5A3LjpVeteNROCFmE

     /zpA==

X-Gm-Message-State: AOJu0Yyp1ZzUMCspgTBHKjnqS4fIgecn0/jR1/LB9Tv7gTsbw5wkem5h

        GdoaBLmHBpAu4tMgFAUrhecByneKCr7VNHfuyEKefw9ts7+13cb+BD8I270TVLPT8Xy+f26PJRz

        +Gxn8vw5PHzS2dvY4dCJXqwb0u8190EXYDnnp0JI=

X-Google-Smtp-Source:
AGHT+IFQi8xQ3fHj9tq3pxro5IYje+SmfLs09sB+UrJn0lBKdO1ybZ5Y09MxO3p0tHScjGzZ6mJE+fPIkP0wCEr4
0Ts=

X-Received: by 2002:a17:903:124a:b0:246:80b1:8c87 with SMTP id

 d9443c01a7336-28e9a61b73cmr101963105ad.43.1759653604515; Sun, 05 Oct 2025

 01:40:04 -0700 (PDT)

X-Gm-Gg: ASbGnctjMEpvjTjrC73DPE/sSlWP9hvy99rSxbCA1zs4VT3nnMYaHUIKDkgt0WDQt+J

        M+UnMItq2e+W58wibo95+JovtCuMieG0tbj4oh9SgfOLqWeQqV5chj2G3UFP05WI4xCb2G5dkjT

        pi4C1CVSkQPEzD26qNjy+yldLtrByFh9mZkldNqyJS32qHk4W8GAqWcHFJHUFvxLXOpzoV53KD/

        MUF8a0s4Arh63IfdCGacMzcTRSjuKJ2EeyJ9eMo9u5C5fDr84ZmScRoOvPk/9GMafqkyHmQsbAR

        uDnD8K+NOw==

X-Gm-Features: AS18NWBFuvctocyVI4XXrZz_M1zNKsFh29jpLZ5vaM5hVPHRGlc1a62FM5KeEtI

# Email 5

**Nima Gharavi**

| | |
|---|---|
| **From:** | Anuj Patel <ap4619323@gmail.com> |
| **Sent:** | Sunday, October 5, 2025 3:47 AM |
| **To:** | nima@midwestwrestle.com |

Subject: Humble Request to Remove Copyright Strike

Dear [Midwest Wrestle ],

My name is [Grappling Fight Zone], and I run the YouTube channel "[Grappling Fight Zone]". Recently, one of my videos received a copyright strike from your content. I sincerely apologize if I unintentionally used your work.

My sole intention is to provide entertainment and sports-related knowledge to my audience. I had no intention of infringing on your rights and I deeply respect your creative efforts.

I kindly request you to consider removing the copyright strike. If necessary, I am ready to delete or edit the video immediately. I will take full care to ensure such issues do not occur in the future.

Your support would mean a lot to me, and I would be truly grateful for your positive response.

Thank you very much for your time and consideration.

Sincerely,
[Grappling Fight Zone]
[Your Email / https://youtube.com/@grapplingfightzone?si=zxEdgA3g6Gk6DwT_]

# Email 6

**Nima Gharavi**

| | |
|---|---|
| **From:** | Anuj AP <apanuj664@gmail.com> |
| **Sent:** | Monday, October 6, 2025 10:58 AM |
| **To:** | nima@midwestwrestle.com |
| **Subject:** | Subject: Request to Remove Copyright Strike Dear [ Midwest Wrestle ] My name is [Anuj Kumar], and I run the YouTube channel "[Rocky Fun TV]". Recently, one of my videos received 2 copyright strike from your content. I sincerely apologize for any unintenti |

## <u>COMPLETE EMAIL SUBJECT LINE</u>

Subject: Request to Remove Copyright Strike Dear [ Midwest Wrestle ] My name is [Anuj Kumar], and I run the YouTube channel "[Rocky Fun TV]". Recently, one of my videos received 2 copyright strike from your content. I sincerely apologize for any unintentional use of your work. My intention is purely for entertainment and educational purposes related to sports, with no intent to violate your rights. I highly respect your content and creative efforts. I kindly request you to remove the copyright strike. I am ready to delete or edit the video immediately if needed and will ensure no such issues happen in the future. Your support would mean a lot, and I would be extremely grateful for your positive response. Thank you for your time and consideration. Sincerely, [Rocky Fun TV] [Channel Email / https://youtube.com/@rockyfuntv?si=j-tm7VhP90NufpMr]

**NOTE**: Complete email subject line extracted from raw email header (see below) using: https://toolbox.googleapps.com/apps/messageheader/analyzeheader

## RAW EMAIL HEADER

Received: from asp-relay-pe.jellyfish.systems (unknown [162.255.118.7])

        by mta-03.privateemail.com (Postfix) with ESMTP id 4cgP781yhKz3hhwd

        for <nima@midwestwrestle.com>; Mon,  6 Oct 2025 11:57:56 -0400 (EDT)

Received: from mta-03.privateemail.com ([10.50.14.13])

        by DIR-07 with LMTP

        id 0BIqEQTn42hBqioAQN/bTw

        (envelope-from <apanuj664@gmail.com>)

        for <nima@midwestwrestle.com>; Mon, 06 Oct 2025 11:57:56 -0400

Received: by mail-ej1-f67.google.com with SMTP id a640c23a62f3a-b3da3b34950so612505466b.3

        for <nima@midwestwrestle.com>; Mon, 06 Oct 2025 08:57:50 -0700 (PDT)

Received: from mail-ej1-f67.google.com (mail-ej1-f67.google.com [209.85.218.67])

        (using TLSv1.3 with cipher TLS_AES_256_GCM_SHA384 (256/256 bits)

        key-exchange X25519 server-signature RSA-PSS (2048 bits) server-digest SHA256)

        (No client certificate requested)

        by asp-relay-pe.jellyfish.systems (Postfix) with ESMTPS id 4cgP725dhnzBrMw

        for <nima@midwestwrestle.com>; Mon, 06 Oct 2025 15:57:50 +0000 (UTC)

Received: from DIR-07 ([10.50.14.197])

        by localhost with LMTP

        id oEx1EQTn42hmSQ4A0J78UA

        (envelope-from <apanuj664@gmail.com>)

        for <nima@midwestwrestle.com>; Mon, 06 Oct 2025 11:57:56 -0400

From: "Anuj AP" <apanuj664@gmail.com>

To: <nima@midwestwrestle.com>

Subject: =?utf-8?Q?Subject:_Request_to_Remove_Copyr?=

        =?utf-8?Q?ight_Strike_Dear_=5B_Midwest_Wrest?=

        =?utf-8?Q?le_=5D_My_name_is_=5BAnuj_Kumar=5D=2C_an?=

        =?utf-8?Q?d_I_run_the_YouTube_channel_=E2=80=9C=5BRo?=

        =?utf-8?Q?cky_Fun_TV=5D=E2=80=9D._Recently=2C_one_of_m?=

=?utf-8?Q?y_videos_received_2_copyright_st?=

=?utf-8?Q?rike_from_your_content._I_sincer?=

=?utf-8?Q?ely_apologize_for_any_unintentio?=

=?utf-8?Q?nal_use_of_your_work._My_intenti?=

=?utf-8?Q?on_is_purely_for_entertainment_a?=

=?utf-8?Q?nd_educational_purposes_related_?=

=?utf-8?Q?to_sports=2C_with_no_intent_to_vio?=

=?utf-8?Q?late_your_rights._I_highly_respe?=

=?utf-8?Q?ct_your_content_and_creative_eff?=

=?utf-8?Q?orts._I_kindly_request_you_to_re?=

=?utf-8?Q?move_the_copyright_strike._I_am_?=

=?utf-8?Q?ready_to_delete_or_edit_the_vide?=

=?utf-8?Q?o_immediately_if_needed_and_will?=

=?utf-8?Q?_ensure_no_such_issues_happen_in?=

=?utf-8?Q?_the_future._Your_support_would_?=

=?utf-8?Q?mean_a_lot=2C_and_I_would_be_extre?=

=?utf-8?Q?mely_grateful_for_your_positive_?=

=?utf-8?Q?response._Thank_you_for_your_tim?=

=?utf-8?Q?e_and_consideration._Sincerely=2C_?=

=?utf-8?Q?=5BRocky_Fun_TV=5D_=5BChannel_Email_/_?=

=?utf-8?Q?https://youtube.com/=40rockyfuntv=3F?=

=?utf-8?Q?si=3Dj-tm7VhP90NufpMr=5D?=

Date: Mon, 6 Oct 2025 10:57:36 -0500

Message-ID: <CAMT+1hPicXWk6Wgw6tH5p67kD+1f2QysNKPeZc1__FqsGq17Fg@mail.gmail.com>

MIME-Version: 1.0

Content-Type: multipart/alternative;

        boundary="----=_NextPart_000_033D_01DC36B3.C8D943C0"

X-Mailer: Microsoft Outlook 16.0

Authentication-Results: asp-relay-pe.jellyfish.systems;

dkim=pass header.d=gmail.com header.s=20230601 header.b=gtsUgJv9;

spf=pass (asp-relay-pe.jellyfish.systems: domain of apanuj664@gmail.com designates 209.85.218.67 as permitted sender) smtp.mailfrom=apanuj664@gmail.com;

dmarc=pass (policy=none) header.from=gmail.com

Thread-Index: AQDguQdUIPxhMtmLMPoqMSg2bZuZWA==

X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;

    d=1e100.net; s=20230601; t=1759766269; x=1760371069;

    h=to:subject:message-id:date:from:mime-version:x-gm-message-state

    :from:to:cc:subject:date:message-id:reply-to;

    bh=DFKXOoQgnnX76JUso37mU8zzO9i7qiOFESdqbJjlKm0=;

    b=Y8vVeMbCmX+BhTKjcWz1+XCYjGpfCvQuH/XwLFdLrzAnCPr+4rUY9FI0ZH5bIDFAPH

    Hq4AFaq8qhftDiwKroSBlP0Cv7kZSHHpc8fTs9PrpQV8Hh41e5Xpe9gcKWSWmWq20RTU

    4TQYhWFMAO2j7IegTtA2VHXjjEZQSopvnyvUFpuNFflhNvcSVTso2GgbOSMb639073E4

    dOH+bCgDSC7soEWCn1OW+IAXroUpQDzTzQDxwxYoQFP3xn+gv1UlMDoMZg1qjsJld0mG

    4IMuJqScIO96ers8V8sB+PVB2dp+BtuC7Og0e4aYB3zqRBruHBDIdoeghjH9JrQUKZ68

    HYaw==

X-Gm-Message-State: AOJu0YxpeE6vxw9Gmj5DKVMsREFs6EguuiGiqVwERoZ0lQO3kwZMV0Oa

        +Vc7MZTKs/uhal4lg03kyHjFB7uylRbhT2ctvtAYh7VHHnMdm9BHQ3gHgGRry2P0lVPi7mF5yE7

        /qGa+YM21OUG/G8OSHU7y6bM9Cr4/DICp3olIwFE=

X-Google-Smtp-Source:
AGHT+IGtdOILA16800sLF3MiJoFfUQFFiZGtuQ2gbIczLH0qbfLGsAORX13jlL5nkvjs5Pe2hPGqZDZtAnTfnNw
bKew=

X-Received: by 2002:a17:907:2da6:b0:b41:abc9:6135 with SMTP id

a640c23a62f3a-b49c2761b95mr1668060766b.41.1759766268787; Mon, 06 Oct 2025

08:57:48 -0700 (PDT)

X-Gm-Gg: ASbGncvY6FqszLm8oVPKdzNj0r7uMOd/SiW0ojlV95nYNPc865ZDO6Spy6p5sm1V64D

        ESmkBn4mNw1orjp1EbQ+xUwPHIgK6i64pKsaiGHhRx8SZfBHx1/BDcNdO/wi9R9AyWeGMMwu1s

z

        B/rJpa6eoc8udGm0lPHo/43VrbUK2ZN/7CGdviDhTWrMrZk+rkSQ2dxlE4vVKnpBqj3thGJm/fv

        PC4lw4FV3djCsbKuO3rToVHaFzc+RsS0//A8Y124qN+AeQrH1/M4EMf1qD3JnwQxSa29RfVHsA=

X-Gm-Features: AS18NWDpgPOdXN8Nqu7-S8oVPnBwqz27ymgeeIVb5gH_b-1XyY5Y32Jb36bb39s

# Email 7

**Nima Gharavi**

| | |
|---|---|
| **From:** | Anuj AP <apanuj664@gmail.com> |
| **Sent:** | Monday, October 6, 2025 11:00 AM |
| **To:** | nima@midwestwrestle.com |
| **Subject:** | Re: Subject: Request to Remove Copyright Strike Dear [ Midwest Wrestle ] My name is [Anuj Kumar], and I run the YouTube channel "[Rocky Fun TV]". Recently, one of my videos received 2 copyright strike from your content. I sincerely apologize for any unint |

On Mon, Oct 6, 2025, 9:27 PM Anuj AP <apanuj664@gmail.com> wrote:

## COMPLETE EMAIL SUBJECT LINE

Re: Subject: Request to Remove Copyright Strike Dear [ Midwest Wrestle ] My name is [Anuj Kumar], and I run the YouTube channel "[Rocky Fun TV]". Recently, one of my videos received 2 copyright strike from your content. I sincerely apologize for any unintentional use of your work. My intention is purely for entertainment and educational purposes related to sports, with no intent to violate your rights. I highly respect your content and creative efforts. I kindly request you to remove the copyright strike. I am ready to delete or edit the video immediately if needed and will ensure no such issues happen in the future. Your support would mean a lot, and I would be extremely grateful for your positive response. Thank you for your time and consideration. Sincerely, [Rocky Fun TV] [Channel Email / https://youtube.com/@rockyfuntv?si=j-tm7VhP90NufpMr]

**NOTE**: Complete email subject line extracted from raw email header (see below) using: https://toolbox.googleapps.com/apps/messageheader/analyzeheader

### RAW EMAIL HEADER

Received: from asp-relay-pe.jellyfish.systems (unknown [162.255.118.7])

    by mta-01.privateemail.com (Postfix) with ESMTP id 4cgP9y1n4Rz3hhTB

    for <nima@midwestwrestle.com>; Mon,  6 Oct 2025 12:00:22 -0400 (EDT)

Received: from mta-01.privateemail.com ([10.50.14.11])

    by DIR-03 with LMTP

    id GJ9wD5bn42h32S0AtNLlyA

    (envelope-from <apanuj664@gmail.com>)

    for <nima@midwestwrestle.com>; Mon, 06 Oct 2025 12:00:22 -0400

Received: by mail-ej1-f68.google.com with SMTP id a640c23a62f3a-b3d50882cc2so981375066b.2

    for <nima@midwestwrestle.com>; Mon, 06 Oct 2025 09:00:21 -0700 (PDT)

Received: from mail-ej1-f68.google.com (mail-ej1-f68.google.com [209.85.218.68])

    (using TLSv1.3 with cipher TLS_AES_256_GCM_SHA384 (256/256 bits)

    key-exchange X25519 server-signature RSA-PSS (2048 bits) server-digest SHA256)

    (No client certificate requested)

    by asp-relay-pe.jellyfish.systems (Postfix) with ESMTPS id 4cgP9x3HWmz7t8Y

    for <nima@midwestwrestle.com>; Mon, 06 Oct 2025 16:00:21 +0000 (UTC)

Received: from DIR-03 ([10.50.14.193])

    by localhost with LMTP

    id CCKoD5bn42j3ugoA0J78UA

    (envelope-from <apanuj664@gmail.com>)

    for <nima@midwestwrestle.com>; Mon, 06 Oct 2025 12:00:22 -0400

From: "Anuj AP" <apanuj664@gmail.com>

To: <nima@midwestwrestle.com>

References: <CAMT+1hPicXWk6Wgw6tH5p67kD+1f2QysNKPeZc1__FqsGq17Fg@mail.gmail.com>

In-Reply-To: <CAMT+1hPicXWk6Wgw6tH5p67kD+1f2QysNKPeZc1__FqsGq17Fg@mail.gmail.com>

Subject: =?utf-8?Q?Re:_Subject:_Request_to_Remove_C?=

    =?utf-8?Q?opyright_Strike_Dear_=5B_Midwest_W?=

    =?utf-8?Q?restle_=5D_My_name_is_=5BAnuj_Kumar=5D?=

=?utf-8?Q?=2C_and_I_run_the_YouTube_channel_?=
=?utf-8?Q?E2=80=9C=5BRocky_Fun_TV=5D=E2=80=9D._Recently=2C_one_?=
=?utf-8?Q?of_my_videos_received_2_copyrigh?=
=?utf-8?Q?t_strike_from_your_content._I_si=?=
=?utf-8?Q?ncerely_apologize_for_any_uninte?=
=?utf-8?Q?ntional_use_of_your_work._My_int?=
=?utf-8?Q?ention_is_purely_for_entertainme?=
=?utf-8?Q?nt_and_educational_purposes_rela?=
=?utf-8?Q?ted_to_sports=2C_with_no_intent_to?=
=?utf-8?Q?_violate_your_rights._I_highly_r?=
=?utf-8?Q?espect_your_content_and_creative?=
=?utf-8?Q?_efforts._I_kindly_request_you_t?=
=?utf-8?Q?o_remove_the_copyright_strike._I?=
=?utf-8?Q?_am_ready_to_delete_or_edit_the_?=
=?utf-8?Q?video_immediately_if_needed_and_?=
=?utf-8?Q?will_ensure_no_such_issues_happe?=
=?utf-8?Q?n_in_the_future._Your_support_wo?=
=?utf-8?Q?uld_mean_a_lot=2C_and_I_would_be_e?=
=?utf-8?Q?xtremely_grateful_for_your_posit?=
=?utf-8?Q?ive_response._Thank_you_for_your?=
=?utf-8?Q?_time_and_consideration._Sincere?=
=?utf-8?Q?ly=2C_=5BRocky_Fun_TV=5D_=5BChannel_Emai?=
=?utf-8?Q?l_/_https://youtube.com/=40rockyfu?=
=?utf-8?Q?ntv=3Fsi=3Dj-tm7VhP90NufpMr=5D?=
Date: Mon, 6 Oct 2025 11:00:06 -0500
Message-ID: <CAMT+1hPoRTh6pDNv=aLQF0o234QjFv3aS6rFBm0YhSA94Q2gFQ@mail.gmail.com>
MIME-Version: 1.0
Content-Type: multipart/alternative;
        boundary="----=_NextPart_000_0344_01DC36B3.C94B1860"

X-Mailer: Microsoft Outlook 16.0

Authentication-Results: asp-relay-pe.jellyfish.systems;

      dkim=pass header.d=gmail.com header.s=20230601 header.b=IfbICma8;

      dmarc=pass (policy=none) header.from=gmail.com;

      spf=pass (asp-relay-pe.jellyfish.systems: domain of apanuj664@gmail.com designates 209.85.218.68 as permitted sender) smtp.mailfrom=apanuj664@gmail.com

Thread-Index: AQDguQdUIPxhMtmLMPoqMSg2bZuZWALFglA1

X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;

    d=1e100.net; s=20230601; t=1759766420; x=1760371220;

    h=to:subject:message-id:date:from:in-reply-to:references:mime-version

    :x-gm-message-state:from:to:cc:subject:date:message-id:reply-to;

    bh=yiWQboizqVQ5JNx1N+fEyvslps4RjRkDSiHzVLf4H/k=;

    b=OxHnICGXWIKXupJI1OD3DkH7/D3LTtH70PJBcO8nFlogBiOJzTVLMVpUJQ8c/nWJ3Q

    KorqIS5IvX5pARPVMe2pe8W7YYSMqCmtnmEnxdEYfLWlcrNxF7bM5m9GYnbvg3XXB6EF

    ofxnca2i/KYemHG+Wmb+lxHx0yNtt4NIgtXaqcz3zyw8Sf74hgq+ty7swR0kO0g0V7mb

    tasE2FMC63NpR252pjU+lVhU2o8FCTruXQUBMdi0GeZRGCxO2QAaewN1jh/kdfsXLTSu

    G5GFVnqrPio8X8zsOyPyhLrue/Gzb5QpQt/k6JiOVmkka6upnC15T0vs7eJN5rfR84/g

    +igg==

X-Gm-Message-State: AOJu0YxrJG7dKbFEfXAp1sc6WSGAb0Dzd2CbDJCmugMAXhf45746waUm

      rz/9IwFlinJrOSglv89YCKMdfoJUekROFxxACPgvHYn3U+AJ9a6Y0ix2AwnFqLP7/DahC18bIPs

      soZOiyAKXozVpxDLeaJSvdWl/osc7tHxspYwldT0=

X-Google-Smtp-Source: AGHT+IHnaLV2XXdJRWFlAJ1yTSPEOOKY4atmDSjR6LuV++70LijU717l9ODWrtWfbDqGGq22E+21bmXaA+T iuDUcmIA=

X-Received: by 2002:a17:907:a088:b0:3e:109c:6377 with SMTP id

 a640c23a62f3a-b49c47acef9mr1493696466b.35.1759766419549; Mon, 06 Oct 2025

 09:00:19 -0700 (PDT)

X-Gm-Gg: ASbGnctdBd8bDeDy7WpW/5Xi68Bze7PVkJsOUlUQ3D21hieEP0FnJk/jPJYgTEQDlsu

      oHiEvJi5ibPWHAqkriGarcHngL6SLyYZCMF3r4j9remYXdpke5LSlqnz5yuqL9PjWwhV4ueMx4Q

      kGXGYzFp0de96m9gyCW/DfO3gQ/VpZVmJ6OP///loHCUTcM84BQ1iHzs+uEk5uJNRkHg/uK+WQB

quVKy96bhQapFw1RwbH90xIj9xHj1wb07WCPxISQx0d84yz+zxU4rAkCkHC/NasWBsuKxEUA+Q=

X-Gm-Features: AS18NWAQFLdk88Bx-g0NEFjKWdjk_jFYjFYY4Vg1LePW10HxfYpcu7MajXliDqE

# Email 8

**Nima Gharavi**

---

**From:**          Anuj AP <apanuj664@gmail.com>
**Sent:**          Monday, October 6, 2025 11:00 AM
**To:**            nima@midwestwrestle.com


Subject: Request to Remove Copyright Strike from My YouTube Channel

Body:

Hello [ Midwest Wrestle ]

My name is [Anuj Kumar] and I run a YouTube channel called Rocky Fun TV. Recently, one of my videos received 2 copyright strike from your content.

First of all, I sincerely apologize for using your material without prior permission. It was never my intention to misuse or harm your content rights. This happened unknowingly, and I truly respect your hard work and ownership.

I humbly request you to kindly withdraw the copyright strike from my channel. I assure you that this mistake will never be repeated again. From now on, I will only use original content or properly licensed material in my videos.

Your kind support will save my channel, and I will always remain grateful for your generosity.

Thank you so much for your time and understanding. 🙏

Best regards,
[Anuj Kumar]
Channel name -: Rocky Fun TV

Channel link  https://youtube.com/@rockyfuntv?si=K_phIaEeJmoZdcgv

# Email 9

**Nima Gharavi**

| | |
|---|---|
| **From:** | Anuj Motivational Story <anujmotivationalstory@gmail.com> |
| **Sent:** | Monday, October 6, 2025 11:02 AM |
| **To:** | nima@midwestwrestle.com |
| **Subject:** | Subject: Request to Remove Copyright Strike from My YouTube Channel Body: Hello [ Midwest Wrestle ] My name is [Anuj Kumar] and I run a YouTube channel called Rocky Fun TV. Recently, one of my videos received 2 copyright strike from your content. First of |

1

## <u>COMPLETE EMAIL SUBJECT LINE</u>

Subject: Request to Remove Copyright Strike from My YouTube Channel Body: Hello [ Midwest Wrestle ] My name is [Anuj Kumar] and I run a YouTube channel called Rocky Fun TV. Recently, one of my videos received 2 copyright strike from your content. First of all, I sincerely apologize for using your material without prior permission. It was never my intention to misuse or harm your content rights. This happened unknowingly, and I truly respect your hard work and ownership. I humbly request you to kindly withdraw the copyright strike from my channel. I assure you that this mistake will never be repeated again. From now on, I will only use original content or properly licensed material in my videos. Your kind support will save my channel, and I will always remain grateful for your generosity. Thank you so much for your time and understanding.  🙏 Best regards, [Anuj Kumar] Channel name -: Rocky Fun TV Channel link 🔗 https://youtube.com/@rockyfuntv?si=K_ph

**NOTE**: Complete email subject line extracted from raw email header (see below) using: https://toolbox.googleapps.com/apps/messageheader/analyzeheader

## **RAW EMAIL HEADER**

Received: from asp-relay-pe.jellyfish.systems (unknown [162.255.118.8])

      by mta-03.privateemail.com (Postfix) with ESMTP id 4cgPDY4chWz3hhwd

      for <nima@midwestwrestle.com>; Mon,  6 Oct 2025 12:02:37 -0400 (EDT)

Received: from mta-03.privateemail.com ([10.50.14.13])

      by DIR-16 with LMTP

      id 4B9RJx3o42iscS8AlC++VQ

      (envelope-from <anujmotivationalstory@gmail.com>)

      for <nima@midwestwrestle.com>; Mon, 06 Oct 2025 12:02:37 -0400

Received: by mail-yx1-f45.google.com with SMTP id 956f58d0204a3-6354a4b4871so6283748d50.2

    for <nima@midwestwrestle.com>; Mon, 06 Oct 2025 09:02:33 -0700 (PDT)

Received: from mail-yx1-f45.google.com (mail-yx1-f45.google.com [74.125.224.45])

      (using TLSv1.3 with cipher TLS_AES_256_GCM_SHA384 (256/256 bits)

      key-exchange X25519 server-signature RSA-PSS (2048 bits) server-digest SHA256)

      (No client certificate requested)

      by asp-relay-pe.jellyfish.systems (Postfix) with ESMTPS id 4cgPDT2nHxz7tCT

      for <nima@midwestwrestle.com>; Mon, 06 Oct 2025 16:02:33 +0000 (UTC)

Received: from DIR-16 ([10.50.14.9])

      by localhost with LMTP

      id iMuYJx3o42htngwA0J78UA

      (envelope-from <anujmotivationalstory@gmail.com>)

      for <nima@midwestwrestle.com>; Mon, 06 Oct 2025 12:02:37 -0400

From: "Anuj Motivational Story" <anujmotivationalstory@gmail.com>

To: <nima@midwestwrestle.com>

Subject: =?utf-8?Q?Subject:_Request_to_Remove_Copyr?=

      =?utf-8?Q?ight_Strike_from_My_YouTube_Chan?=

      =?utf-8?Q?nel_Body:_Hello_=5B_Midwest_Wrestl?=

      =?utf-8?Q?e_=5D_My_name_is_=5BAnuj_Kumar=5D_and_?=

      =?utf-8?Q?I_run_a_YouTube_channel_called_R?=

=?utf-8?Q?ocky_Fun_TV._Recently=2C_one_of_my?=

=?utf-8?Q?_videos_received_2_copyright_str?=

=?utf-8?Q?ike_from_your_content._First_of_?=

=?utf-8?Q?all=2C_I_sincerely_apologize_for_u?=

=?utf-8?Q?sing_your_material_without_prior?=

=?utf-8?Q?_permission._It_was_never_my_int?=

=?utf-8?Q?ention_to_misuse_or_harm_your_co?=

=?utf-8?Q?ntent_rights._This_happened_unkn?=

=?utf-8?Q?owingly=2C_and_I_truly_respect_you?=

=?utf-8?Q?r_hard_work_and_ownership._I_hum?=

=?utf-8?Q?bly_request_you_to_kindly_withdr?=

=?utf-8?Q?aw_the_copyright_strike_from_my_?=

=?utf-8?Q?channel._I_assure_you_that_this_?=

=?utf-8?Q?mistake_will_never_be_repeated_a?=

=?utf-8?Q?gain._From_now_on=2C_I_will_only_u?=

=?utf-8?Q?se_original_content_or_properly_?=

=?utf-8?Q?licensed_material_in_my_videos._?=

=?utf-8?Q?Your_kind_support_will_save_my_c?=

=?utf-8?Q?hannel=2C_and_I_will_always_remain?=

=?utf-8?Q?_grateful_for_your_generosity._T?=

=?utf-8?Q?hank_you_so_much_for_your_time_a?=

=?utf-8?Q?nd_understanding._=F0=9F=99=8F_Best_regard?=

=?utf-8?Q?s=2C_=5BAnuj_Kumar=5D_Channel_name_-:_?=

=?utf-8?Q?Rocky_Fun_TV_Channel_link_=F0=9F=94=97http?=

=?utf-8?Q?s://youtube.com/=40rockyfuntv=3Fsi=3DK?=

=?utf-8?Q?=5Fph?=

Date: Mon, 6 Oct 2025 11:02:19 -0500

Message-ID: <CAGNZe2hFWLqfpZZ=uVGD-SHn5GV1J2QhGENMd7KYfNO_Pc15Jw@mail.gmail.com>

MIME-Version: 1.0

Content-Type: multipart/alternative;

      boundary="----=_NextPart_000_0352_01DC36B3.CA26D260"

X-Mailer: Microsoft Outlook 16.0

Authentication-Results: asp-relay-pe.jellyfish.systems;

      dkim=pass header.d=gmail.com header.s=20230601 header.b=ISnAd2bq;

      spf=pass (asp-relay-pe.jellyfish.systems: domain of anujmotivationalstory@gmail.com designates 74.125.224.45 as permitted sender) smtp.mailfrom=anujmotivationalstory@gmail.com;

      dmarc=pass (policy=none) header.from=gmail.com

Thread-Index: AQKGpuU4sTYC15Xyv9Bh0mtEDno00Q==

X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;

    d=1e100.net; s=20230601; t=1759766552; x=1760371352;

    h=to:subject:message-id:date:from:mime-version:x-gm-message-state

    :from:to:cc:subject:date:message-id:reply-to;

    bh=y4j/7iNvT0SUPfVkHBxymZWVy76tTuy2jBLJkwIoBUs=;

    b=a6/9D/qBLf4u0FHADHUhQtjtumipXaWyw8XNXHBxDe2ZN3IjMPv0c/j8lGmHQoB2El

    iW2UEzPrxBI1oO57ch2/3dBXhBH2WBtM+zxIwwK0/ksxZ3creAnD/0nrtH8aeQgnpFFP

    kQezdxSNTrrfZdp6W97kCktwPm+QhLC8KLZljly8OAL9NhbBH9kdOxmkVSGX+ic+z4kH

    pE8FunAdmz+Rz/huQ3zHUx+H6aceUBR5bOPs3PXv9vwGbLGEZBlXdd4p0YoBd7o/S5BC

    t2vQG5nt8w4+t5bEk7sg+Zo/HyHoaQ8ZUECn/czhMHW/R/V8cLUpTUULewMpeMp7yvHw

    /tmA==

X-Gm-Message-State: AOJu0YyfBzyu/LRACTRQu2pV9EMJppjTB4HdATkNMLkYBMAWWjVAc9zI

      VGb6bS69N9sadxkAOLd9flvAr3/+R+OjCiszHn4wGj48biB03H1qjdguzbRsBKKdwFXZGg8TFmG

      AB5y3skdyIQmA1D0b5jHt13aNtpb5DhKxyw==

X-Google-Smtp-Source: AGHT+IFM9eGeHSTGMya06MmeNW8pVT3zaCijlMmPRUmEFdcTZV9lppqbT98/j08MRkytSj4Yo06gTHBc/hNTfyuDwjg=

X-Received: by 2002:a53:c909:0:b0:5f3:315d:900b with SMTP id

 956f58d0204a3-63b9a0f2545mr8921613d50.38.1759766551697; Mon, 06 Oct 2025

 09:02:31 -0700 (PDT)

X-Gm-Gg: ASbGnctq5eeDObJ4db09sFXIfeFdGo7hLvbI99vRSqVya6TPbM0qIGLTDM9+OPatCf1

KlzYQQivsYyhkP02GB0IBxo+tWbMm3BjPVIS/03hfxWKFjldz/oxlgGrQkz3WKVoOUhYgB6nOwA
bo6K3JYQxCLGdfR5LnaHmN3kwih6BxYoQgDf8RV6k3is82G6Jbr+vpXdQQQt/KJa17v2IfSWhhP
Uorchjj7CPGj77oPQ40i6ZPCRxGhl1H0GGEI9SKqqBTB7q2Bak2G+YABQcABPSJDPr2e4As4dQ=
X-Gm-Features: AS18NWDaAqyK3OlHnqdz5o0sQVcZKBMNbLLPUQ5Nioecc2xzzCFqpkywcMhj3Eo

# Email 10

**Nima Gharavi**

| | |
|---|---|
| **From:** | Anuj Motivational Story <anujmotivationalstory@gmail.com> |
| **Sent:** | Monday, October 6, 2025 11:04 AM |
| **To:** | nima@midwestwrestle.com |
| **Subject:** | Re: Subject: Request to Remove Copyright Strike from My YouTube Channel Body: Hello [ Midwest Wrestle ] My name is [Anuj Kumar] and I run a YouTube channel called Rocky Fun TV. Recently, one of my videos received 3 copyright strike from your content. Firs |

On Mon, Oct 6, 2025, 9:32 PM Anuj Motivational Story <anujmotivationalstory@gmail.com> wrote:

## COMPLETE EMAIL SUBJECT LINE

Re: Subject: Request to Remove Copyright Strike from My YouTube Channel Body: Hello [ Midwest Wrestle ] My name is [Anuj Kumar] and I run a YouTube channel called Rocky Fun TV. Recently, one of my videos received 3 copyright strike from your content. First of all, I sincerely apologize for using your material without prior permission. It was never my intention to misuse or harm your content rights. This happened unknowingly, and I truly respect your hard work and ownership. I humbly request you to kindly withdraw the copyright strike from my channel. I assure you that this mistake will never be repeated again. From now on, I will only use original content or properly licensed material in my videos. Your kind support will save my channel, and I will always remain grateful for your generosity. Thank you so much for your time and understanding. 🙏 Best regards, [Anuj Kumar] Channel name -: Rocky Fun TV Channel link 🔗 https://youtube.com/@rockyfuntv?si=

**NOTE**: Complete email subject line extracted from raw email header (see below) using:
https://toolbox.googleapps.com/apps/messageheader/analyzeheader

## RAW EMAIL HEADER

Received: from asp-relay-pe.jellyfish.systems (unknown [162.255.118.8])

    by mta-01.privateemail.com (Postfix) with ESMTP id 4cgPGP1f4bz3hhTF

    for <nima@midwestwrestle.com>; Mon,  6 Oct 2025 12:04:13 -0400 (EDT)

Received: from mta-01.privateemail.com ([10.50.14.11])

    by DIR-06 with LMTP

    id WNkzDn3o42ib7DUAUryMpA

    (envelope-from <anujmotivationalstory@gmail.com>)

    for <nima@midwestwrestle.com>; Mon, 06 Oct 2025 12:04:13 -0400

Received: by mail-yw1-f195.google.com with SMTP id 00721157ae682-71d601859f5so56277757b3.0

    for <nima@midwestwrestle.com>; Mon, 06 Oct 2025 09:04:11 -0700 (PDT)

Received: from mail-yw1-f195.google.com (mail-yw1-f195.google.com [209.85.128.195])

    (using TLSv1.3 with cipher TLS_AES_256_GCM_SHA384 (256/256 bits)

     key-exchange X25519 server-signature RSA-PSS (2048 bits) server-digest SHA256)

    (No client certificate requested)

    by asp-relay-pe.jellyfish.systems (Postfix) with ESMTPS id 4cgPGM17NrzCqng

    for <nima@midwestwrestle.com>; Mon, 06 Oct 2025 16:04:11 +0000 (UTC)

Received: from DIR-06 ([10.50.14.196])

    by localhost with LMTP

    id +EVjDn3o42ie9w8A0J78UA

    (envelope-from <anujmotivationalstory@gmail.com>)

    for <nima@midwestwrestle.com>; Mon, 06 Oct 2025 12:04:13 -0400

From: "Anuj Motivational Story" <anujmotivationalstory@gmail.com>

To: <nima@midwestwrestle.com>

References: <CAGNZe2hFWLqfpZZ=uVGD-SHn5GV1J2QhGENMd7KYfNO_Pc15Jw@mail.gmail.com>

In-Reply-To: <CAGNZe2hFWLqfpZZ=uVGD-SHn5GV1J2QhGENMd7KYfNO_Pc15Jw@mail.gmail.com>

Subject: =?utf-8?Q?Re:_Subject:_Request_to_Remove_C?=

    =?utf-8?Q?opyright_Strike_from_My_YouTube_?=

    =?utf-8?Q?Channel_Body:_Hello_=5B_Midwest_Wr?=

=?utf-8?Q?estle_=5D_My_name_is_=5BAnuj_Kumar=5D_?=

=?utf-8?Q?and_I_run_a_YouTube_channel_call?=

=?utf-8?Q?ed_Rocky_Fun_TV._Recently=2C_one_o?=

=?utf-8?Q?f_my_videos_received_3_copyright?=

=?utf-8?Q?_strike_from_your_content._First?=

=?utf-8?Q?_of_all=2C_I_sincerely_apologize_f?=

=?utf-8?Q?or_using_your_material_without_p?=

=?utf-8?Q?rior_permission._It_was_never_my?=

=?utf-8?Q?_intention_to_misuse_or_harm_you?=

=?utf-8?Q?r_content_rights._This_happened_?=

=?utf-8?Q?unknowingly=2C_and_I_truly_respect?=

=?utf-8?Q?_your_hard_work_and_ownership._I?=

=?utf-8?Q?_humbly_request_you_to_kindly_wi?=

=?utf-8?Q?thdraw_the_copyright_strike_from?=

=?utf-8?Q?_my_channel._I_assure_you_that_t?=

=?utf-8?Q?his_mistake_will_never_be_repeat?=

=?utf-8?Q?ed_again._From_now_on=2C_I_will_on?=

=?utf-8?Q?ly_use_original_content_or_prope?=

=?utf-8?Q?rly_licensed_material_in_my_vide?=

=?utf-8?Q?os._Your_kind_support_will_save_?=

=?utf-8?Q?my_channel=2C_and_I_will_always_re?=

=?utf-8?Q?main_grateful_for_your_generosit?=

=?utf-8?Q?y._Thank_you_so_much_for_your_ti?=

=?utf-8?Q?me_and_understanding._=F0=9F=99=8F_Best_re?=

=?utf-8?Q?gards=2C_=5BAnuj_Kumar=5D_Channel_name?=

=?utf-8?Q?_-:_Rocky_Fun_TV_Channel_link_=F0=9F=94=97?=

=?utf-8?Q?https://youtube.com/=40rockyfuntv=3F?=

=?utf-8?Q?si=3D?=

Date: Mon, 6 Oct 2025 11:03:55 -0500

Message-ID: <CAGNZe2g1UGpae12wz-_y7YUHvWb0GFJFisR4ZiVgNcKQddzgMQ@mail.gmail.com>

MIME-Version: 1.0

Content-Type: multipart/alternative;

       boundary="----=_NextPart_000_0359_01DC36B3.CA92DAA0"

X-Mailer: Microsoft Outlook 16.0

Authentication-Results: asp-relay-pe.jellyfish.systems;

       dkim=pass header.d=gmail.com header.s=20230601 header.b="EoLA/GnP";

       spf=pass (asp-relay-pe.jellyfish.systems: domain of anujmotivationalstory@gmail.com designates 209.85.128.195 as permitted sender) smtp.mailfrom=anujmotivationalstory@gmail.com;

       dmarc=pass (policy=none) header.from=gmail.com

Thread-Index: AQKGpuU4sTYC15Xyv9Bh0mtEDno00QHeptqK

X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;

    d=1e100.net; s=20230601; t=1759766650; x=1760371450;

    h=to:subject:message-id:date:from:in-reply-to:references:mime-version

    :x-gm-message-state:from:to:cc:subject:date:message-id:reply-to;

    bh=4KwPCXe/189dxYi8tYBsQTqAfv7FBLICt11HYZ7G3YY=;

    b=uxRSMYiu7H8SuKAQDQbTjU/Jn3ppsOfzDDcQ5Z6gDWGmQd+rcE/J77iXKjSPdHypIp

    nowrB+AbPkJk7BU5g2WfJVcNTpL+ryuT47HpdMvQ+vUddSffCsanoTfhUKr9WUYkfc0w

    YGH2bzB5jGBDdTMPD28E3d94Oov4Zf7CNAH7xZ3i7DBVXZM77SrRV+alyaVfeBDQ/97h

    4AiFVKeA/QnqcEgY4+MICoBUwG1Qij9kcWHyQM7KBRCWe5dW+kVEDdIt5Wa7OJa9aiGK

    WA59OpTKiRN+AQfRxAax+woIq5G4E/JjvlY5dcGX8FVtXNvoGibdtl41JzeefF+g/5x+

    e0Hw==

X-Gm-Message-State: AOJu0YwC8GUKelNfSIC9MX5VIYbhYNcwQajBrEUpgkrVRUoFegaJ0cvf

       36mw98XyEtXiiOTIeqcS6l9d9reXl3PL+zpWUBnHrnE4bCwwBFDZro+zEeoa41kAu5L8s3vC2zn

       L5a7ToNuZ0lMRv8pCchaqP/wtHNJK20VAghxl

X-Google-Smtp-Source: AGHT+IFPt+ZL+IeWyLNMnzMQmSLc+dny61vLDVp2JzoJZPln/Jx3AzwnauwBLUdoIKO7dfBh/WDrKVSnRF0voACbh04=

X-Received: by 2002:a05:690e:108:b0:636:1928:b16b with SMTP id

 956f58d0204a3-63b9a05bcc1mr9561985d50.1.1759766650055; Mon, 06 Oct 2025

09:04:10 -0700 (PDT)

X-Gm-Gg: ASbGncukbg6+YvfYc4B50BR7knJqQ6p/GBLLyRRvGEfIWUgUgI/++m/ZPhqmrwEe/QA

6sG1rRTkUeoKDt9BkEEgElY3zHA8it90Nqo7e6+cmUQ2AnhceT5ZC4rln7MZ3LkiG9666lLGuYV

vL/LgZg9SoAEC+TlJxllG64k/TERHwlc+ajf82jMhJlHAMTqhnultFB0QJtVo/gHvVzTFKtedel

/vK6ZnHyEu2XhG+C6qkYtVfy2g9QsXhKZZF49/WewRUqc0oxD98hYfL7G49aGqk4P23lki2SnM=

X-Gm-Features: AS18NWDLRD-8OBCab3v-SQQxdiTNwCe8GtQnJK78OO1tLOyKUr8sasJ78Pdopz4

# Email 11

**Nima Gharavi**

| | |
|---|---|
| **From:** | Anuj Motivational Story <anujmotivationalstory@gmail.com> |
| **Sent:** | Monday, October 6, 2025 11:04 AM |
| **To:** | nima@midwestwrestle.com |

Subject: Humble Request – Please Remove Copyright Strike from My Video

Body:

Respected [ Midwest Wrestle ]

Greetings 🙏
My name is ( Anuj Kumar ) and I run a small YouTube channel named Rocky Fun TV. Recently, one of my videos received 3 copyright strike due to your content.

I truly respect your creative work and sincerely apologize for using it without permission. My intention was never to violate your rights or cause any harm. It was an unintentional mistake from my side.

With folded hands, I humbly request you to kindly withdraw the strike. Your kind support will save my channel and inspire me to grow as a more responsible creator.

I assure you that this mistake will never be repeated. From now on, I will only use original or properly licensed content in my videos.

I am truly grateful for your time, patience, and generosity. 🙏

Sincerely,
[Anuj Kumar]
 Channel Name :- Rocky Fun TV
Channel link  https://youtube.com/@rockyfuntv?si=KZqVny5ws2lOmZgc

Email 12

**Nima Gharavi**

**From:** Rocky Cartoon TV <rockycartoontv@gmail.com>
**Sent:** Monday, October 6, 2025 11:06 AM
**To:** nima@midwestwrestle.com

Subject: Humble Request – Please Remove Copyright Strike from My Video

Body:

Respected [ Midwest Wrestle ]

Greetings 🙏
My name is ( Anuj Kumar ) and I run a small YouTube channel named Rocky Fun TV. Recently, one of my videos received 3 copyright strike due to your content.

I truly respect your creative work and sincerely apologize for using it without permission. My intention was never to violate your rights or cause any harm. It was an unintentional mistake from my side.

With folded hands, I humbly request you to kindly withdraw the strike. Your kind support will save my channel and inspire me to grow as a more responsible creator.

I assure you that this mistake will never be repeated. From now on, I will only use original or properly licensed content in my videos.

I am truly grateful for your time, patience, and generosity. 🙏

Sincerely,
[Anuj Kumar]
 Channel Name :- Rocky Fun TV
Channel link 👉 https://youtube.com/@rockyfuntv?si=KZqVny5ws2lOmZgc

Email 13

**Nima Gharavi**

**From:**       Rocky Cartoon TV <rockycartoontv@gmail.com>
**Sent:**       Monday, October 6, 2025 11:06 AM
**To:**        nima@midwestwrestle.com
**Subject:**   Subject: Humble Request – Please Remove Copyright Strike from My Video Body: Respected
            [ Midwest Wrestle ] Greetings 🎧 My name is ( Anuj Kumar ) and I run a small YouTube channel
            named Rocky Fun TV. Recently, one of my videos received 3 copyright strike

## <u>COMPLETE EMAIL SUBJECT LINE</u>

Subject: Humble Request – Please Remove Copyright Strike from My Video Body: Respected [ Midwest Wrestle ] Greetings 🙏 My name is ( Anuj Kumar ) and I run a small YouTube channel named Rocky Fun TV. Recently, one of my videos received 3 copyright strike due to your content. I truly respect your creative work and sincerely apologize for using it without permission. My intention was never to violate your rights or cause any harm. It was an unintentional mistake from my side. With folded hands, I humbly request you to kindly withdraw the strike. Your kind support will save my channel and inspire me to grow as a more responsible creator. I assure you that this mistake will never be repeated. From now on, I will only use original or properly licensed content in my videos. I am truly grateful for your time, patience, and generosity. 🙏 Sincerely, [Anuj Kumar] Channel Name :- Rocky Fun TV Channel link 🔗 https://youtube.com/@rockyfuntv?si=KZqVny5ws2lOm

**NOTE**: Complete email subject line extracted from raw email header (see below) using:
https://toolbox.googleapps.com/apps/messageheader/analyzeheader

## RAW EMAIL HEADER

Received: from asp-relay-pe.jellyfish.systems (unknown [162.255.118.8])

    by mxs-01.privateemail.com (Postfix) with ESMTP id 4cgPK15prnz3hhT6

    for <nima@midwestwrestle.com>; Mon,  6 Oct 2025 12:06:29 -0400 (EDT)

Received: from mxs-01.privateemail.com ([10.50.14.133])

    by DIR-07 with LMTP

    id qGVuMwXp42g8kisAQN/bTw

    (envelope-from <rockycartoontv@gmail.com>)

    for <nima@midwestwrestle.com>; Mon, 06 Oct 2025 12:06:29 -0400

Received: by mail-vk1-f195.google.com with SMTP id 71dfb90a1353d-54c0a10990fso1784879e0c.2

    for <nima@midwestwrestle.com>; Mon, 06 Oct 2025 09:06:29 -0700 (PDT)

Received: from mail-vk1-f195.google.com (mail-vk1-f195.google.com [209.85.221.195])

    (using TLSv1.3 with cipher TLS_AES_256_GCM_SHA384 (256/256 bits)

    key-exchange X25519 server-signature RSA-PSS (2048 bits) server-digest SHA256)

    (No client certificate requested)

    by asp-relay-pe.jellyfish.systems (Postfix) with ESMTPS id 4cgPK12300z7tC4

    for <nima@midwestwrestle.com>; Mon, 06 Oct 2025 16:06:29 +0000 (UTC)

Received: from DIR-07 ([10.50.14.197])

    by localhost with LMTP

    id sAKhMwXp42hmSQ4A0J78UA

    (envelope-from <rockycartoontv@gmail.com>)

    for <nima@midwestwrestle.com>; Mon, 06 Oct 2025 12:06:29 -0400

From: "Rocky Cartoon TV" <rockycartoontv@gmail.com>

To: <nima@midwestwrestle.com>

Subject: =?utf-8?Q?Subject:_Humble_Request_=E2=80=93_Please?=

    =?utf-8?Q?_Remove_Copyright_Strike_from_My?=

    =?utf-8?Q?_Video_Body:_Respected_=5B_Midwest?=

    =?utf-8?Q?_Wrestle_=5D_Greetings_=F0=9F=99=8F_My_name_?=

    =?utf-8?Q?is_=28_Anuj_Kumar_=29_and_I_run_a_sm?=

=?utf-8?Q?all_YouTube_channel_named_Rocky_?=

=?utf-8?Q?Fun_TV._Recently=2C_one_of_my_vide?=

=?utf-8?Q?os_received_3_copyright_strike_d?=

=?utf-8?Q?ue_to_your_content._I_truly_resp?=

=?utf-8?Q?ect_your_creative_work_and_since?=

=?utf-8?Q?rely_apologize_for_using_it_with?=

=?utf-8?Q?out_permission._My_intention_was?=

=?utf-8?Q?_never_to_violate_your_rights_or?=

=?utf-8?Q?_cause_any_harm._It_was_an_unint?=

=?utf-8?Q?entional_mistake_from_my_side._W?=

=?utf-8?Q?ith_folded_hands=2C_I_humbly_reque?=

=?utf-8?Q?st_you_to_kindly_withdraw_the_st?=

=?utf-8?Q?rike._Your_kind_support_will_sav?=

=?utf-8?Q?e_my_channel_and_inspire_me_to_g?=

=?utf-8?Q?row_as_a_more_responsible_creato?=

=?utf-8?Q?r._I_assure_you_that_this_mistak?=

=?utf-8?Q?e_will_never_be_repeated._From_n?=

=?utf-8?Q?ow_on=2C_I_will_only_use_original_?=

=?utf-8?Q?or_properly_licensed_content_in_?=

=?utf-8?Q?my_videos._I_am_truly_grateful_f?=

=?utf-8?Q?or_your_time=2C_patience=2C_and_gene?=

=?utf-8?Q?rosity._=F0=9F=99=8F_Sincerely=2C_=5BAnuj_Kuma?=

=?utf-8?Q?r=5D_Channel_Name_:-_Rocky_Fun_TV_?=

=?utf-8?Q?Channel_link_=F0=9F=96=87=EF=B8=8Fhttps://youtube.?=

=?utf-8?Q?com/=40rockyfuntv=3Fsi=3DKZqVny5ws2lOm?=

Date: Mon, 6 Oct 2025 11:06:15 -0500

Message-ID: <CAEF2dBxxpGk7225kc_ysZNG_XvQxfD=zZO5H3fdgwm9re0sPUQ@mail.gmail.com>

MIME-Version: 1.0

Content-Type: multipart/alternative;

boundary="----=_NextPart_000_036E_01DC36B3.CC057D70"

X-Mailer: Microsoft Outlook 16.0

Authentication-Results: asp-relay-pe.jellyfish.systems;

dkim=pass header.d=gmail.com header.s=20230601 header.b=j04wlrLt;

spf=pass (asp-relay-pe.jellyfish.systems: domain of rockycartoontv@gmail.com designates 209.85.221.195 as permitted sender) smtp.mailfrom=rockycartoontv@gmail.com;

dmarc=pass (policy=none) header.from=gmail.com

Thread-Index: AQJp8N1u/KrJu/T6YHSWSab4I9UqFA==

X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;

d=1e100.net; s=20230601; t=1759766788; x=1760371588;

h=to:subject:message-id:date:from:mime-version:x-gm-message-state

:from:to:cc:subject:date:message-id:reply-to;

bh=EXKVT1PatapvtAYR30R+EdEs1Xxn80orx+1cif52dEM=;

b=O1wFyBFg92gjmmWxrIktZ/e/nfH0eplbtLnbX5iOAWmyEW5E/+q2cufPvtJdIyXel4

Zg+FXdSRt2x87rrB5jP+CXms+ytaonEEY5n0PUGVjAWZonu+8cegOCvrZtBdEombBrfo

s5qW8pw+iofapUEkGftixszdBAm7THc+StGAOmZ6vonnm9YdnwHGPjRkglLf9QarRHaz

i38XzGut70qAzBA3HEJCdbyrrBc4MdxBQcr5yR2nwtliW3t222iq+JZrtNrX1XG8WZAU

nVU9QMH2WfxPYorcDedp187FTk7aiKwFZjh+XAk1GHb2rNYgTwi+ea0pmd0IpqrLg5/d

IoaQ==

X-Gm-Message-State: AOJu0YxY9lEaiXu4q7Ol4K9/qNQsqeEHSsbdPLSD9yoz81/JoC38R+7V

Qd/UqwO2OU4AWc1HsA+5c3gj8B9HHx9yY1JxbntXyi3ZTYTtLx2vBjSTph41B2XsJ7cHh0aUPx3

gi+XFJbSSPARVhRPIgT/IpExyBqNUcPeB1pRv

X-Google-Smtp-Source:
AGHT+IEL6y9jYoG+89vHqPW5oZkdmHvbyhX2gLUwejbLuzbcmI92ERRiKjWIUfRIlV41dzcQ92/Zb+HDO6MO
je/z4Hc=

X-Received: by 2002:a05:6122:32d4:b0:54c:da0:f708 with SMTP id

71dfb90a1353d-5524ea54c8dmr4458839e0c.9.1759766788334; Mon, 06 Oct 2025

09:06:28 -0700 (PDT)

X-Gm-Gg: ASbGnctL6dktJP8hlEnoKqfN7tsXn6Up4MJpp7jI+YXDAokSQ7VxHkNUExduLQoYsLN

Cj3rA9gBHBhgJvyUCJbnu+C9QH7H7xOVX6Fv4sFnZsfd1dxZlGjHOHHJoomwRqXcnGauOcekuhE

UPY2lQApjbBGSg9KzGdKpL1jpBln0rFpv2HYJlNNO+BevmZp+oK7fpE/J/p1Xjm9/cUcf8em0+2

Fq8NUGuaobXeEmnqdvhnCOv+xrtx+6cciqxvrZSEH2cfjEW9uVTzKTiC7sIb2voHPImU6x7luA=

X-Gm-Features: AS18NWAISfhX0SwhWMHDplfx-6LQQZlzsoIKuoSRCm-NvkQ7zWxU1C51Sh3qWJQ

# Email 14

**Nima Gharavi**

| | |
|---|---|
| **From:** | Rocky Cartoon TV <rockycartoontv@gmail.com> |
| **Sent:** | Monday, October 6, 2025 11:07 AM |
| **To:** | nima@midwestwrestle.com |

Subject: Request to Remove Copyright Strike from My YouTube Channel

Body:

Hello [ Midwest Wrestle ]

My name is [Anuj Kumar] and I run a YouTube channel called Rocky Fun TV. Recently, one of my videos received 3 copyright strike from your content.

First of all, I sincerely apologize for using your material without prior permission. It was never my intention to misuse or harm your content rights. This happened unknowingly, and I truly respect your hard work and ownership.

I humbly request you to kindly withdraw the copyright strike from my channel. I assure you that this mistake will never be repeated again. From now on, I will only use original content or properly licensed material in my videos.

Your kind support will save my channel, and I will always remain grateful for your generosity.

Thank you so much for your time and understanding. 🙏

Best regards,
[Anuj Kumar]
Channel name -: Rocky Fun TV

Channel link  https://youtube.com/@rockyfuntv?si=K_phIaEeJmoZdcgv

1

# Email 15

**Nima Gharavi**

| | |
|---|---|
| **From:** | Rocky Cartoon TV <rockycartoontv@gmail.com> |
| **Sent:** | Monday, October 6, 2025 11:07 AM |
| **To:** | nima@midwestwrestle.com |
| **Subject:** | Subject: Request to Remove Copyright Strike from My YouTube Channel Body: Hello [ Midwest Wrestle ] My name is [Anuj Kumar] and I run a YouTube channel called Rocky Fun TV. Recently, one of my videos received 3 copyright strike from your content. First of |

## COMPLETE EMAIL SUBJECT LINE

Subject: Request to Remove Copyright Strike from My YouTube Channel Body: Hello [ Midwest Wrestle ] My name is [Anuj Kumar] and I run a YouTube channel called Rocky Fun TV. Recently, one of my videos received 3 copyright strike from your content. First of all, I sincerely apologize for using your material without prior permission. It was never my intention to misuse or harm your content rights. This happened unknowingly, and I truly respect your hard work and ownership. I humbly request you to kindly withdraw the copyright strike from my channel. I assure you that this mistake will never be repeated again. From now on, I will only use original content or properly licensed material in my videos. Your kind support will save my channel, and I will always remain grateful for your generosity. Thank you so much for your time and understanding. 🙏 Best regards, [Anuj Kumar] Channel name -: Rocky Fun TV Channel link 🔗 https://youtube.com/@rockyfuntv?si=K_phIa

**NOTE**: Complete email subject line extracted from raw email header (see below) using:
https://toolbox.googleapps.com/apps/messageheader/analyzeheader

## RAW EMAIL HEADER

Received: from asp-relay-pe.jellyfish.systems (unknown [162.255.118.8])

      by mta-03.privateemail.com (Postfix) with ESMTP id 4cgPLL22h3z3hhwd

      for <nima@midwestwrestle.com>; Mon,  6 Oct 2025 12:07:38 -0400 (EDT)

Received: from mta-03.privateemail.com ([10.50.14.13])

      by DIR-15 with LMTP

      id uHd8Ekrp42gUNScAk/7vRA

      (envelope-from <rockycartoontv@gmail.com>)

      for <nima@midwestwrestle.com>; Mon, 06 Oct 2025 12:07:38 -0400

Received: by mail-vk1-f195.google.com with SMTP id 71dfb90a1353d-54b21395093so3528932e0c.0

      for <nima@midwestwrestle.com>; Mon, 06 Oct 2025 09:07:37 -0700 (PDT)

Received: from mail-vk1-f195.google.com (mail-vk1-f195.google.com [209.85.221.195])

      (using TLSv1.3 with cipher TLS_AES_256_GCM_SHA384 (256/256 bits)

      key-exchange X25519 server-signature RSA-PSS (2048 bits) server-digest SHA256)

      (No client certificate requested)

      by asp-relay-pe.jellyfish.systems (Postfix) with ESMTPS id 4cgPLK6tWlzCqlL

      for <nima@midwestwrestle.com>; Mon, 06 Oct 2025 16:07:37 +0000 (UTC)

Received: from DIR-15 ([10.50.14.8])

      by localhost with LMTP

      id UPzDEkrp42haXAsA0J78UA

      (envelope-from <rockycartoontv@gmail.com>)

      for <nima@midwestwrestle.com>; Mon, 06 Oct 2025 12:07:38 -0400

From: "Rocky Cartoon TV" <rockycartoontv@gmail.com>

To: <nima@midwestwrestle.com>

Subject: =?utf-8?Q?Subject:_Request_to_Remove_Copyr?=

      =?utf-8?Q?ight_Strike_from_My_YouTube_Chan?=

      =?utf-8?Q?nel_Body:_Hello_=5B_Midwest_Wrestl?=

      =?utf-8?Q?e_=5D_My_name_is_=5BAnuj_Kumar=5D_and_?=

      =?utf-8?Q?I_run_a_YouTube_channel_called_R?=

=?utf-8?Q?ocky_Fun_TV._Recently=2C_one_of_my?=

=?utf-8?Q?_videos_received_3_copyright_str?=

=?utf-8?Q?ike_from_your_content._First_of_?=

=?utf-8?Q?all=2C_I_sincerely_apologize_for_u?=

=?utf-8?Q?sing_your_material_without_prior?=

=?utf-8?Q?_permission._It_was_never_my_int?=

=?utf-8?Q?ention_to_misuse_or_harm_your_co?=

=?utf-8?Q?ntent_rights._This_happened_unkn?=

=?utf-8?Q?owingly=2C_and_I_truly_respect_you?=

=?utf-8?Q?r_hard_work_and_ownership._I_hum?=

=?utf-8?Q?bly_request_you_to_kindly_withdr?=

=?utf-8?Q?aw_the_copyright_strike_from_my_?=

=?utf-8?Q?channel._I_assure_you_that_this_?=

=?utf-8?Q?mistake_will_never_be_repeated_a?=

=?utf-8?Q?gain._From_now_on=2C_I_will_only_u?=

=?utf-8?Q?se_original_content_or_properly_?=

=?utf-8?Q?licensed_material_in_my_videos._?=

=?utf-8?Q?Your_kind_support_will_save_my_c?=

=?utf-8?Q?hannel=2C_and_I_will_always_remain?=

=?utf-8?Q?_grateful_for_your_generosity._T?=

=?utf-8?Q?hank_you_so_much_for_your_time_a?=

=?utf-8?Q?nd_understanding._=F0=9F=99=8F_Best_regard?=

=?utf-8?Q?s=2C_=5BAnuj_Kumar=5D_Channel_name_-:_?=

=?utf-8?Q?Rocky_Fun_TV_Channel_link_=F0=9F=94=97http?=

=?utf-8?Q?s://youtube.com/=40rockyfuntv=3Fsi=3DK?=

=?utf-8?Q?=5FphIa?=

Date: Mon, 6 Oct 2025 11:07:24 -0500

Message-ID: <CAEF2dBwJyMLbjE=D_RdnE8bR7kZ3Mw5px5tRMwU=EbDMpNZNAw@mail.gmail.com>

MIME-Version: 1.0

Content-Type: multipart/alternative;

    boundary="----=_NextPart_000_037C_01DC36B3.CD0D0260"

X-Mailer: Microsoft Outlook 16.0

Authentication-Results: asp-relay-pe.jellyfish.systems;

    dkim=pass header.d=gmail.com header.s=20230601 header.b=SfxxJ6Vv;

    spf=pass (asp-relay-pe.jellyfish.systems: domain of rockycartoontv@gmail.com designates 209.85.221.195 as permitted sender) smtp.mailfrom=rockycartoontv@gmail.com;

    dmarc=pass (policy=none) header.from=gmail.com

Thread-Index: AQHLyVBTrZgbaWrHjiPdX7VDRmpYTA==

X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;

    d=1e100.net; s=20230601; t=1759766857; x=1760371657;

    h=to:subject:message-id:date:from:mime-version:x-gm-message-state

    :from:to:cc:subject:date:message-id:reply-to;

    bh=9CnrNW7oEkmJdJ8+FIGw0Y5gxGbOE8FjC2sg19AaoaY=;

    b=XOTxBLihO8Ru7msr4U8+G2ymrCNAL4SpewQKMxxuPimk0xPMlVvglwqQrlfynv9l15

    TExMsJrPs1IofMDSVYa8rjmH4RFmAOwCsrfYqRRTpWrbTlnSA2fvdYFXJ2qgvXItnbUY

    cJbSJih0qJp2hk+X4IsJfCYIDtG5CJCV+sH7x2KYU3+8UHIPVNQXrpL+65OO+nf5WK5J

    hGxAsJdI00FNEgFEUYoQVTbbQOZzeYPR8L8jErK564+NzkiT2XHesLhijyXJu0aHKXVB

    kUWVQa/II1fE6sh8Nd/ZAVuyKH5T3m20MTaNL711dvZjqj7lVPA4fJuyCTFHKW9gYpMa

    mO9g==

X-Gm-Message-State: AOJu0Yz0IsK7LZ+3UoisBPInkqeCAAVcUQXPrbUzwM3UDknfxkSR88f3

    n9JjA0lBjqwGaRDSS5xflVmapRU19QSdK3UIVIyeBj9vzH5jNv6LDv9Ju3ux9hpKfLuyt5ZC5qq

    kuyQ+omu06Cx8BCh6WA+5dZSbVeymYNCCa93V

X-Google-Smtp-Source: AGHT+IEMSmw9ElqTFlVoplMOYnDlMOnVzWBGyHTr5E/zt3dKEtiTzPtgXMQqlRoEE8BikAGCOtGPsZHj35IkLsduQF0=

X-Received: by 2002:a05:6122:1e08:b0:553:6cf3:2be0 with SMTP id

71dfb90a1353d-554a8f27c38mr67332e0c.5.1759766857059; Mon, 06 Oct 2025

09:07:37 -0700 (PDT)

X-Gm-Gg: ASbGncssYsPmF7JDuWMv2tRdVpSgfTQceU/b+jfUW0VxRYk4jP+sjmU10dUqmjm3xJc

3ApiL6y61rJxHntobqV5alBjE5SkB9LdTu6aUMmwhd7pct1YTLqu7bz8SiGcDbIqVfPsPHT2fFS

mI2ydJSkMpPyQZpsSoiZ5S3B6ZLYqu/+brrU2vVIS2VgWDpqyaZDV+deFY/F3NfLWJ2Rrez1mW0

vsW7F2ppVML4l6I3chtM4NqSELcG2n+vTfI5ASYQM2ebYMt54kjBTke8SjT7x3ci4Kqjpq7bJc=

X-Gm-Features: AS18NWC92Txd20gn2h2AQkOGKNKBY16f7pXKUgB0vCa6MLNBjK1ayFQf_nqUVN0

# Email 16

**Nima Gharavi**

| | |
|---|---|
| **From:** | Anuj Kp <kpanuj34@gmail.com> |
| **Sent:** | Monday, October 6, 2025 11:09 AM |
| **To:** | nima@midwestwrestle.com |
| **Subject:** | Subject: Request to Remove Copyright Strike from My YouTube Channel Body: Hello [ Midwest Wrestle ] My name is [Anuj Kumar] and I run a YouTube channel called Rocky Fun TV. Recently, one of my videos received 3 copyright strike from your content. First of |

## COMPLETE EMAIL SUBJECT LINE

Subject: Request to Remove Copyright Strike from My YouTube Channel Body: Hello [ Midwest Wrestle ] My name is [Anuj Kumar] and I run a YouTube channel called Rocky Fun TV. Recently, one of my videos received 3 copyright strike from your content. First of all, I sincerely apologize for using your material without prior permission. It was never my intention to misuse or harm your content rights. This happened unknowingly, and I truly respect your hard work and ownership. I humbly request you to kindly withdraw the copyright strike from my channel. I assure you that this mistake will never be repeated again. From now on, I will only use original content or properly licensed material in my videos. Your kind support will save my channel, and I will always remain grateful for your generosity. Thank you so much for your time and understanding. 🙏 Best regards, [Anuj Kumar] Channel name -: Rocky Fun TV Channel link 🔗 https://youtube.com/@rockyfuntv?si=K_p

**NOTE**: Complete email subject line extracted from raw email header (see below) using: https://toolbox.googleapps.com/apps/messageheader/analyzeheader

## RAW EMAIL HEADER

Received: from asp-relay-pe.jellyfish.systems (unknown [162.255.118.7])

      by mta-02.privateemail.com (Postfix) with ESMTP id 4cgPNW4gCCz3hhTh

      for <nima@midwestwrestle.com>; Mon,  6 Oct 2025 12:09:31 -0400 (EDT)

Received: from mta-02.privateemail.com ([10.50.14.12])

      by DIR-14 with LMTP

      id OL+4J7vp42jCPhIAro7NpA

      (envelope-from <kpanuj34@gmail.com>)

      for <nima@midwestwrestle.com>; Mon, 06 Oct 2025 12:09:31 -0400

Received: by mail-yx1-f53.google.com with SMTP id 956f58d0204a3-635401a8f5aso5574368d50.1

    for <nima@midwestwrestle.com>; Mon, 06 Oct 2025 09:09:31 -0700 (PDT)

Received: from mail-yx1-f53.google.com (mail-yx1-f53.google.com [74.125.224.53])

      (using TLSv1.3 with cipher TLS_AES_256_GCM_SHA384 (256/256 bits)

       key-exchange X25519 server-signature RSA-PSS (2048 bits) server-digest SHA256)

      (No client certificate requested)

      by asp-relay-pe.jellyfish.systems (Postfix) with ESMTPS id 4cgPNW2YKCz7t8l

      for <nima@midwestwrestle.com>; Mon, 06 Oct 2025 16:09:31 +0000 (UTC)

Received: from DIR-14 ([10.50.14.85])

      by localhost with LMTP

      id kAfwJ7vp42j+fw4A0J78UA

      (envelope-from <kpanuj34@gmail.com>)

      for <nima@midwestwrestle.com>; Mon, 06 Oct 2025 12:09:31 -0400

From: "Anuj Kp" <kpanuj34@gmail.com>

To: <nima@midwestwrestle.com>

Subject: =?utf-8?Q?Subject:_Request_to_Remove_Copyr?=

      =?utf-8?Q?ight_Strike_from_My_YouTube_Chan?=

      =?utf-8?Q?nel_Body:_Hello_=5B_Midwest_Wrestl?=

      =?utf-8?Q?e_=5D_My_name_is_=5BAnuj_Kumar=5D_and_?=

      =?utf-8?Q?I_run_a_YouTube_channel_called_R?=

=?utf-8?Q?ocky_Fun_TV._Recently=2C_one_of_my?=

=?utf-8?Q?_videos_received_3_copyright_str?=

=?utf-8?Q?ike_from_your_content._First_of_?=

=?utf-8?Q?all=2C_I_sincerely_apologize_for_u?=

=?utf-8?Q?sing_your_material_without_prior?=

=?utf-8?Q?_permission._It_was_never_my_int?=

=?utf-8?Q?ention_to_misuse_or_harm_your_co?=

=?utf-8?Q?ntent_rights._This_happened_unkn?=

=?utf-8?Q?owingly=2C_and_I_truly_respect_you?=

=?utf-8?Q?r_hard_work_and_ownership._I_hum?=

=?utf-8?Q?bly_request_you_to_kindly_withdr?=

=?utf-8?Q?aw_the_copyright_strike_from_my_?=

=?utf-8?Q?channel._I_assure_you_that_this_?=

=?utf-8?Q?mistake_will_never_be_repeated_a?=

=?utf-8?Q?gain._From_now_on=2C_I_will_only_u?=

=?utf-8?Q?se_original_content_or_properly_?=

=?utf-8?Q?licensed_material_in_my_videos._?=

=?utf-8?Q?Your_kind_support_will_save_my_c?=

=?utf-8?Q?hannel=2C_and_I_will_always_remain?=

=?utf-8?Q?_grateful_for_your_generosity._T?=

=?utf-8?Q?hank_you_so_much_for_your_time_a?=

=?utf-8?Q?nd_understanding._=F0=9F=99=8F_Best_regard?=

=?utf-8?Q?s=2C_=5BAnuj_Kumar=5D_Channel_name_-:_?=

=?utf-8?Q?Rocky_Fun_TV_Channel_link_=F0=9F=94=97http?=

=?utf-8?Q?s://youtube.com/=40rockyfuntv=3Fsi=3DK=?=

=?utf-8?Q?=5Fp?=

Date: Mon, 6 Oct 2025 11:09:17 -0500

Message-ID: <CAPoD0MU0R4im594_qor4=cE49buG9w2TkerNWHSiY9MOScth1A@mail.gmail.com>

MIME-Version: 1.0

Content-Type: multipart/alternative;

      boundary="----=_NextPart_000_0425_01DC376A.78580E10"

X-Mailer: Microsoft Outlook 16.0

Authentication-Results: asp-relay-pe.jellyfish.systems;

      dkim=pass header.d=gmail.com header.s=20230601 header.b=g6YzC7Ca;

      spf=pass (asp-relay-pe.jellyfish.systems: domain of kpanuj34@gmail.com designates 74.125.224.53 as permitted sender) smtp.mailfrom=kpanuj34@gmail.com;

      dmarc=pass (policy=none) header.from=gmail.com

Thread-Index: AQGSpcHwuUw3oSxKFPkj9CZC4mk5gg==

X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;

    d=1e100.net; s=20230601; t=1759766970; x=1760371770;

    h=to:subject:message-id:date:from:mime-version:x-gm-message-state

    :from:to:cc:subject:date:message-id:reply-to;

    bh=A3PKPC/sp1shbDhPUN+PUMltLIiAJV0ZDyaWjt0e6tY=;

    b=Gw+Kqw9tGGkkS57/LM1LOtE7j3KexI3VkDyD9no5v4ixWxQkhBjJJq4qrIa4hW8qrD

    xLlooY3qCdMnWVHH7dDDMrs7LagpucdJoHTzZhVcs8h+fNC1P6/inc+acNpBdPxCDamN

    Y0PReUuEQXQpS8mRV4Uui8+wkPcNh2zwJZFQTmmHFvSHV4XoV5ehdfIXxgJURkP3nJ+V

    8aPsS5gwfJojzcqDGGs+ro/f4N6zi3K5PaSZN+1lKz2LfBJf1Fwunffwa2eOll5pFM2n

    apSzHArMjcLHFb64ARbruOen2IqlLXxIMf5CtEnt1R3wJOeFK+qAm4ivmMKmlzvtxor1

    Reqw==

X-Gm-Message-State: AOJu0YxO5qIdRbRjgH9WyFwVF5U6z5xFriYm9F/TRm4Lu6Zq5XmIEfMA

      /oUdGTAv3Zfrh+lsdoGC5RX4WbGk9L6K/GShmB8+h29mLibwvI2iNvTvtsgVMN1DUwSb5ObPHt1

      bT8c17KDkgjSQk0hPf/qWOdgllYefq5qd5g==

X-Google-Smtp-Source: AGHT+IH9bE1EiO6upgL2MeawQhmPWzSsS2Cn6AObukLe2ftywFItWUYCr0lxnkaXjBk8RKjE35kcjlRNpgJkzVQFN2o=

X-Received: by 2002:a53:bbc2:0:b0:63b:7b61:df69 with SMTP id

 956f58d0204a3-63b9a10aaccmr10062617d50.47.1759766970372; Mon, 06 Oct 2025

 09:09:30 -0700 (PDT)

X-Gm-Gg: ASbGncth6kC41MU8mby6vC66AL4wQYFRvajB4deEiMZ28ks+gCOFBoILngqPAAucAHA

awKVa7j5LDxVR46EtcPj7NGYk7M9lbsyIH5B1klavKCsnYg6opKQTRj2I9oFVoBax1jQS0OxHRl

zvyRSV4xDgKReGCj3VTy3jowsMUiyCrViD4NUWL4RTcupOGiYXZAUU2yiqg7hopJqpf15PwFwOx

0bZkO1vN3v77i/O1XwUkNNrKVQEt1K4IUz/aiCUpA6YOtIytpmMeAMmEIPezwj8P+pAQB2Ls7M=

X-Gm-Features: AS18NWDUHfln9b8yXPdghrr4IjuRVd1-HI3-mCZ9_5k6cuqv0ydOiCC1LzUHZcE

X-Recommended-Action: reject

# Email 17

**Nima Gharavi**

| | |
|---|---|
| **From:** | Anuj Kp <kpanuj34@gmail.com> |
| **Sent:** | Monday, October 6, 2025 11:10 AM |
| **To:** | nima@midwestwrestle.com |
| **Subject:** | Subject: Humble Request to Remove Copyright Strike Dear [Midwest Wrestle ], My name is [Grappling Fight Zone], and I run the YouTube channel "[Grappling Fight Zone]". Recently, one of my videos received a copyright strike from your content. I sincerely ap |

## COMPLETE EMAIL SUBJECT LINE

Subject: Humble Request to Remove Copyright Strike Dear [Midwest Wrestle ], My name is [Grappling Fight Zone], and I run the YouTube channel "[Grappling Fight Zone]". Recently, one of my videos received a copyright strike from your content. I sincerely apologize if I unintentionally used your work. My sole intention is to provide entertainment and sports-related knowledge to my audience. I had no intention of infringing on your rights and I deeply respect your creative efforts. I kindly request you to consider removing the copyright strike. If necessary, I am ready to delete or edit the video immediately. I will take full care to ensure such issues do not occur in the future. Your support would mean a lot to me, and I would be truly grateful for your positive response. Thank you very much for your time and consideration. Sincerely, [Grappling Fight Zone] [ Channel Email / https://youtube.com/@grapplingfightzone?si=zxEdgA3g6Gk6DwT_]

**NOTE**: Complete email subject line extracted from raw email header (see below) using: https://toolbox.googleapps.com/apps/messageheader/analyzeheader

## RAW EMAIL HEADER

Received: from asp-relay-pe.jellyfish.systems (unknown [162.255.118.7])

      by mxs-01.privateemail.com (Postfix) with ESMTP id 4cgPPP0pfjz3hhx5

      for <nima@midwestwrestle.com>; Mon,  6 Oct 2025 12:10:17 -0400 (EDT)

Received: from mxs-01.privateemail.com ([10.50.14.133])

      by DIR-06 with LMTP

      id mGafB+np42he5DoAUryMpA

      (envelope-from <kpanuj34@gmail.com>)

      for <nima@midwestwrestle.com>; Mon, 06 Oct 2025 12:10:17 -0400

Received: by mail-yw1-f193.google.com with SMTP id 00721157ae682-72e565bf2f0so57458657b3.3

      for <nima@midwestwrestle.com>; Mon, 06 Oct 2025 09:10:16 -0700 (PDT)

Received: from mail-yw1-f193.google.com (mail-yw1-f193.google.com [209.85.128.193])

      (using TLSv1.3 with cipher TLS_AES_256_GCM_SHA384 (256/256 bits)

      key-exchange X25519 server-signature RSA-PSS (2048 bits) server-digest SHA256)

      (No client certificate requested)

      by asp-relay-pe.jellyfish.systems (Postfix) with ESMTPS id 4cgPPN4bGGz8sYX

      for <nima@midwestwrestle.com>; Mon, 06 Oct 2025 16:10:16 +0000 (UTC)

Received: from DIR-06 ([10.50.14.196])

      by localhost with LMTP

      id iMrwB+np42j+fw4A0J78UA

      (envelope-from <kpanuj34@gmail.com>)

      for <nima@midwestwrestle.com>; Mon, 06 Oct 2025 12:10:17 -0400

From: "Anuj Kp" <kpanuj34@gmail.com>

To: <nima@midwestwrestle.com>

Subject: =?utf-8?Q?Subject:_Humble_Request_to_Remov?=

      =?utf-8?Q?e_Copyright_Strike_Dear_=5BMidwest?=

      =?utf-8?Q?_Wrestle_=5D=2C_My_name_is_=5BGrapplin?=

      =?utf-8?Q?g_Fight_Zone=5D=2C_and_I_run_the_You?=

      =?utf-8?Q?Tube_channel_=E2=80=9C=5BGrappling_Fight_Z?=

=?utf-8?Q?one=5D=E2=80=9D._Recently=2C_one_of_my_video?=

=?utf-8?Q?s_received_a_copyright_strike_fr?=

=?utf-8?Q?om_your_content._I_sincerely_apo?=

=?utf-8?Q?logize_if_I_unintentionally_used?=

=?utf-8?Q?_your_work._My_sole_intention_is?=

=?utf-8?Q?_to_provide_entertainment_and_sp?=

=?utf-8?Q?orts-related_knowledge_to_my_aud?=

=?utf-8?Q?ience._I_had_no_intention_of_inf?=

=?utf-8?Q?ringing_on_your_rights_and_I_dee?=

=?utf-8?Q?ply_respect_your_creative_effort?=

=?utf-8?Q?s._I_kindly_request_you_to_consi?=

=?utf-8?Q?der_removing_the_copyright_strik?=

=?utf-8?Q?e._If_necessary=2C_I_am_ready_to_d?=

=?utf-8?Q?elete_or_edit_the_video_immediat?=

=?utf-8?Q?ely._I_will_take_full_care_to_en?=

=?utf-8?Q?sure_such_issues_do_not_occur_in?=

=?utf-8?Q?_the_future._Your_support_would_?=

=?utf-8?Q?mean_a_lot_to_me=2C_and_I_would_be?=

=?utf-8?Q?_truly_grateful_for_your_positiv?=

=?utf-8?Q?e_response._Thank_you_very_much_?=

=?utf-8?Q?for_your_time_and_consideration.?=

=?utf-8?Q?_Sincerely=2C_=5BGrappling_Fight_Zon?=

=?utf-8?Q?e=5D_=5B_Channel_Email_/_https://you?=

=?utf-8?Q?tube.com/=40grapplingfightzone=3Fsi=3D?=

=?utf-8?Q?zxEdgA3g6Gk6DwT=5F=5D?=

Date: Mon, 6 Oct 2025 11:10:03 -0500

Message-ID: <CAPoD0MUM7EgZc5S4qAsm9b10zh2=oQgLLrsrxDrkzNpdvkmsAw@mail.gmail.com>

MIME-Version: 1.0

Content-Type: multipart/alternative;

boundary="----=_NextPart_000_0383_01DC36B3.CD906330"

X-Mailer: Microsoft Outlook 16.0

Authentication-Results: asp-relay-pe.jellyfish.systems;

    dkim=pass header.d=gmail.com header.s=20230601 header.b=ZYvZeZwQ;

    spf=pass (asp-relay-pe.jellyfish.systems: domain of kpanuj34@gmail.com designates 209.85.128.193 as permitted sender) smtp.mailfrom=kpanuj34@gmail.com;

    dmarc=pass (policy=none) header.from=gmail.com

Thread-Index: AQKmXFdX1c5JbktIdXAquuPWdwg6hA==

X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;

    d=1e100.net; s=20230601; t=1759767016; x=1760371816;

    h=to:subject:message-id:date:from:mime-version:x-gm-message-state

    :from:to:cc:subject:date:message-id:reply-to;

    bh=vIGo4lpw7L8myCquyZWOb2fksF5ARQJ8LzX067Ct/PQ=;

    b=G2LqgCwwbXtM060TkT+U6BQQ8x4Hmszz323641XbOEDdV5umv4ujHJSXNzWPsRGy0b

    JbSYgJ9/GICLObu8wNoonXREG7/Mpa6JI5CEXpD7KVvQGGP/QWoqANhagDkxvcehE6gi

    Y2U/eE8pJUDR6yzWWQL4xtBj7dt8ICFmzXU1+ZsUkfBEWZJf28EXLDhdHzuiWpgwtC/r

    o371A9lIKGBQnO8qZOtGm01ZIDIV9Dgky7f42Jd1vdKvZtyghtDAhkGbDbZFpvBqfSAo

    rQimaNXGMrqHsQJtxJQ6btySpbTINjqk04EzSTQbwxgqAy6dh88G7JZjspqvwWrxXfP+

    gYIw==

X-Gm-Message-State: AOJu0YynYv3vrKui0VMsmoA0FLQspqOph6JHVX8tIPQI0DUC+Fo+r0y3

    9l05PVF1YDQZH5UVWARRMS63/h4SpEdsZWwS3BNkq7+NjY1RAIUuM3zpiN54xots86y97I2y2+E

    9vPCFNE3fxHplS2VxPXHXadBt8WT1HREN7HBX

X-Google-Smtp-Source:
AGHT+IHhi/ofpU3G5OO9+3vlWXDpwLwcHCKP6EtJudtGMJpuc020kybAuqXCfGk5Ga7/ZezPWaxsYeqUCH3
6fe8nbPY=

X-Received: by 2002:a53:c845:0:b0:635:4ecd:75a2 with SMTP id

 956f58d0204a3-63b9a10767amr11135007d50.48.1759767015591; Mon, 06 Oct 2025

 09:10:15 -0700 (PDT)

X-Gm-Gg: ASbGnctyLLYKEpd7P5MjH5/SrzrKz1Jjs7d5X/znqImQtkiu+hf8xFQkZjLgqXX99YB

    B5L41MC2fOBzAmCDCPpMcKr9NkZXTHNX7sLYSQKXu/y09zm059Yuui/2X8Bo/z64RrkQbEtABKf

b86wj7K5AKfTBP8/oqPJ9NpEulQXF8C6i6qDs6ic1FUS+8XjPWT5GMKVO4mcWB+gjclVpSTkUHF

GCvwqN7qk+QyRv6KcrR7a0T/BTJPaWKf7Y8/vVnQWpEiQ3js692+RUfWEIu0K8b

X-Gm-Features: AS18NWCUmLvZ5sB0QytpO4ZfPZE5A6M94jkTde39RhZjdegjyyattSU0g1KJFwY

# Email 18

**Nima Gharavi**

| | |
|---|---|
| **From:** | Anuj Kp <kpanuj34@gmail.com> |
| **Sent:** | Monday, October 6, 2025 11:10 AM |
| **To:** | nima@midwestwrestle.com |
| **Subject:** | Subject: Humble Request to Remove Copyright Strike Dear [Midwest Wrestle ], My name is [Grappling Fight Zone], and I run the YouTube channel "[Grappling Fight Zone]". Recently, one of my videos received a copyright strike from your content. I sincerely ap |

## COMPLETE EMAIL SUBJECT LINE

Subject: Humble Request to Remove Copyright Strike Dear [Midwest Wrestle ], My name is [Grappling Fight Zone], and I run the YouTube channel "[Grappling Fight Zone]". Recently, one of my videos received a copyright strike from your content. I sincerely apologize if I unintentionally used your work. My sole intention is to provide entertainment and sports-related knowledge to my audience. I had no intention of infringing on your rights and I deeply respect your creative efforts. I kindly request you to consider removing the copyright strike. If necessary, I am ready to delete or edit the video immediately. I will take full care to ensure such issues do not occur in the future. Your support would mean a lot to me, and I would be truly grateful for your positive response. Thank you very much for your time and consideration. Sincerely, [Grappling Fight Zone] [ Channel Email / https://youtube.com/@grapplingfightzone?si=zxEdgA3g6Gk6DwT_]

**NOTE**: Complete email subject line extracted from raw email header (see below) using: https://toolbox.googleapps.com/apps/messageheader/analyzeheader

## RAW EMAIL HEADER

Received: from asp-relay-pe.jellyfish.systems (unknown [162.255.118.7])

       by mta-04.privateemail.com (Postfix) with ESMTP id 4cgPPf5Rjgz3hhTB

       for <nima@midwestwrestle.com>; Mon, 6 Oct 2025 12:10:30 -0400 (EDT)

Received: from mta-04.privateemail.com ([10.50.14.14])

       by DIR-08 with LMTP

       id cNMaLvbp42h0Ii0AIL3UXA

       (envelope-from <kpanuj34@gmail.com>)

       for <nima@midwestwrestle.com>; Mon, 06 Oct 2025 12:10:30 -0400

Received: by mail-yw1-f196.google.com with SMTP id 00721157ae682-71d60157747so56863547b3.0

     for <nima@midwestwrestle.com>; Mon, 06 Oct 2025 09:10:30 -0700 (PDT)

Received: from mail-yw1-f196.google.com (mail-yw1-f196.google.com [209.85.128.196])

       (using TLSv1.3 with cipher TLS_AES_256_GCM_SHA384 (256/256 bits)

        key-exchange X25519 server-signature RSA-PSS (2048 bits) server-digest SHA256)

       (No client certificate requested)

       by asp-relay-pe.jellyfish.systems (Postfix) with ESMTPS id 4cgPPf3JyDzFpX5

       for <nima@midwestwrestle.com>; Mon, 06 Oct 2025 16:10:30 +0000 (UTC)

Received: from DIR-08 ([10.50.14.198])

       by localhost with LMTP

       id wFFlLvbp42j+fw4A0J78UA

       (envelope-from <kpanuj34@gmail.com>)

       for <nima@midwestwrestle.com>; Mon, 06 Oct 2025 12:10:30 -0400

From: "Anuj Kp" <kpanuj34@gmail.com>

To: <nima@midwestwrestle.com>

Subject: =?utf-8?Q?Subject:_Humble_Request_to_Remov?=

       =?utf-8?Q?e_Copyright_Strike_Dear_=5BMidwest?=

       =?utf-8?Q?_Wrestle_=5D=2C_My_name_is_=5BGrapplin?=

       =?utf-8?Q?g_Fight_Zone=5D=2C_and_I_run_the_You?=

       =?utf-8?Q?Tube_channel_=E2=80=9C=5BGrappling_Fight_Z?=

=?utf-8?Q?one=5D=E2=80=9D._Recently=2C_one_of_my_video?=

=?utf-8?Q?s_received_a_copyright_strike_fr?=

=?utf-8?Q?om_your_content._I_sincerely_apo?=

=?utf-8?Q?logize_if_I_unintentionally_used?=

=?utf-8?Q?_your_work._My_sole_intention_is?=

=?utf-8?Q?_to_provide_entertainment_and_sp?=

=?utf-8?Q?orts-related_knowledge_to_my_aud?=

=?utf-8?Q?ience._I_had_no_intention_of_inf?=

=?utf-8?Q?ringing_on_your_rights_and_I_dee?=

=?utf-8?Q?ply_respect_your_creative_effort?=

=?utf-8?Q?s._I_kindly_request_you_to_consi?=

=?utf-8?Q?der_removing_the_copyright_strik?=

=?utf-8?Q?e._If_necessary=2C_I_am_ready_to_d?=

=?utf-8?Q?elete_or_edit_the_video_immediat?=

=?utf-8?Q?ely._I_will_take_full_care_to_en?=

=?utf-8?Q?sure_such_issues_do_not_occur_in?=

=?utf-8?Q?_the_future._Your_support_would_?=

=?utf-8?Q?mean_a_lot_to_me=2C_and_I_would_be?=

=?utf-8?Q?_truly_grateful_for_your_positiv?=

=?utf-8?Q?e_response._Thank_you_very_much_?=

=?utf-8?Q?for_your_time_and_consideration.?=

=?utf-8?Q?_Sincerely=2C_=5BGrappling_Fight_Zon?=

=?utf-8?Q?e=5D_=5B_Channel_Email_/_https://you?=

=?utf-8?Q?tube.com/=40grapplingfightzone=3Fsi=3D?=

=?utf-8?Q?zxEdgA3g6Gk6DwT=5F=5D?=

Date: Mon, 6 Oct 2025 11:10:17 -0500

Message-ID: <CAPoD0MX7NjozLZXp949EKwEKTyXmp8DCLUwcucBku2oU3pTOFQ@mail.gmail.com>

MIME-Version: 1.0

Content-Type: multipart/alternative;

boundary="----=_NextPart_000_038A_01DC36B3.CDFDA3F0"

X-Mailer: Microsoft Outlook 16.0

Authentication-Results: asp-relay-pe.jellyfish.systems;

dkim=pass header.d=gmail.com header.s=20230601 header.b=AWUHuU+C;

spf=pass (asp-relay-pe.jellyfish.systems: domain of kpanuj34@gmail.com designates 209.85.128.196 as permitted sender) smtp.mailfrom=kpanuj34@gmail.com;

dmarc=pass (policy=none) header.from=gmail.com

Thread-Index: AQIO2ELvB+Ju+QtK2y9wbPOXPFzTkw==

X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;

d=1e100.net; s=20230601; t=1759767029; x=1760371829;

h=to:subject:message-id:date:from:mime-version:x-gm-message-state

:from:to:cc:subject:date:message-id:reply-to;

bh=5VjYIQ4xZIyrOCLzwSyLNROLlLBmoeqnkZ/g8Q0RwU0=;

b=beMfPe3E+M6VNWpGIMDfIzTusSibbNZxbegCTSvJag+qQoFrJ+UfnQ4TK8sRECv6lq

/7wEoL0g3B85PcFMNstKCUdLvUcAq++0FougMYsnt7AG6LA3S6TDYgxY9i9fachEa/+L

FEn584nXlUEUuiEM2oQ5n3OwPCWND7tHnmKlebzsgx752Epg1RE9A3xUUXvhRXSXIKEX

FwyzYex6TTyVCL/Gvqk+JUowgLWcvcaZ1fa6u+1oSaspNebejmw8DkAvhi/bcxhqbYoZ

/QpsXmvFFUad6O0oAkgFJXjng2rmDJRY6Sryb/KRyBpfAWvgNZRRNdr4h0Z4I2MDohS8

ooug==

X-Gm-Message-State: AOJu0Yzc4Z8xeaVqMTlmgoyZSxmq4YwmwJDVEqEcTpa57HT8rkFnL1ep

DkNBIrId7BgjrmCtnveaFrwXL1Y7l+/s/rRwNJpR3R1DBCxUp5/TAT8UnnTIUawy3cRTqjJAc+x

AcF9+InFFykmOlNcdflIuJlO2dz8ZIkFZFOag

X-Google-Smtp-Source:
AGHT+IHt8bDfpfuI87r+FAwL4oBCYOV7u95Nzmy8zPr30g9kmlzj7/In22yYlXaWvNzAC9EWRmxxGpl+ACpD
w8XexLo=

X-Received: by 2002:a05:690e:1587:10b0:635:4ed0:5711 with SMTP id

956f58d0204a3-63b9a12a972mr11442292d50.43.1759767029495; Mon, 06 Oct 2025

09:10:29 -0700 (PDT)

X-Gm-Gg: ASbGncslfAE7+oTyVVnFr8sX5WmVAFAPwFaXqIAJE/TzV7Qg37AvD3D3sXJzXdUDxF6

LByOWBiNyOvLMb1EC1FxQAULxPRcE3wkwrkeEVy0hn71gEk/toyjZp7AqinTFruY07hm3z/zJod

/vAfS1bkbX41cqtDkcyMK1gYrjjKkIAvUSxRq1u6fxeDt1iVI6gXaorSZKnH1PxYh6Eog7aTuDc

IKM6hq3n3ImxIqGuJveCN2dYYsM20tZbr9q8jqmxVRPx+DcbNa8a+IqifHRvm/o

X-Gm-Features: AS18NWDylJbjadwuECWxJVS0BYoH5lqD3y797Jx7JGQVlJXqZbplawdZu-aR9lU

# Email 19

**Nima Gharavi**

---

**From:**          Anuj Kumar <kumaranuj85141@gmail.com>
**Sent:**          Wednesday, October 8, 2025 1:02 AM
**To:**            nima@midwestwrestle.com


Dear Nima,

I hope you are doing well.
I am the owner of the YouTube channel Rocky Fun TV. Recently, I received copyright strikes from your side on a few of my videos.

I would like to sincerely apologize if my videos caused any misunderstanding.
My videos are created only for educational, analytical, and entertainment purposes under the Fair Use policy. I do not re-upload or misuse your original work, and my intent was only to promote the sport of wrestling and grappling in a positive way.

I have already submitted a counter notification to YouTube because I believe my use falls under fair use. However, I truly respect your work and would be very grateful if you could kindly retract (withdraw) your takedown requests.

This will help me restore my channel and continue making sports content respectfully.
Thank you for your time and understanding.

Sincerely,
Anuj Kumar
(Owner of YouTube Channel: Rocky Fun TV)
📧 Email: [kumaranuj85141@gmail.com]