# Exhibit 4

**Nima Gharavi**

| | |
|---|---|
| **From:** | YouTube Copyright <youtube-disputes+1ms60p4blp7400h@google.com> |
| **Sent:** | Thursday, October 9, 2025 3:30 AM |
| **To:** | nima@midwestwrestle.com |
| **Subject:** | Re: [KOCI2DPFY5ORTIOIOIVFHLU2J4] New Copyright Counter Notification |

[External email - use caution]



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=atcT8ujBauo

Display name of uploader: Rocky Fun TV

I believe my video was removed by mistake and a copyright strike was wrongly applied to my YouTube channel Rocky Fun TV. The video is my original edited content, created by me for educational, analytical, and entertainment purposes under the principles of Fair Use. The grappling and wrestling clips used were only to explain, review, and entertain the audience. I have not copied or re-uploaded anyone's full copyrighted material, nor was it my intention to violate any copyright. My purpose is purely to promote sports, wrestling, and grappling content in an informative and entertaining way. Therefore, I respectfully request that my video be

reinstated and the copyright strike on my channel be removed. My three videos were removed with copyright strikes. However, these videos contain my own commentary, editing, and original content. Some short clips and images were used only for educational and entertainment purposes, which fall under Fair Use. Therefore, I request the YouTube team to review these strikes again and remove the copyright strikes from my channel as soon as possible. Full Legal Name -: Anuj Kumar Phone 📱 -: 8780250666 Email ✉:- kumaranuj85141@gmail.com Street address:- Parshupur Gopal, Mahraunda , Allhabad, Utter Pardesh, 212507 City:- Prayagraj(Allahabad) State:- Utter Pardesh Zip code -: 212507 Copyright strike Video link 🔗 https://www.youtube.com/watch?v=atcT8ujBauo My Channel link -: https://youtube.com/@rockyfuntv?si=8_QeDK5HKcUd8GVA Copyright strikers channel name :- Midwest Wrestle

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Anuj Kumar

Anuj Kumar
Parsupur Gopal Mahraunda Soraon Up Prayagraj 187 Prayagraj (Allahabad), Uttar Pradesh 212507 India
Prayagraj (Allahabad), Utter Pardesh 212507
India

kumaranuj85141@gmail.com

087802 50666

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

2