# Exhibit 7

Case 4:25-cv-08873-HSG    Document 8-9    Filed 11/22/25    Page 2 of 6

# Email 1

# Nima Gharavi

| | |
|---|---|
| **From:** | YouTube Copyright <youtube-disputes+24p58yaiukjg70q@google.com> |
| **Sent:** | Saturday, October 25, 2025 7:39 PM |
| **To:** | nima@midwestwrestle.com |
| **Subject:** | Re: [2GIGWR63BXY622EZLS6YUMB6YU] New Copyright Counter-Notification |

[External email - use caution]



Hi,

Thank you for your counter notification. This is an automated email to let you know that the review process is starting. We will keep you posted as it progresses.

The following videos were taken down by Midwest Wrestle:

- http://www.youtube.com/watch?v=paTvKhpHFNs
- http://www.youtube.com/watch?v=YeRoZ8mhL38

You will receive a follow up email in the next few days after your counter notification is reviewed, followed by updates to that email about its status. You can also check its status within your Video Manager.

Keep in mind that by submitting this counter notification, you've initiated a formal legal dispute process. As such YouTube will handle this process in accordance with the law. This process takes some time, so we kindly ask for your patience.

If your counter notification is found to be legally complete and valid by the YouTube team, we will forward it to the claimant(s) who removed your video(s) and then allow them 10 - 14 business days from that date to respond with evidence that they have taken court action against you to prevent the reinstatement of the video(s) in question.

Our system detected that the following videos you submitted are not eligible for a counter notification.

Video was already reviewed and rejected as part of a previous counter notification:

- http://www.youtube.com/watch?v=atcT8ujBauo

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

# Email 2

# Nima Gharavi

| | |
|---|---|
| **From:** | YouTube Copyright <youtube-disputes+24p58yaiukjg70q@google.com> |
| **Sent:** | Saturday, October 25, 2025 7:39 PM |
| **To:** | nima@midwestwrestle.com |
| **Subject:** | Re: [2GIGWR63BXY622EZLS6YUMB6YU] New Copyright Counter-Notification |

[External email - use caution]



Hi,

Thank you for your counter notification. This is an automated email to let you know that the review process is starting. We will keep you posted as it progresses.

The following videos were taken down by Midwest Wrestle:

- http://www.youtube.com/watch?v=8Qc1s4RQsjY

You will receive a follow up email in the next few days after your counter notification is reviewed, followed by updates to that email about its status. You can also check its status within your Video Manager.

Keep in mind that by submitting this counter notification, you've initiated a formal legal dispute process. As such YouTube will handle this process in accordance with the law. This process takes some time, so we kindly ask for your patience.

If your counter notification is found to be legally complete and valid by the YouTube team, we will forward it to the claimant(s) who removed your video(s) and then allow them 10 - 14 business days from that date to respond with evidence that they have taken court action against you to prevent the reinstatement of the video(s) in question.

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066