# Exhibit 8

# Email 1

# Nima Gharavi

| | |
|---|---|
| **From:** | YouTube Copyright <youtube-disputes+0n90qmw8d2zcg0h@google.com> |
| **Sent:** | Sunday, October 26, 2025 11:51 AM |
| **To:** | nima@midwestwrestle.com |
| **Subject:** | Re: [TYDVBOZ2BK4N7XSVOK2HVDEQWM] New Copyright Counter Notification |

[External email - use caution]



Dear Rocky Fun TV,

The email address that you have provided does not match the email address of the account in question.

In order for us to process your counter notification, you must be the owner of the account. Please resubmit your counter notification from the email address associated with the account from which the material was claimed.

Please keep in mind that if you don't have access to your email account and have lost your username and/or password, we're unable to help you. We don't store private passwords, so we can't email them to you. If you're unable to write us from the email address associated with the YouTube account, we can't release any information about the account to you.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=YeRoZ8mhL38
- http://www.youtube.com/watch?v=paTvKhpHFNs

Display name of uploader: Rocky Fun TV

# Email 2

# Nima Gharavi

| | |
|---|---|
| **From:** | YouTube Copyright <youtube-disputes+2wyh7f73jikay0h@google.com> |
| **Sent:** | Sunday, October 26, 2025 11:53 AM |
| **To:** | nima@midwestwrestle.com |
| **Subject:** | Re: [CWMYM3Z3TCK56AU7WTA3JRJMFI] New Copyright Counter Notification |

[External email - use caution]



Dear Grappling Fight Zone,

The email address that you have provided does not match the email address of the account in question.

In order for us to process your counter notification, you must be the owner of the account. Please resubmit your counter notification from the email address associated with the account from which the material was claimed.

Please keep in mind that if you don't have access to your email account and have lost your username and/or password, we're unable to help you. We don't store private passwords, so we can't email them to you. If you're unable to write us from the email address associated with the YouTube account, we can't release any information about the account to you.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=8Qc1s4RQsjY

Display name of uploader: Grappling Fight Zone