NIMA GHARAVI
4610 North Clark St. #1098
Chicago, IL 60640
+1 (773) 899-4688
dmca@midwestwrestle.com

Plaintiff, *pro se*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NIMA GHARAVI,<br><br>    Plaintiff,<br><br>vs.<br><br>ANUJ KUMAR,<br><br>    Defendant | Case No. 4:25-cv-08873-HSG<br><br>**DECLARATION OF NIMA GHARAVI CONFIRMING SERVICE OF EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Date:<br>Time: 2:00 p.m.<br>Courtroom: Courtroom 2 – 4th Floor |

I, Nima Gharavi, declare as follows:

**I. PERSONAL KNOWLEDGE FOUNDATION**

1. I am the Plaintiff in this action and submit this declaration in compliance with the Court's Order Directing Service of Ex Parte Motion for Temporary Restraining Order (Dkt. No. 12), entered on November 24, 2025. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, I could and would testify competently to them.

**SERVICE BY EMAIL**

2. On November 25, 2025, at 1:42 p.m. Central Standard Time (11:42 a.m. Pacific Standard Time), I served Defendant Anuj Kumar via email with (a) the Court's Order Directing Service of Ex Parte Motion for Temporary Restraining Order (Dkt. No. 12), and (b) my Ex Parte Application for a Temporary Restraining Order (Dkt. No. 8) along with all supporting documents.

3. I served these documents by email to all six email addresses that Defendant has actively used in communications related to this dispute:
   - ap4619323@gmail.com
   - kumaranuj85141@gmail.com
   - apanuj664@gmail.com
   - anujmotivationalstory@gmail.com
   - rockycartoontv@gmail.com
   - kpanuj34@gmail.com

4. Defendant provided the email address kumaranuj85141@gmail.com in his DMCA counter-notification submitted to YouTube on October 9, 2025. As set forth in my prior declaration (Dkt. No. 8-2), Defendant actively used all six email addresses to communicate with me about the subject matter of this dispute between October 5–8, 2025.

**DOCUMENTS SERVED**

5. The following fifteen (15) documents were attached to my email and served on Defendant:

**Court Order:**
   - 12 - Order Directing Service of Ex Parte Motion for Temporary Restraining Order.pdf

**Motion, Memorandum, and Proposed Order:**

- 8 - Ex Parte Application for TRO, OSC for PI, Asset Restraint and Alternative Service.pdf
- 8-1 - Memorandum ISO Ex Parte App. for TRO, OSC for PI, Asset Restraint and Alternative Service.pdf
- 8-2 - Declaration of Nima Gharavi ISO Ex Parte App. for TRO, OSC for PI, Asset Restraint and Alternative Service.pdf
- 8-13 - [Proposed] Order Granting Ex Parte App. for TRO, OSC for PI, Asset Restraint and Alternative Service.pdf

**Evidentiary Exhibits:**

- 8-3 - Exhibit 1 - Comparisons of watermark removal and added false "Rocky!" logos.pdf
- 8-4 - Exhibit 2 - 17 YouTube DMCA notice acknowledgments (Oct. 3-6, 2025).pdf
- 8-5 - Exhibit 3 - 19 emails from Defendant disputing takedowns (Oct. 5-8, 2025).pdf
- 8-6 - Exhibit 4 - Defendant's DMCA counter-notification to YouTube (Oct. 9, 2025).pdf
- 8-7 - Exhibit 5 - Mr. Gharavi's first email to Defendant (Oct. 19, 2025).pdf
- 8-8 - Exhibit 6 - YouTube email to Mr. Gharavi (Oct. 20, 2025) ECF-stamped Complaint.pdf
- 8-9 - Exhibit 7 - YouTube emails to Gharavi (Oct. 25, 2025) re 2 DMCA counters.pdf
- 8-10 - Exhibit 8 - YouTube rejection emails to Defendant (Oct. 26, 2025) re 2 counters.pdf
- 8-11 - Exhibit 9 - Mr. Gharavi's second email to Defendant (Oct. 26, 2025).pdf
- 8-12 - Exhibit 10 - AdSense payment timelines.pdf

**CONFIRMATION OF TIMELY SERVICE**

6. Service was completed at 11:42 a.m. Pacific Standard Time on November 25, 2025, which is before the 5:00 p.m. Pacific Time deadline set by the Court in its November 24, 2025 Order.

7. I did not receive any delivery failure notifications, bounce-back messages, or other indications that the email failed to deliver to any of the six email addresses.

8. A true and correct copy of the email I sent to Defendant, showing the date, time, recipients, subject line, and list of attachments, is attached hereto as **Exhibit 1**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 25, 2025 at Chicago, Illinois.

/s/ Nima Gharavi
Nima Gharavi

Plaintiff, *pro se*

**EXHIBIT LIST**

**Exhibit 1:** Email to Defendant dated November 25, 2025, with list of attachments (service email)