NIMA GHARAVI, *pro se*
4610 North Clark St. #1098
Chicago, IL 60640
+1 (773) 899-4688
dmca@midwestwrestle.com

Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NIMA GHARAVI,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ANUJ KUMAR,<br><br>　　　　Defendant | Case No. 4:25-cv-08873-HSG<br><br>**DECLARATION OF NIMA GHARAVI CONFIRMING SERVICE**<br><br>Re: Dkt. No. 14<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

I, Nima Gharavi, declare as follows:

1. I am the pro se Plaintiff in this action. Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. On December 12, 2025, this Court entered an Order directing me to serve the "Order Granting in Part and Denying in Part Plaintiff's Application for a Temporary Restraining Order" upon the Defendant by December 15, 2025.

3. I hereby certify that on December 13, 2025, I served the Defendant by sending an email with the attached Order to the six email addresses identified in Paragraph 9 of the Complaint.

4. I further certify that I did not receive any electronic notification indicating that the email transmission was unsuccessful or undeliverable for any of the recipient addresses.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 13, 2025.

By: /s/ Nima Gharavi<br>Nima Gharavi