NIMA GHARAVI, *pro se*
4610 North Clark St. #1098
Chicago, IL 60640
+1 (773) 899-4688
dmca@midwestwrestle.com

Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NIMA GHARAVI,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ANUJ KUMAR,<br><br>　　　　Defendant | Case No. 4:25-cv-08873-HSG<br><br>**MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION OF ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S APPLICATION FOR A TEMPORARY RESTRAINING ORDER**<br><br>Re: Dkt. No. 14<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

Pursuant to Civil Local Rule 7-9, *pro se* Plaintiff Nima Gharavi respectfully moves for leave to file the attached Motion for Reconsideration of the Court's December 12, 2025 Order (Dkt. No. 14). This motion is filed three days after the Order and satisfies Civil L.R. 7-9(b)(3).

**I. GROUNDS FOR RECONSIDERATION**

The Court cited *Global Refining Grp., Inc. v. PMD Analysis Inc.*, 2023 WL 5733968 (S.D.N.Y. Aug. 15, 2023) (R&R), regarding uncertainty about statutory damages for unregistered works. Order at 7:13-15. Footnote 14 of that R&R expressly holds that DMCA § 1203 statutory damages are "not subject to the bar of § 412," the registration requirement. 2023 WL 5733968, at *15 n.14. The district court adopted the R&R and awarded $20,197,500 in statutory damages under the DMCA for unregistered works. 2023 WL 5734171, at *2 (S.D.N.Y. Sept. 5, 2023). Additionally, the Order contains statements that may warrant clarification regarding the Court's findings on likelihood of success for all seventeen works.

Regarding alternative service, this Court authorized such relief in *Restoration Hardware, Inc. v. Alimia Light*, No. 4:23-cv-00948-HSG (N.D. Cal. May 24, 2023), precedent that applies with even greater force here.

**II. CONCLUSION**

The attached motion identifies dispositive portions of legal authority the Court cited and potential tensions within the Order without repeating prior arguments. Mr. Gharavi respectfully requests leave to file it.

Dated: December 15, 2025                                                   Respectfully submitted,

                                                                           /s/ Nima Gharavi
                                                                           Nima Gharavi, *pro se*

                                                                           Plaintiff