NIMA GHARAVI, *pro se*
4610 North Clark St. #1098
Chicago, IL 60640
+1 (773) 899-4688
dmca@midwestwrestle.com

Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NIMA GHARAVI,<br><br>             Plaintiff,<br><br>vs.<br><br>ANUJ KUMAR,<br><br>             Defendant | Case No. 4:25-cv-08873-HSG<br><br>**DECLARATION OF NIMA GHARAVI IN SUPPORT OF MOTION FOR RECONSIDERATION**<br><br>Re: Dkt. No. 14<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

I, Nima Gharavi, declare as follows:

1. I am the Plaintiff in this action and submit this declaration in support of my Motion for Reconsideration of the Court's December 12, 2025 Order (Dkt. No. 14).

2. On December 13, 2025, the day after receiving the Court's December 12, 2025 Order (Dkt. No. 14), I began investigating the physical address Defendant provided under penalty of perjury in his DMCA counter-notification.

3. Defendant provided two different versions of his address under penalty of perjury in his October 9, 2025 DMCA counter-notification to YouTube:

    a. In the address field, Defendant stated: "Parshupur Gopal, Mahraunda, Allhabad, Utter Pardesh, 212507."

    b. In the freeform text portion of the same counter-notification, Defendant stated: "Parsupur Gopal Mahraunda Soraon Up Prayagraj 187 Prayagraj (Allahabad), Uttar Pradesh 212507 India."

    Defendant's DMCA counter-notification was previously submitted as Exhibit 4 to my Application for TRO (Dkt. No. 8-6) and authenticated in my prior declaration (Dkt. No. 8-2).

4. On December 13 and 14, 2025, I investigated both addresses using Google Maps satellite view. I entered "Parshupur Gopal, Mahraunda, Allahabad, Uttar Pradesh, 212507, India" into Google Maps. Google Maps did not identify a specific building, structure, or lot. Instead, Google Maps displayed a large outlined region containing what appears to be agricultural plots and scattered settlements. A true and correct copy of the Google Maps result printed on December 14, 2025 at 3:16 PM is attached as **Exhibit 1**.

5. On December 14, 2025, I also searched for "Parsupur Gopal Mahraunda Soraon Up Prayagraj 187 Prayagraj Allahabad Uttar Pradesh 212507 India" in Google Maps. This search yielded similar results—a large region without identifying any specific serviceable address.

6. On December 14, 2025, I attempted to verify PIN code 212507 using the official India Post website at indiapost.gov.in. The website failed to generate a captcha verification on three separate attempts using Chrome, Firefox, and Microsoft Edge browsers, preventing me from completing the search on the official website.

7. On December 14, 2025, I used two alternative PIN code verification websites: pincode.net.in and postalpincode.in. I searched for PIN code 212507 on both websites.

8. The website pincode.net.in identified a post office named "MEHRAUNDA" (rather than "Mahraunda" as Defendant spelled it) in the Allahabad district of Uttar Pradesh with PIN code 212507. The website displayed "Delivery Status:- NON-DELIVERY." A true and correct copy of the pincode.net.in search result printed on December 14, 2025 at 11:58 PM CST is attached as **Exhibit 2**.

9. The website postalpincode.in also identified a post office named "Mehraunda" in the Allahabad district of Uttar Pradesh with PIN code 212507. The website displayed "Delivery Status: Non-Delivery." A true and correct copy of the postalpincode.in search result printed on December 14, 2025 at 11:58 PM CST is attached as **Exhibit 3**.

10. According to Wikipedia, Prayagraj (referenced in Defendant's second address) "formerly and colloquially known as Allahabad, is a metropolis in the Indian state of Uttar Pradesh" and "is the administrative headquarters of the Prayagraj district, the most populous district in the state and 13th most populous district in India." The reference to "187 Prayagraj" in Defendant's counter-notification does not identify a specific serviceable location within this metropolis.

11. On December 13 and 14, 2025, I investigated the phone number Defendant provided under penalty of perjury in his DMCA counter-notification: +91 8780250666.

12. I used three phone number lookup services: the Wikipedia article "Mobile telephone numbering in India," ipqualityscore.com/free-hlr-lookup, and hlrlookup.com. Based on information from these sources, the phone number prefix 8780 is assigned to the mobile carrier Reliance Jio and the area code corresponds to Gujarat state.

13. Gujarat state is located approximately 850 miles from Uttar Pradesh state, which is the state Defendant listed in both versions of his address.

14. From October 8, 2025 through November 22, 2025, I ceased all video production operations for my YouTube channels Midwest Wrestle and Midwest Wrestle Women's Edition. During this period, I drafted and filed the Complaint (Dkt. No. 1), conducted legal research regarding 17 U.S.C. §§ 1202(a)-(b) and 512(f), researched Ninth Circuit case law regarding temporary

restraining orders, preliminary injunctions, asset freezes, and alternative service, and drafted my Application for TRO (Dkt. No. 8) with accompanying declarations, exhibits, and proposed order.

15. I received nineteen emails from Defendant between October 5, 2025 and October 8, 2025 disputing my DMCA takedown notices. These emails were sent from six different email addresses. True and correct copies of these emails were previously submitted as Exhibit 3 to my Application for TRO (Dkt. No. 8-5) and authenticated in my prior declaration (Dkt. No. 8-2).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 15, 2025.

By: /s/ Nima Gharavi
Nima Gharavi