# Exhibit 1

 Parshupur Gopal, Mahraunda, Allahabad, Uttar Pradesh, 212507, India



Imagery ©2025 Airbus, Maxar Technologies, Map data ©2025    200 m

**Mahraunda**
No reviews
Uttar Pradesh 212507
India
Mahraunda, Allahabad, Uttar Pradesh, 212507, India



Don't see what you're looking for?
Try Google Search instead

Should this place be on Google Maps?
Add a missing place



You've reached the end of the list.