# Exhibit 2

- Home
- Post Office Locator Tool
- Search By PinCode
- State List
- Help/CONTACT US

## Pincode / Post Office Locator Tool

[UTTAR PRADESH ▼]
[ALLAHABAD ▼]
[M ▼]
[MEHRAUNDA ▼]

## Details of Post Office MEHRAUNDA, ALLAHABAD

**Post Office:** MEHRAUNDA
**Post Office Type:** BRANCH OFFICE
**District:** ALLAHABAD
**State:** UTTAR PRADESH
**Pin Code:** 212507 (Click to see all Post Offices with same Pin Code)
**Contact Address:** Postmaster, Post Office MEHRAUNDA (BRANCH OFFICE), ALLAHABAD, UTTAR PRADESH (UP), India (IN), Pin Code:- 212507
**Delivery Status**:- NON-DELIVERY
**Postal Taluk**:- MAU AIMA
**Postal Division**:- ALLAHABAD
**Postal Region**:- ALLAHABAD
**Postal Circle**:- UTTAR PRADESH

**LOCATE ANY POST OFFICE/Pincode IN INDIA**
(Select State *then* District *then* Post Office to see Pincode Details)
**Pincode.net.in has over 1,54,500 Post Offices/Pincode Listed.**

Guide:-
⟳ Click to Refresh Corresponding List
⟳ Field Disabled/Not Selected

## Other 13 Post Offices with Same PIN Code 212507 District

# ALLAHABAD

- BAKAJALALPUR, (UP)
- CHHITPALGARH, (UP)
- KIRAON, (UP)
- MOHD.PUR GHEEMPUR, (UP)
- NARAINGANJ, (UP)
- SISWAN, (UP)
- UMARIASARI, (UP)
- CHHATA, (UP)
- HARISENGANJ, (UP)
- MAU AIMA, (UP)
- NAI BAZAR, (UP)
- NEWADA, KAUSHAMBI, (UP)
- TEJPUR, (UP)

## Pin Code :

Postal Index Number or PIN or Pincode is the numbering of the post office or post code system used by India Post. The PINcode is 6 digits long. First digit reflects region, second the sub-region, third the sorting district, and last three represent the post office code. India has nine PIN zones.

## 1st 2 Digits of PINcode, Postal Circle :

- 11 - Delhi
- 12 - 13 Haryana
- 14 - 16 Punjab
- 17 - Himachal Pradesh
- 18 - 19 Jammu & Kashmir
- 20 - 28 Uttar Pradesh
- 30 - 34 Rajasthan
- 36 - 39 Gujarat
- 40 - 44 Maharashtra
- 45 - 48 Madhya Pradesh
- 49 - Chhattisgarh
- 50 - 53 Andhra Pradesh
- 50 - 53 TELANGANA
- 56 - 59 Karnataka

- [60 - 64 Tamil Nadu](#)
- [67 - 69 Kerala](#)
- [682- Lakshadweep](#)
- [70 - 74 West Bengal](#)
- [744- Andaman & Nicobar](#)
- [75 - 77 Orissa](#)
- [78 - Assam](#)
- [79 - Arunachal Pradesh](#)
- [79 - Manipur](#)
- [79 - Meghalaya](#)
- [79 - Mizoram](#)
- [79 - Nagaland](#)
- [79 - Tripura](#)
- [80 - 85 Bihar](#)
- [80 - 83, 92 Jharkhand](#)

© 2010-25 PINcode.net.in