# Exhibit 3



| | Search By Location | Search By PIN Code | Search By Post Office | Indian Postal Stamps | Info | Help | API Doc |

You are here:  Home

- Andaman & Nicobar (102)
- Andhra Pradesh (10335)
- Arunachal Pradesh (295)
- Assam (4017)
- Bihar (9063)
- Chandigarh (53)
- Chattisgarh (3150)
- Dadra & Nagar Haveli (39)
- Daman & Diu (20)
- Delhi (545)
- Goa (258)
- Gujarat (8937)
- Haryana (2689)
- Himachal Pradesh (2781)
- Jammu & Kashmir (1684)
- Jharkhand (3097)
- Karnataka (9686)
- Kerala (5058)
- Lakshadweep (10)
- Madhya Pradesh (8313)
- Maharashtra (12621)
- Manipur (699)
- Meghalaya (476)
- Mizoram (412)
- Nagaland (331)
- Odisha (8166)
- Pondicherry (94)
- Punjab (3823)
- Rajasthan (10334)
- Sikkim (211)
- Tamil Nadu (11876)
- Telangana (5833)
- Tripura (708)
- Uttar Pradesh (17680)
- Uttarakhand (2720)
- West Bengal (8772)

**State:** UTTAR PRADESH
**District:** ALLAHABAD
**Branch:** MEHRAUNDA

### Mehraunda, Allahabad

| | |
|---|---|
| Post Office: | Mehraunda |
| Post Office Type: | Branch Post Office |
| Tehsil/Taluk: | Mau Aima |
| District: | Allahabad |
| State: | Uttar Pradesh |
| Division: | Allahabad |
| Delivery Status: | Non-Delivery |
| PIN Code: | 212507 |
| Address: | Postmaster, Post Office (Branch Post Office), Allahabad, Uttar Pradesh, India (IN), Pin Code: 212507 |

**Note:** All the information are provided on www.postalpincode.in is collected from the India Post. We have tried our best to keep the latest information updated as available from India Post. It may contain human errors or technical errors. All the users are requested to confirm information before using the information provided. We are not responsible for any lose or problems by using the information provided on this website www.postalpincode.in.

Case 4:25-cv-08873-HSG    Document 16-5    Filed 12/14/25    Page 3 of 3

Developed and Maintained by Biswajeet Samal
Home | Contact Us | Disclaimer