NIMA GHARAVI, *pro se*
4610 North Clark St. #1098
Chicago, IL 60640
+1 (773) 899-4688
dmca@midwestwrestle.com

Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NIMA GHARAVI,<br><br>          Plaintiff,<br><br>vs.<br><br>ANUJ KUMAR,<br><br>          Defendant | Case No. 4:25-cv-08873-HSG<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR RECONSIDERATION OF ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S APPLICATION FOR A TEMPORARY RESTRAINING ORDER**<br><br>Re: Dkt. No. 16<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

Plaintiff Nima Gharavi's Motion for Reconsideration of the Court's December 12, 2025 Order (Dkt. No. 14) came before the Court. Having reviewed the motion, the declaration, and the record, the Court finds good cause to reconsider its prior Order. Accordingly,

**IT IS HEREBY ORDERED:**

**1. Asset Freeze**

The Motion for Reconsideration is **GRANTED** as to the asset freeze.

By no later than three (3) business days after receipt of this Order, Google LLC shall secure the AdSense account(s) associated with the following YouTube channels:

- @RockyFunTV
- @GrapplingFightZone

Google LLC shall thereby prevent the disbursement, transfer, or withdrawal of any funds currently in or subsequently deposited to those AdSense accounts, pending further order of the Court.

Google LLC shall, upon securing the accounts as required herein, promptly notify Mr. Gharavi by responding to the email address used to serve this Order upon google-legal-support@google.com.

**2. Alternative Service**

The Motion for Reconsideration is **GRANTED** as to alternative service.

Service of the Summons and Complaint upon Defendant Anuj Kumar by email is authorized and shall constitute valid service under Fed. R. Civ. P. 4(f)(3).

The Court **DIRECTS** Plaintiff to send to Defendant a copy of the Summons, Complaint, and this Order at the email addresses identified in Paragraph 9 of the Complaint.

Service shall be deemed complete upon transmission of the email.

**OR, IN THE ALTERNATIVE:**

**2. Expedited Discovery**

If the Court declines to authorize alternative service, the Motion for Reconsideration is **GRANTED** as to expedited discovery for the limited purpose of effectuating service.

By no later than ten (10) business days after receipt of this Order, Google LLC shall provide to Plaintiff the following information:

1. Names and physical mailing addresses from Google AdSense account(s) linked to YouTube channels @RockyFunTV and @GrapplingFightZone;
2. Email addresses and telephone numbers associated with those accounts; and
3. Account verification documents from Google AdSense, specifically address verification records used for payment eligibility.

Google LLC shall provide this information by responding to the email address used to serve this Order upon google-legal-support@google.com.

**IT IS SO ORDERED.**

Dated: _____, 2025

HAYWOOD S. GILLIAM, JR.
United States District Judge