NIMA GHARAVI, *pro se*
4610 North Clark St. #1098
Chicago, IL 60640
+1 (773) 899-4688
dmca@midwestwrestle.com

Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NIMA GHARAVI,<br><br>      Plaintiff,<br><br>vs.<br><br>ANUJ KUMAR,<br><br>      Defendant | Case No. 4:25-cv-08873-HSG<br><br>**DECLARATION OF NIMA GHARAVI CONFIRMING SERVICE**<br><br>Re: Dkt. No. 16<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

I, Nima Gharavi, declare as follows:

1. I am the *pro se* Plaintiff in this action. Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. On December 15, 2025, I filed a Motion for Leave to File Motion for Reconsideration (Dkt. No. 16), Motion for Reconsideration (Dkt. No. 16-1), Declaration in Support (Dkt. No. 16-2), Exhibits 1-3 (Dkt. Nos. 16-3 through 16-5), and Proposed Order (Dkt. No. 16-6) with this Court.

3. I hereby certify that on December 15, 2025, I served the Defendant with ECF-stamped copies of all documents filed at Dkt. Nos. 16 through 16-6 by sending an email with the attached documents to the six email addresses identified in Paragraph 9 of the Complaint.

4. I further certify that I did not receive any electronic notification indicating that the email transmission was unsuccessful or undeliverable for any of the recipient addresses.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 15, 2025.                By: /s/ Nima Gharavi
                                                  Nima Gharavi