**RECEIVED**
**JAN -6 2026**
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Nima Gharavi
4610 North Clark St. #1098
Chicago, IL 60640
Telephone: +1 (773) 899-4688
Email: dmca@midwestwrestle.com

December 31, 2025

Clerk of Court
United States District Court
Northern District of California
Oakland Division
1301 Clay Street, Suite 400S
Oakland, CA 94612

Re: Request for Signature on Hague Service Request (Form USM-94 / Model Form)
Case No.: 4:25-cv-08873-HSG
*Gharavi v. Kumar*

To the Clerk of the Court:

I am the *pro se* Plaintiff in the above-captioned matter. I am writing to request that the Clerk of Court sign and seal the enclosed "Request for Service Abroad of Judicial or Extrajudicial Documents" (Hague Service Request) so that I may effectuate service on the Defendant in India.

Because I am proceeding *pro se*, I am not automatically considered a "competent forwarding authority" under the Hague Service Convention in my individual capacity. However, under Article 3 of the Hague Service Convention, as well as Fed. R. Civ. P. 4(b) (authorizing the Clerk to issue process) and Rule 4(f)(1) (authorizing service via the Hague Convention), the Clerk of the Court is the competent judicial officer authorized to sign this request.

**Enclosed please find:**

1. Two (2) copies of the completed Hague Service Request (Model Form).
2. A self-addressed, stamped envelope for the return of the signed forms to me in Chicago.

Please date, sign and affix the Court's seal to the "Signature and/or stamp" box on the first page of both copies and return them to me in the enclosed envelope. Once received, I will handle the physical transmission of the documents to the Central Authority in India.

Thank you for your assistance in this matter.

Sincerely,


Nima Gharavi, *pro se*
Plaintiff