NIMA GHARANI
4610 NORTH CLARK STREET #1098
CHICAGO, IL 60640

CAROL STREAM IL 601
3 JAN 2026 PM 4 L

CLERK OF COURT
US DISTRICT COURT
1301 CLAY STREET, STE 400S
OAKLAND, CA 94612



cv-08873-HSG   Document 20-2   Filed 01/06/26

RECEIVED
JAN 06 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA