# Exhibit 1

# Nima Gharavi

| | |
|---|---|
| **From:** | Nima Gharavi <nima@midwestwrestle.com> |
| **Sent:** | Friday, December 19, 2025 11:00 AM |
| **To:** | 'ap4619323@gmail.com'; 'kumaranuj85141@gmail.com'; 'apanuj664@gmail.com'; 'anujmotivationalstory@gmail.com'; 'rockycartoontv@gmail.com'; 'kpanuj34@gmail.com' |
| **Subject:** | Required Meet and Confer - Rule 26(f) Conference - Gharavi v. Kumar - Case No. 4:25-cv-08873-HSG |

Dear Mr. Kumar:

I am writing to fulfill the Court's requirement under Federal Rule of Civil Procedure 26(f) and Civil Local Rule 16-8 that the parties confer regarding case management matters.

**Court-Ordered Deadlines**
Federal Rule of Civil Procedure 26(f) requires the parties to confer at least 21 days before the case management conference scheduled for January 20, 2026—that is, by **December 30, 2025**—to discuss:

1. Initial disclosures under Fed. R. Civ. P. 26(a)(1);
2. Possibilities for early settlement;
3. Selection of an Alternative Dispute Resolution (ADR) process; and
4. A proposed discovery plan.

**Proposed Conference Options**
Given the international nature of this case and the time difference between the United States and India, I propose the following options for our Rule 26(f) conference:

**Option 1:** Video conference via Zoom, Google Meet, or similar platform
**Option 2:** Telephone conference at a mutually convenient time
**Option 3:** Written exchange of positions via email if real-time communication is not feasible

**Topics for Discussion**
During our conference, we need to address:

1. **Initial Disclosures:** Whether and when we will exchange initial disclosures under Rule 26(a)(1), including documents, witness information, and computations of damages.
2. **Early Settlement:** Whether there is any possibility of resolving this matter without protracted litigation.
3. **ADR Process:** Whether the parties can agree on an ADR process (such as mediation or early neutral evaluation) or prefer to discuss ADR selection with the Assigned Judge at the case management conference.
4. **Discovery Plan:** The scope, timing, and limitations on discovery, including:
    - Subjects on which discovery may be needed
    - Timing and phasing of discovery
    - Whether discovery should be conducted in phases
    - Disclosure or discovery of electronically stored information
    - Any issues about claims of privilege or work-product protection

**Deadline for Response**

Please respond to this email by **December 27, 2025** with your availability and preferred method of conferring. If I do not receive a response by that date, I will be required to file a separate case management statement with the Court and will include a declaration describing your non-cooperation.

**Case Management Statement Deadline**
Under the Court's November 24, 2025 Notice (Dkt. No. 11), a Joint Case Management Statement (or separate statements if we cannot cooperate) is due by **January 13, 2026**. Our timely conference will facilitate compliance with this deadline.

**Your Cooperation Required**
Federal Rule of Civil Procedure 26(f) and Civil Local Rule 16-8 impose a mandatory duty on all parties to confer in good faith regarding these matters. Your cooperation in scheduling and participating in this conference is required by the Federal Rules of Civil Procedure.

I look forward to hearing from you.

Respectfully,

Nima Gharavi
Plaintiff, *pro se*
Gharavi v. Kumar, Case No. 4:25-cv-08873-HSG
United States District Court, Northern District of California, Oakland Division
Email: dmca@midwestwrestle.com
Telephone: (773) 899-4688

**Date**: December 19, 2025

---

**From:** Nima Gharavi <nima@midwestwrestle.com>
**Sent:** Monday, December 15, 2025 2:16 PM
**To:** 'ap4619323@gmail.com' <ap4619323@gmail.com>; 'kumaranuj85141@gmail.com' <kumaranuj85141@gmail.com>; 'apanuj664@gmail.com' <apanuj664@gmail.com>; 'anujmotivationalstory@gmail.com' <anujmotivationalstory@gmail.com>; 'rockycartoontv@gmail.com' <rockycartoontv@gmail.com>; 'kpanuj34@gmail.com' <kpanuj34@gmail.com>
**Subject:** Service of Motion for Reconsideration [Dkt. Nos. 16-16-6] - Gharavi v. Kumar - Case No. 4:25-cv-08873-HSG

Dear Mr. Kumar:

I am writing to serve you with court documents filed today, December 15, 2025, with the United States District Court for the Northern District of California.

**Service of Documents**
In compliance with Federal Rule of Civil Procedure 5, I have attached ECF-stamped copies of the following seven documents filed with the Court:

**Motion and Supporting Documents:**
- 16 - Motion for Leave to File Motion for Reconsideration.pdf
- 16-1 - Motion for Reconsideration.pdf
- 16-2 - Declaration of Nima Gharavi.pdf

**Evidentiary Exhibits:**
- 16-3 - Exhibit 1 - Google Maps Search Result.pdf

2

- 16-4 - Exhibit 2 - Pincode.net.in Search Result.pdf
- 16-5 - Exhibit 3 - Postalpincode.in Search Result.pdf

**Proposed Order:**
- 16-6 - [Proposed] Order Granting Motion for Reconsideration.pdf

**Nature of Filing**
I have filed a Motion for Reconsideration of the Court's December 12, 2025 Order (Dkt. No. 14), which partially granted my Application for a Temporary Restraining Order. The motion addresses newly discovered evidence regarding the address you provided under penalty of perjury in your DMCA counter-notification, as well as legal authority the Court cited in its Order.

Kindly acknowledge receipt of this email and the attached documents.

Respectfully,

Nima Gharavi
Plaintiff, *pro se*
*Gharavi v. Kumar*, Case No. 4:25-cv-08873-HSG
United States District Court, Northern District of California

**Date:** December 15, 2025

---

**From:** Nima Gharavi <nima@midwestwrestle.com>
**Sent:** Saturday, December 13, 2025 12:40 PM
**To:** 'ap4619323@gmail.com' <ap4619323@gmail.com>; 'kumaranuj85141@gmail.com' <kumaranuj85141@gmail.com>; 'apanuj664@gmail.com' <apanuj664@gmail.com>; 'anujmotivationalstory@gmail.com' <anujmotivationalstory@gmail.com>; 'rockycartoontv@gmail.com' <rockycartoontv@gmail.com>; 'kpanuj34@gmail.com' <kpanuj34@gmail.com>
**Subject:** Service of Court Order [Dkt. No. 14] - Gharavi v. Kumar - Case No. 4:25-cv-08873-HSG

Dear Mr. Kumar:

I am writing to serve you with the attached court order pursuant to the directive issued yesterday, December 12, 2025, by the United States District Court for the Northern District of California.

The Court has issued an "Order Granting in Part and Denying in Part Plaintiff's Application for a Temporary Restraining Order" (Dkt. No. 14). This Order mandates that you immediately cease specific infringing activities regarding my copyrighted works.

**Court-Ordered Injunction**
As stated in the Conclusion of the attached Order, you are **ORDERED** to immediately cease and refrain from:
- Removing, altering, or falsifying copyright management information, including my watermarks (which appear as either "© Women.MidwestWrestle.com" or "© MidwestWrestle.com"), from any of my copyrighted works;
- Providing or distributing false copyright management information, including adding the "Rocky!" logo associated with your account, or any other false attribution to any videos containing my copyrighted works; and
- Uploading, copying, displaying, distributing, or creating derivative works of my copyrighted works on any platform.

**Effective Date**
The Court has ruled that this Temporary Restraining Order **takes effect immediately**.

Please review the attached Order in its entirety to understand your legal obligations.

Respectfully,
Nima Gharavi
Plaintiff, *pro se*
*Gharavi v. Kumar*, Case No. 4:25-cv-08873-HSG
United States District Court, Northern District of California

**Date:** December 13, 2025

---

**From:** Nima Gharavi <nima@midwestwrestle.com>
**Sent:** Tuesday, November 25, 2025 1:42 PM
**To:** ap4619323@gmail.com; kumaranuj85141@gmail.com; apanuj664@gmail.com; anujmotivationalstory@gmail.com; rockycartoontv@gmail.com; kpanuj34@gmail.com
**Subject:** Gharavi v. Kumar - Civil Action No. 4:25-cv-08873-HSG - Service of Ex Parte TRO Application and Court Order

[External email - use caution]

Dear Mr. Kumar:

I am writing to serve you with court documents pursuant to the order issued yesterday, November 24, 2025, by the United States District Court for the Northern District of California.

The Court has directed me to serve you with the enclosed "Order Directing Service of Ex Parte Motion for Temporary Restraining Order" (Dkt. No. 12) along with my application for a temporary restraining order and all supporting documents.

**Court-Ordered Deadlines**

Please carefully review the attached "Order Directing Service" (File 12). The Court has set the following deadline regarding this motion:

- **Deadline to Respond:** The Order states: "Should Defendant oppose the relief sought by Plaintiff, Defendant must file a response no later than **5:00 p.m. on Monday, December 8, 2025**." (Note: This time is Pacific Standard Time).

**Service of Documents**

In compliance with the Court's instruction, I have attached the following 15 documents to this email, which constitute the complete motion and the Court's Order:

**Court Order:**

- 12 - Order Directing Service of Ex Parte Motion for Temporary Restraining Order.pdf

**Motion, Memorandum, and Proposed Order:**

- 8 - Ex Parte Application for TRO, OSC for PI, Asset Restraint and Alternative Service.pdf
- 8-1 - Memorandum ISO Ex Parte App. for TRO, OSC for PI, Asset Restraint and Alternative Service.pdf
- 8-2 - Declaration of Nima Gharavi ISO Ex Parte App. for TRO, OSC for PI, Asset Restraint and Alternative Service.pdf
- 8-13 - [Proposed] Order Granting Ex Parte App. for TRO, OSC for PI, Asset Restraint and Alternative Service.pdf

**Evidentiary Exhibits:**

- 8-3 - Exhibit 1 - Comparisons of watermark removal and added false 'Rocky!' logos.pdf
- 8-4 - Exhibit 2 - 17 YouTube DMCA notice acknowledgments (Oct. 3-6, 2025).pdf
- 8-5 - Exhibit 3 - 19 emails from Defendant disputing takedowns (Oct. 5-8, 2025).pdf
- 8-6 - Exhibit 4 - Defendant's DMCA counter-notification to YouTube (Oct. 9, 2025).pdf
- 8-7 - Exhibit 5 - Mr. Gharavi's first email to Defendant (Oct. 19, 2025).pdf
- 8-8 - Exhibit 6 - YouTube email to Mr. Gharavi (Oct. 20, 2025) ECF-stamped Complaint.pdf
- 8-9 - Exhibit 7 - YouTube emails to Gharavi (Oct. 25, 2025) re 2 DMCA counters.pdf
- 8-10 - Exhibit 8 - YouTube rejection emails to Defendant (Oct. 26, 2025) re 2 counters.pdf
- 8-11 - Exhibit 9 - Mr. Gharavi's second email to Defendant (Oct. 26, 2025).pdf
- 8-12 - Exhibit 10 - AdSense payment timelines.pdf

Kindly acknowledge receipt of this email and the attached documents.

Respectfully,
Nima Gharavi
Plaintiff, *pro se*
*Gharavi v. Kumar*, Case No. 4:25-cv-08873-HSG
United States District Court, Northern District of California, Oakland Division

**Date:** November 25, 2025

---

**From:** Nima Gharavi <nima@midwestwrestle.com>
**Sent:** Sunday, October 26, 2025 11:04 AM
**To:** 'ap4619323@gmail.com' <ap4619323@gmail.com>; 'kumaranuj85141@gmail.com' <kumaranuj85141@gmail.com>; 'apanuj664@gmail.com' <apanuj664@gmail.com>; 'anujmotivationalstory@gmail.com' <anujmotivationalstory@gmail.com>; 'rockycartoontv@gmail.com' <rockycartoontv@gmail.com>; 'kpanuj34@gmail.com' <kpanuj34@gmail.com>
**Subject:** Re: Gharavi v. Kumar - Civil Action No. 3:25-cv-08873-TSH - Request for Acknowledgment of Receipt

Dear Mr. Kumar:

5

I am writing to follow up on my email sent on October 19, 2025, in which I requested that you waive service of the summons in the above-captioned civil action pending in the United States District Court for the Northern District of California.

I have not yet received a response from you. At this time, I am not requesting an immediate decision on whether you will waive service—I understand that you may need additional time to review the materials and consider your options. However, **I do need confirmation that you have received the service packet** that was sent to the following email addresses:

- ap4619323@gmail.com
- kumaranuj85141@gmail.com
- apanuj664@gmail.com
- anujmotivationalstory@gmail.com
- rockycartoontv@gmail.com
- kpanuj34@gmail.com

**Please reply to this email with a brief acknowledgment that you have received the attached service packet.** A simple confirmation (e.g., "I confirm receipt of the service packet dated October 19, 2025") will suffice.

As previously noted, under Federal Rule of Civil Procedure 4(d)(1)(F), you have until **December 18, 2025** to return the signed Waiver of Service. However, I respectfully urge you to respond at your earliest convenience to facilitate the efficient progression of this matter.

For your reference, I have re-attached the complete service packet to this email.

If you have any questions or require clarification regarding the documents or your obligations, please do not hesitate to contact me.

Thank you for your prompt attention to this matter.

CC (via email to): ap4619323@gmail.com; kumaranuj85141@gmail.com; apanuj664@gmail.com; anujmotivationalstory@gmail.com; rockycartoontv@gmail.com; kpanuj34@gmail.com

Respectfully submitted,

**Nima Gharavi**
Plaintiff, *Pro Se*
Gharavi v. Kumar, Case No. 3:25-cv-08873-TSH
United States District Court, Northern District of California, San Francisco Division

**Date:** October 26, 2025

---

**Attachment:**
Gharavi v. Kumar – N.D. Cal. Civ. No. 25-cv-08873.pdf (Complete Service Packet)

**From:** Nima Gharavi <nima@midwestwrestle.com>
**Sent:** Sunday, October 19, 2025 3:34 PM
**To:** ap4619323@gmail.com; kumaranuj85141@gmail.com; apanuj664@gmail.com; anujmotivationalstory@gmail.com; rockycartoontv@gmail.com; kpanuj34@gmail.com
**Subject:** Gharavi v. Kumar - Civil Action No. 3:25-cv-08873-TSH - Request for Waiver of Service of Summons

[External email - use caution]

Dear Mr. Kumar:

I am writing to formally request that you waive service of the summons in the above-captioned civil action pending in the United States District Court for the Northern District of California.

**Case Information:**

**Plaintiff:** Nima Gharavi
**Defendant:** Anuj Kumar
**Court:** United States District Court, Northern District of California, San Francisco Division
**Case Number:** 3:25-cv-08873-TSH
**Nature of Action:** Copyright infringement, DMCA violations, false copyright management information, and removal of copyright management information

**Purpose of This Communication:**

Pursuant to Federal Rule of Civil Procedure 4(d), I am providing you with notice of this lawsuit and requesting that you voluntarily waive formal service of the summons. Attached to this email is a comprehensive service packet titled "**Gharavi v. Kumar – N.D. Cal. Civ. No. 25-cv-08873.pdf**", which contains the following documents in this order:

1. Summons
2. Notice of Request for Waiver of Service of Summons (AO 398)
3. Waiver of Service of Summons (AO 399) – prepopulated for your signature
4. Initial Case Management Scheduling Order with ADR Deadlines, including Consent/Declination to Magistrate Judge, Standing Orders for All Judges and for Magistrate Judge Hixson, Discovery Standing Order for Judge Hixson, and E-Filing Instructions for Pro Se Litigants
5. Complaint
6. Northern District of California Civil Local Rules (effective August 19, 2025)
7. Northern District of California ADR Multi-Option Program

**Your Immediate Action Required:**

I have prepopulated the Waiver of Service form with all necessary information. **You need only:**

1. **Review** the attached documents carefully;
2. **Print** the completed Waiver of Service form to PDF format (ensuring the fillable form is flattened and no longer editable); and
3. **Return** the signed PDF waiver to me via email at **dmca@midwestwrestle.com** as soon as possible.

**Timeline for Response:**

Under Federal Rule of Civil Procedure 4(d)(1)(F), defendants located outside any judicial district of the United States are entitled to at least **sixty (60) days** from the date this request is sent to return a signed waiver. Accordingly, you have until **December 18, 2025** to comply with this request.

**However, I respectfully urge you to return the signed waiver at your earliest convenience and no later than November 8, 2025** (within 20 days), so that this matter may proceed expeditiously and to avoid any unnecessary complications or delays that could prejudice either party's interests in the litigation.

**Consequences of Waiving Service:**

By signing and returning the waiver, you will:

- **Preserve your resources** and avoid unnecessary procedural motions;
- **Receive additional time to respond** to the Complaint: You will have **ninety (90) days** from the date this request was sent (until **January 17, 2026**) to file and serve your Answer or a motion under Rule 12 of the Federal Rules of Civil Procedure;
- **Preserve all defenses**: Waiving service does **not** constitute a waiver of any objection to personal jurisdiction, venue, or any other defense you may have to this action. You retain all substantive and procedural rights to contest the Court's jurisdiction, the merits of the claims, or any other matter; and
- **Acknowledge receipt**: Your waiver will serve as acknowledgment that you have received the Complaint and Summons and understand your obligations to respond.

**Consequences of Failing to Waive Service:**

If you fail to sign and return the waiver without good cause, **Federal Rule of Civil Procedure 4(d)(2) mandates that the Court impose upon you:**

- **All expenses later incurred** in effecting formal service of process upon you, including costs associated with international service under the Hague Convention or other applicable treaties;
- **Reasonable expenses, including attorney's fees**, incurred in filing any motion necessary to recover those service costs; and
- **Potential delays** in the proceedings while formal service is arranged through diplomatic or consular channels, which may take several months and substantially increase costs.

**It is important to understand that "good cause" for refusing to waive service does not include a belief that the lawsuit lacks merit, that it has been brought in an improper venue, or that the Court lacks jurisdiction.** These are defenses that you may assert in your Answer or in a motion under Rule 12, but they do not excuse your obligation to cooperate in avoiding unnecessary service expenses.

**Filing with the Court:**

Upon receipt of your signed waiver, I will file it with the Court as proof of service. The action will then proceed as if you had been formally served on the date the waiver is filed, and you will have the extended time period described above to respond to the Complaint.

**Your Consent to Jurisdiction:**

Please be advised that in your DMCA counter-notification submitted to YouTube on or about October 9, 2025, you expressly consented to the jurisdiction of the United States District Court for the judicial district in which YouTube is located (the Northern District of California) and agreed to accept service of process from me. This

lawsuit has been filed in reliance upon your consent, and this Court has personal jurisdiction over you pursuant to 17 U.S.C. § 512(k)(2)(A).

**Urgency of This Matter:**

This request is time-sensitive. YouTube has notified me that unless I provide evidence of legal action by **October 24, 2025**, certain disputed content may be reinstated to the platform. Your prompt cooperation in returning the signed waiver will facilitate the orderly and efficient progression of this litigation and will conserve resources for both parties.

**Contact Information:**

Should you have any questions regarding this request or the attached documents, you may contact me at:

**Nima Gharavi**
4610 North Clark St. #1098
Chicago, IL 60640
Email: dmca@midwestwrestle.com
Telephone: (773) 899-4688

**Duty to Avoid Unnecessary Expenses:**

Federal Rule of Civil Procedure 4(d) imposes a duty upon defendants to avoid unnecessary expenses of serving a summons and complaint. I trust that you will fulfill this duty by promptly executing and returning the attached waiver.

Thank you for your immediate attention to this matter. I look forward to receiving the executed waiver at your earliest convenience.

CC (via email to):
ap4619323@gmail.com; kumaranuj85141@gmail.com; apanuj664@gmail.com; anujmotivationalstory@gmail.com; rockycartoontv@gmail.com; kpanuj34@gmail.com

**Respectfully submitted,**

**Nima Gharavi**
Plaintiff, *Pro Se*
Gharavi v. Kumar, Case No. 3:25-cv-08873-TSH
United States District Court, Northern District of California

**Date:** October 19, 2025

---

**Attachments:**

1. Gharavi v. Kumar - N.D. Cal. Civ. No. 25-cv-08873.pdf (Complete Service Packet)