NIMA GHARAVI, *pro se*
4610 North Clark St. #1098
Chicago, IL 60640
+1 (773) 899-4688
dmca@midwestwrestle.com

Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NIMA GHARAVI,<br><br>    Plaintiff,<br><br>vs.<br><br>ANUJ KUMAR,<br><br>    Defendant | Case No. 4:25-cv-08873-HSG<br><br>**PLAINTIFF'S STATUS REPORT**<br><br>Re: Dkt. No. 23<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

## I. INTRODUCTION

Plaintiff Nima Gharavi respectfully submits this status report detailing his efforts to serve Defendant Anuj Kumar in accordance with the Hague Convention, as directed by the Court's January 15, 2026 Order. Dkt. No. 23. Plaintiff further reports material developments that have occurred since the Court's December 12, 2025 Order granting in part and denying in part Plaintiff's application for a temporary restraining order. Dkt. No. 14.

## II. HAGUE CONVENTION SERVICE EFFORTS

On December 31, 2025, Plaintiff mailed a Request for Signature on Hague Service Request to the Clerk of Court. Dkt. No. 20. The Clerk returned the signed Hague Service Request on January 9, 2026. Dkt. No. 21. Plaintiff received the signed request on January 22, 2026. Transmission to the Indian Central Authority represents the next procedural step under the Hague Convention.

## III. COPYRIGHT REGISTRATION CERTIFICATES

Between January 8, 2026 and January 15, 2026, the U.S. Copyright Office issued registration certificates for all six works at issue in this case. The registrations and their effective dates are as follows:

1. *46 kg Girls Freestyle - Maya Alvarado {B} of IL CornStars Black vs. Kara-Lynn Dover {R} of WOW South*, Registration No. PA 2-559-527 (effective **Aug. 30, 2025**);
2. *72 kg Girls Freestyle - Alicia Tucker {B} of IL CornStars Black vs. Zella Weiland {R} of WOW South*, Registration No. PA 2-559-602 (effective **Aug. 31, 2025**);
3. *Mic'd Up: 110 - Brooklyn Hart {G} of Seneca IL vs. Sarah Lowrey {R} of LaSalle Peru IL*, Registration No. PA 2-560-849 (effective **Sept. 1, 2025**);
4. *Mic'd Up: 115 - Haven Nicolaides {G} of Seneca IL defeated Izzy White {R} of Minooka IL by 6-2*, Registration No. PA 2-560-851 (effective **Sept. 1, 2025**);
5. *190 - Addison Davis {G} of Minooka IL vs. Morgan Congo {R} of Morris IL*, Registration No. PA 2-560-850 (effective **Sept. 1, 2025**); and
6. *110 - Makayla Bros {G} of Geneseo IL vs. Savannah Frederickson {R} of Ottawa IL*, Registration No. PA 2-560-847 (effective **Sept. 1, 2025**).

These registrations were issued with effective dates predating the filing of this action.

### IV. POST-PRELIMINARY INJUNCTION INFRINGEMENTS

Since the December 12, 2025 temporary restraining order took effect and subsequently converted to a preliminary injunction on December 26, 2025, Plaintiff has discovered multiple new instances of infringement that, upon information and belief, appear to have been committed by Defendant. The newly discovered works contain Plaintiff's copyrighted content with Plaintiff's watermarks removed through methods substantially similar to those employed in the videos at issue in this case: cropping the video frame to exclude the watermark, covering the watermark with text overlays, and reducing video dimensions to obscure the watermark. In some instances, the text overlays and highly detailed video descriptions are virtually identical to those used by Defendant in the original infringing works.

On January 21, 2026, Plaintiff submitted DMCA takedown notifications to Google LLC ("Google") regarding two such videos published on January 20, 2026 and January 21, 2026. On January 30, 2026, Plaintiff submitted an additional DMCA takedown notification to Google regarding another such video published on January 27, 2026.

### V. DMCA SUBPOENA PROCEEDINGS

On January 21, 2026, Plaintiff met and conferred with counsel from Perkins Coie LLP representing Google in connection with Plaintiff's pending DMCA § 512(h) subpoena request in the Northern District of California, *In re DMCA § 512(h) Subpoena to Google LLC*, No. 3:25-mc-80164-WHO (N.D. Cal.). That proceeding concerns infringing accounts that predate the filing of this action. The parties filed a Joint Discovery Letter Brief on January 26, 2026, in which Google took the position that DMCA § 512(h) subpoenas do not reach verified physical address information maintained in its AdSense databases, but that such information could be obtained through Rule 45 subpoenas "under Court supervision and subject to appropriate protections" in the context of filed litigation. *See id.*, Dkt. No. 37 at 4 n.2.

Google's position, if sustained, would preclude obtaining Defendant's verified AdSense address information through pre-litigation DMCA § 512(h) subpoenas. On January 22, 2026, Plaintiff initiated a separate DMCA § 512(h) subpoena proceeding in the District of Delaware covering 21 additional infringing accounts, five of which appear to be operated by Defendant. *Gharavi v. Google LLC*, No. 1:26-mc-00027 (D. Del.). The matter was docketed on January 27, 2026, and remains pending judicial

assignment.

**VI.    DEFENDANT'S PUBLIC CHANNEL INFORMATION**

On January 21, 2026, Plaintiff discovered that Defendant now publishes a business email address on the @RockyFunTV YouTube Channel Description page: "For Business Enquiries:- ak3022603@gmail.com." This seventh email address is separate and distinct from the six email addresses identified in the Complaint and the email address Defendant provided in his counter-notification.

On the same Channel Description page, Defendant provides a direct link to what he describes as "My Tech channel" located at https://www.youtube.com/@anujtechguide. On January 30, 2026, Plaintiff reviewed this channel and observed multiple videos in which Defendant appears personally on camera describing his process for monetizing content from U.S.-based wrestling creators, for which he claims fair use protection.

In a video published on January 29, 2026, titled "Finally YouTube Se Payment Aa Gayi 😍 | Real Income Proof," Defendant displays what appears to be substantial quantities of currency that he represents as payment received from YouTube.[1] In another video, Defendant is shown scrolling through itemized "Estimated Revenue" pages within the YouTube Studio mobile application showing per-video revenue data.[2]

**VII.    CONCLUSION**

Plaintiff has obtained the signed Hague Service Request as directed by the Court and respectfully submits this report detailing the current status of service efforts and related developments.

Dated: January 30, 2026                                             Respectfully submitted,

/s/ Nima Gharavi
Nima Gharavi, *pro se*

Plaintiff

---

[1] *See* https://www.youtube.com/watch?v=a3Tc6ONT5ZI.
[2] *See* https://www.youtube.com/watch?v=LAYlQVIWnXI.